**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  HON. LEO M. GORDON, JUDGE**
_____

| | | |
|---|---|---|
| **ALPINESTARS S.p.A,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Court No. 09-00271** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **UNITED STATES,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

_____

## JUDGMENT ORDER

Upon reading defendant's motion for summary judgment, and upon considering the other

papers and proceedings had herein, it is hereby:

**ORDERED** that defendant's motion for summary judgment be granted, and it is further

**ORDERED** that this action be dismissed.


_____
JUDGE LEO M. GORDON


Dated: _____
New York, New York

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  HON. LEO M. GORDON, JUDGE**
_____

| | | |
|---|---|---|
| **ALPINESTARS S.p.A,** | **:** | **PUBLIC** |
| | **:** | |
| **Plaintiff,** | **:** | **Court No. 09-00271** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **UNITED STATES,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

_____

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, the United States, respectfully moves for summary judgment pursuant to Rule 56 of the Rules of the United States Court of International Trade on the grounds that there are no genuine material issues of fact to be tried and that, as set forth in defendant's Statement of Undisputed Material Facts and in the accompanying memorandum, the United States is entitled to summary judgment as a matter of law.

WHEREFORE, defendant respectfully requests that its motion for summary judgment be granted and that this action be dismissed.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

By:    /s/ Barbara S. Williams
       BARBARA S. WILLIAMS
       Attorney in Charge
       International Trade Field Office

*Of Counsel*:
Michael W. Heydrich                      /s/ Karen V. Goff
Office of the Assistant Chief Counsel    KAREN V. GOFF
International Trade Litigation           Trial Attorney
U.S. Customs and Border Protection       Department of Justice, Civil Division
                                         26 Federal Plaza, Room 358
                                         New York, New York 10278
                                         Tel:  (212) 264-9245

Dated:  September 7, 2012                Attorneys for Defendant

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  HON. LEO M. GORDON, JUDGE**
_____

| | | |
|---|---|---|
| **ALPINESTARS S.p.A,** | : | **PUBLIC** |
| | : | |
| **Plaintiff,** | : | **Court No. 09-00271** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |

_____

### DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Rule 56(h) of the Rules of the United States Court of International Trade, defendant respectfully submits its statement of undisputed material facts as follows:

1.      This case concerns the classification Alpinestars Tech 8 motocross boots, Model No. 201106 (Tech 8 boot), imported by plaintiff, Alpinestars S.p.A. (Alpinestars), in June 2008 under Entry Number ("No.") GEO-4000478-6. Entry papers, Court file.

2.      U.S. Customs and Border Protection (Customs) classified the motocross boots at issue under HTSUS 6402.91.90, which provides for "Other footwear with outer soles and uppers of rubber or plastics: Other footwear: Covering the ankle: Other: Other: Other: Valued over $12/pair" dutiable at 20 percent *ad valorem* and liquidated the entries in September 2008.  Entry papers, Court file.

3.      Alpinestars timely filed a protest of that liquidation.  Amended Complaint (Am. Compl.) ¶ 3; Answer ¶ 3.

4.      All liquidated duties were paid, and plaintiff timely filed a summons in this

        Court.  Am. Compl. ¶¶ 3-4; Answer ¶¶ 3-4; Summons.

5.      The Tech 8 boot was the subject of Customs Headquarters Ruling H015088.

        HQ H015088 (Oct. 29, 2007) (attached as Defendant's Exhibit ("Def. Ex.")

        A).

6.      The Tech 8 boot is a high-level motocross boot.  Rule 30(b)(6) Deposition of

        Russell Scott Link (Link Dep.) 15 (attached as Def. Ex. B).

7.      The Tech 8 is used by top professionals in a variety of forms of motocross and

        off-road racing.  Link Dep. 15.

8.      When it was in production, the Tech 8 was the second most protective

        Alpinestars boot on the market.  Rule 30(b)(6) Deposition of Claudio

        Reginato (Reginato Dep.) 106-10 (attached as Def. Ex. D).

9.      It sold for approximately $350.00.  Deposition of Alexander Dare (Dare Dep.)

        19 (attached as Def. Ex. C).

10.     The buckle receiver holder (bill of materials code No. 90308, part no. 48)

        component of the Tech 8 is composed of high modulus polyurethane (PU)

        plastic and is affixed to leather by stitching.  Plaintiff's Response to

        Interrogatory (Pl. Resp. to Interrog.) 25(b-c) (attached as cumulative Def. Ex.

        E); Plaintiff's Exhibit to Written Discovery Reponses (Pl. Ex.) 9A (attached

        as Def. Ex. F).

11.     The rear buckle holder (bill of materials code No. 90313, part no. 46)

        component is composed of high modulus PU plastic and is affixed to leather

        by stitching.  Pl. Resp. to Interrog. 25(b-c); Pl. Ex. 9A.

12.     The butterfly-shaped heel counter (bill of materials code No. 90302, part no.
        58) component is composed of PU plastic and is affixed to leather by
        stitching.  Pl. Resp. to Interrog. 25(b-c); Pl. Ex. 9A.

13.     The calf support or calf protector (bill of materials code No. 90306, part no.
        41) component is composed of high modulus PU plastic and is affixed to
        leather by stitching.  Pl. Resp. to Interrog. 25(b-c); Pl. Ex. 9A.

14.     The stamped steel heel guard (bill of materials code No. 35145, part no. 68)
        component is composed of steel and is called the "iron heel."  It is affixed to
        leather by two screws.  Pl. Resp. to Interrog. 25(b-c); Pl. Ex. 9A.

15.     The Tech 8 also contains four buckles.  Pl. Resp. to Interrog. 25(b-c); Pl. Ex.
        9A.

16.     The upper of Tech 8 does not contain any eyelet stays, ankle patches, tabs, or
        edging.  *See* Deposition of Alpinestars' Expert, Phillip Nutt (Nutt Dep.) 132-
        33 (attached as Def. Ex. H).

17.     Alpinestars' marketing material describes the calf support component (part no.
        41) as a "contoured calf protector plate [which] is **injected with PU for high
        impact resistance**."   Pl. Ex. 6 (emphasis added).

18.     The calf protector adds protection to the boot and the wearer.  Nutt Dep. 118
        ("I can't lie to you that if that was banged, it wouldn't have some protective
        quality."); Deposition of Government's Expert Edward C. Frederick
        (Frederick Dep.) 163-65 (attached as Def. Ex. I); Edward C. Frederick
        Declaration (Frederick Decl.) Ex. B (Frederick Rebuttal Report) at 4-5
        (attached as Def. Ex. J).

19.     The calf protector adds to the structural integrity to the boot. Frederick Decl.
        Ex. A (Frederick Report) 4-6; Frederick Decl. Ex. B (Frederick Rebuttal
        Report) at 4-5.

20.     The calf protector covers a seam on the back shaft of the boot. Reginato Dep.
        119; Nutt Dep. 116; Pl. Ex. 9A. Alpinestars could have covered the seam
        with a lighter material. Nutt Dep. 116; Frederick Decl. Ex. B (Rebuttal
        Report) at 5.

21.     The calf protector is part of the floating buckle system. Reginato Dep. 119;
        Nutt Dep. 116; Pl. Ex. 9A. Alpinestars could have used smaller buckles and
        buckle tabs on the Tech 8 boot. Reginato Expert Report at 10 (attached as
        Def. Ex. K); Reginato Dep. 204-05.

22.     ████████████████████████████████████████████████████

        ████████████████████████████████████████████████████

        ████████████████████████████████████████████████████

        ████████████████████████████ Reginato Expert Report Exhibit
        (Alpinestars Bill of Materials); Pl. Ex. 9A.

23.     Alpinestars' marketing material refer to the "iron heel" (part no. 68) as a
        stamped steel heel guard. Pl. Ex. 6 (attached as Def. Ex. G).

24.     The stamped steel heel guard provides protection to the wearer and the boot.
        Pl. Ex. 9A; Nutt Dep. 60.

25.     The rear buckle holder adds protection to the boot and wearer. Nutt Dep. 113;
        Frederick Decl. Ex. B (Rebuttal Report) at 7.

26.     The replaceable footpeg insert is a replaceable rubber portion of the sole of

the boot.   *See* Link Dep. 21.  It is composed of a hard rubber compound, and

is harder than the remainder of the sole of the boot.  Link Dep. 21.  The

purpose of this component is to enhance the durability of the central portion of

the sole of the boot by allowing that portion of the sole, which is subject to

significant wear and tear, to be replaced as needed.  Reginato Dep. at 142-43;

Frederick Decl. Ex. A (Frederick Report) at 11.

27.     The metal "toe-box" (which is referred to as a "steep toe cap" in this

litigation) is a replaceable steel component on the front of sole of the boot.  Pl.

Resp. to Interrog. 16.  The principal function of the steel toe cap is to

safeguard the toe box of the boot and prevent the sole from separating.

Reginato Dep. 126-27; Pl. Resp. to Interrog. 16.  The steel toe cap primarily

improves the durability of the boot.  Link Dep. 63-64; Frederick Decl. Ex. A

(Frederick Report) at 12.

28.     The steel toe cap does not improve the rider's performance in motocross and it

does not provide traction for the rider.  Link Dep. 20.

29.     The buckle receiver holder covers 3.7 percent of the surface area of the upper

of the Tech 8 boot.  Defendant's Exhibit to Written Discovery Reponses (Def.

Ex.) 7 (attached hereto as Def. Ex. L).

30.     The rear buckle holder covers 4.7 percent of the surface area of the upper of

the Tech 8 boot.  Def. Ex. 7.

31.     The stamped steel heel guard covers 0.9 percent of the surface area of the

upper of the Tech 8 boot.  Def. Ex. 7.

32.     The butterfly-shaped heel counter covers 0.9 percent of the surface area of the

upper of the Tech 8 boot.  Def. Ex. 7.

33.     The calf support covers 12.0 percent of the surface area of the upper of the

Tech 8 boot.  Def. Ex. 7.

34.     The uncontested rubber/plastic of the surface area of the upper of the Tech 8

boot is 43.5 percent.  Def. Ex. 7.

35.     The uncontested leather on the surface area of the upper of the Tech 8 boot is

34.5 percent.  Def. Ex. 7.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

By:     /s/ Barbara S. Williams
        BARBARA S. WILLIAMS
        Attorney in Charge
        International Trade Field Office

*Of Counsel*:
Michael W. Heydrich                     /s/ Karen V. Goff
Office of the Assistant Chief Counsel   KAREN V. GOFF
International Trade Litigation          Trial Attorney
U.S. Customs and Border Protection      Department of Justice, Civil Division
                                        26 Federal Plaza, Room 358
                                        New York, New York 10278
                                        Tel:  (212) 264-9245

Dated:  September 7, 2012               Attorneys for Defendant

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  HON. LEO M. GORDON, JUDGE**

_____

| | | |
|---|---|---|
| **ALPINESTARS S.p.A,** | : | **PUBLIC** |
| | : | |
| Plaintiff, | : | **Court No. 09-00271** |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES,** | : | |
| | : | |
| Defendant. | : | |

_____

_____

### MEMORANDUM IN SUPPORT OF
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

_____

STUART F. DELERY
Acting Assistant Attorney General

BARBARA S. WILLIAMS
Attorney in Charge
International Trade Field Office

_Of Counsel_:                                   KAREN V. GOFF
Michael W. Heydrich                     Trial Attorney
Office of the Assistant Chief Counsel   Department of Justice, Civil Division
International Trade Litigation           Commercial Litigation Branch
U.S. Customs and Border Protection      26 Federal Plaza, Room 358
                                        New York, New York 10278
                                        Tel. No. 212-264-9245

                                        Attorneys for Defendant

# TABLE OF CONTENTS

STATEMENT OF THE CASE……………………………………………………………1

    I.     Nature Of The Case……………………………………………………1

    II.    Statement Of Facts………………………………………………...3

STATUTORY PROVISIONS AND EXPLANATORY NOTES………………………...6

QUESTIONS PRESENTED……………………………………………………………6

SUMMARY OF ARGUMENT………………………………………………………...6

ARGUMENT……………………………………………………………………...8

    I.     Summary Judgment For Defendant Is Proper……………………………..8

         A.     Standard Of Review For Summary Judgment Motions…………...8

         B.     Standard Of Review For Classification Decisions………………..9

         C.     Customs' Decision Is Entitled To Deference……………………..9

    II.    The Motocross Boots At Issue Are Properly Classified In Subheading 6402.91.90, HTSUS, As Footwear With Uppers Of Rubber Or Plastics…………………………………………………………………...11

         A.     Note 4 Of Chapter 64 Requires That All Material Of The Upper Be Considered In Determining The Greatest External Surface Area Except Mere "Accessories Or Reinforcements"…………………12

         B.     "Accessories Or Reinforcements" Within Note 4(a) Are Ornamentation And Aids To Fastening…………..……………...13

         C.     The Constituent Material Having The Greatest Surface Area Of The Upper Of The Tech 8 Is Plastic……………..……………17

             1.     The Total Surface Area Of The Contested Components Is Undisputed……………………………………………….18

             2.     The Calf Protector Is Not A Mere Accessory Or Reinforcement …………………………………….........19

             3.     When The Calf Protector Is Considered Part Of The ESAU, The Constituent Material Of The Upper Is Plastic…………25

i

4.   In Any Event, The Other Contested Components Are Not Accessories Or Reinforcements……………………………26

III.   The Motocross Boots At Issue Are Not Classifiable In Subheading 6403.90.60, HTSUS, As Footwear With Uppers Of Leather……………27

IV.   The Motocross Boots At Issue Are Not Classifiable As Sports Footwear……………………………………………………………27

A.   Sports Footwear Requires Provision For The Attachment Of An Item Designed To Enhance A Sporting Activity By Creating Traction Or Securing A Connection Between A Sporting Apparatus and Footwear…………………………………………27

B.   The Steel Toe Cap And Footpeg Insert Are Unlike The Exemplars In Note 1(a) To Chapter 64………………………………………28

1.   The Steel Toe Cap……………………………………………31

2.   The Footpeg Insert…………………………………………...33

V.   The Motocross Boots At Issue Are Not Classifiable As Other Articles And Equipment For Sports And/Or Outdoor Games In HTSUS 9506.99.60…35

CONCLUSION………………………………………………………………………..40

## TABLE OF AUTHORITIES

### Cases

Anderson v. Liberty Lobby, Inc.,
        477 U.S. 242 (1986)………………………………………………………….8

Anhydrides & Chems., Inc. v. United States,
        130 F.3d 1481 (Fed. Cir. 1997)…………………………………………..10

Aves. In Leather, Inc. v. United States,
        423 F.3d 1326 (Fed. Cir. 2005)…………………………………………..17

Bausch & Lomb, Inc. v. United States,
        148 F.3d 1363 (Fed. Cir. 1998)…………………………………………….9

Brookside Veneers, Ltd. v. United States,
        847 F.2d 786 (Fed. Cir. 1988)……………………………………………14

Dairyland Power Coop. v. United States,
        16 F.3d 1197 (Fed. Cir. 1994)………………………………………………..8

Daw Indus., Inc. v. United States,
        714 F.2d 1140 (Fed. Cir. 1983)……………………………………………..40

E.M. Chemicals v. United States,
        920 F.2d 910 (Fed. Cir. 1990)……………………………………………14

Franklin v. United States,
        289 F.3d 753 (Fed. Cir. 2002)………………………………………………..9

Gooch v. United States,
        297 U.S. 124 (1936)……………………………………………………17, 29

Heartland By-Products, Inc. v. United States,
        264 F.3d 1126 (Fed. Cir. 2001)……………………………………………10

H.I.M./Fathom, Inc. v. United States,
        21 CIT 776 (1997)……………………………………………………………36

Hi-Tech Sports, USA v. United States,
        20 CIT 1046 (1996)……………………………………….......................*passim*

James v. United States,
        48 CCPA 75 (1961)……………………………………………………...13

LeMans Corp. v. United States,
        660 F.3d 1311 (Fed. Cir. 2011)………………………………………36, 37

Len-Ron Mfg. Co. v. United States,
        334 F.3d 1304 (Fed. Cir. 2003)……………………………………………..14

Millenium Lumber Distribution Ltd. v. United States,
        558 F.3d 1326 (Fed. Cir. 2009)……………………………………………..14

Orlando Food Corp. v. United States,
        140 F.3d 1437 (Fed. Cir. 1998)……………………………………………11

Pillowtex Corp. v. United States,
        171 F.3d 1370 (Fed. Cir. 1999)……………………………………………9

Skidmore v. Swift & Co.,
        323 U.S. 134 (1944)……………………………………………………...10

Sports Graphics, Inc. v. United States,
    24 F.3d 1390 (Fed. Cir. 1994)……………………………………………..17, 29

United States v. Esso Standard Oil Co.,
    42 CCPA 144 (1955)………………………………………………………….13

United States v. Mead Corp.,
    533 U.S. 218 (2001)………………………………………………………...10

Universal Elecs. Inc. v. United States,
    112 F.3d 488 (Fed. Cir. 1997)……………………………………………9, 10

**Statutes and Regulations**

Harmonized Tariff Schedule of the United States

GRI 1…………………………………………………………………………11, 36

        Chapter 64………………………………………………………..*passim*

            Note 4(a)……………………………………………………*passim*

                Subheading Note 1(a)……………………………*passim*

                Subheading Note 1(b)…………………………………28

        Chapter 95…………………………………………………8, 35, 39

            Note 1(g)……………………………………………………..8, 35, 36

28 U.S.C. § 2639(a)………………………………………………………………..10

**Miscellaneous**

USCIT R. 30(b)(6)…………………………………………………………………...3

USCIT R. 56…………………………………………………………………1, 8, 9

Explanatory Notes to Section 9506…………………………………………...38, 39

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  HON. LEO M. GORDON, JUDGE**
———————————————————————

| | | |
|---|---|---|
| **ALPINESTARS S.p.A,** | : | **PUBLIC** |
| | : | |
| **Plaintiff,** | : | **Court No. 09-00271** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |

———————————————————————

**MEMORANDUM IN SUPPORT OF DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Rules of the United States Court of International Trade,

defendant, the United States (the Government), respectfully submits this memorandum in

support of its motion for summary judgment.  We respectfully request that this Court enter

judgment affirming the decision of the U.S. Customs and Border Protection (Customs) in

classifying the imported merchandise as other footwear with outer soles and uppers of rubber or

plastics in subheading 6402.91.90, Harmonized Tariff Schedule of the United States (HTSUS),

granting defendant's motion for summary judgment, and dismissing this action.

**STATEMENT OF THE CASE**

**I.      Nature Of The Case**

This case concerns the classification Alpinestars Tech 8 motocross boots, Model No.

201106 (Tech 8 boot), imported by plaintiff, Alpinestars S.p.A. (Alpinestars), in June 2008 under

Entry Number ("No.") GEO-4000478-6.  Entry papers, Court file.  Prior to importation, on

October 29, 2007, Customs issued HQ H015088, which classified the Tech 8 boot under HTSUS

6402.91.90.  HQ H015088 (Oct. 29, 2007) (attached as Defendant's Exhibit (Def. Ex.) A).  At

importation, Customs again classified the motocross boots at issue under HTSUS 6402.91.90

(2008), which provides for "Other footwear with outer soles and uppers of rubber or plastics: Other footwear: Covering the ankle: Other: Other: Other: Valued over $12/pair" dutiable at 20 percent *ad valorem* and liquidated the entries in September 2008.  Entry papers, Court file. Alpinestars timely filed a protest of that liquidation.  Amended Complaint (Am. Compl.) ¶ 3; Answer ¶ 3.  All liquidated duties were paid, and plaintiff timely filed a summons in this Court. Am. Compl. ¶¶ 3-4; Answer ¶¶ 3-4; Summons.

Alpinestars' amended complaint consists of four counts.  Count I asserts that the Tech 8 boots are properly classified in subheading 6403.91.60 as "Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather: Other footwear: Covering the ankle: Other: Other: For men, youths and boys" dutiable at 8.5 percent *ad valorem*.  Am. Compl. ¶ 15.

Alternatively, in Count II, Alpinestars asserts that the boots are properly classified in subheading 6403.19.40 as "Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather: Sports footwear: Other: Other: Other" dutiable at 4.3 percent *ad valorem*.  Am. Compl. ¶ 23.  Count III asserts that if the constituent material of the Tech 8 boots is determined to be plastic, the Tech 8 boots are properly classified in subheading 6402.19.90 as "Other footwear with outer soles and uppers of rubber or plastics: Sports footwear: Other: Other: Valued over $12/pair" dutiable at 9 percent *ad valorem*.  Am. Compl. ¶ 25.

Finally, Alpinestars asserts that the Tech 8 boots are classifiable under subheading 9506.99.60, which provides for, "Articles and equipment for general physical exercise, gymnastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof: Other: Other: Other" dutiable at 4 percent *ad valorem*.  Am. Compl. ¶ 31.

Because Customs correctly classified the imported merchandise under subheading 6402.91.90, and Alpinestars has not met its burden of proving that Customs' classification was incorrect, defendant's motion for summary judgment should be granted.

## II.   Statement Of Facts

Alpinestars produces and sells a variety of motocross boots.  Motocross is a form of motorcycle racing that is on dirt in a closed course, usually approximately two miles long, with jumps and ruts.  Deposition of Russell Scott Link[1] (Link Dep.) 15 (excerpt attached as Def. Ex. B); *see also* Merriam-Webster Online Dictionary, http://www.merriam-webster.com/dictionary/motocross (last visited Sept. 6, 2012) ("a closed-course motorcycle race over natural or simulated rough terrain (as with steep inclines, hairpin turns, and mud)."). Motocross is one of the most dangerous sports in the world.  Deposition of Phillip Nutt[2] (Nutt Dep.) 22-23 (excerpt attached as Def. Ex. H).  Some of the dangers of motocross include:  falling off the bike, the bike falling on the rider, flying rocks and debris, and collision with other bikes. Deposition of Claudio Reginato[3] (Reginato Dep.) 187-89 (excerpt attached as Def. Ex. D); Deposition of Alexander Dare[4] (Dare Dep.) 25-26 (excerpt attached as Def. Ex. C).

The Tech 8 boot is a high-level motocross boot.  Link Dep. 15.  It is used by top professionals in a variety of forms of motocross and off-road racing.  Link Dep. 15.  Indeed, it is

---

[1] Mr. Link testified pursuant to Rule 30(b)(6) as an agent of Alpinestars with respect to marketing, sale, purchasers, and use of the imported merchandise by the manufacturer of the imported articles, plaintiff, and plaintiff's customers.  Link Dep. 37.  He is the North American Sales Manager at Alpinestars.  Link Dep. 6-7.

[2] Mr. Nutt prepared an expert report on behalf of Alpinestars in this matter.  According to Mr. Nutt, he is an expert in "product design, product strategy, shoe history, and fashion direction." Nutt Dep. 170.

[3] Mr. Reginato testified pursuant to Rule 30(b)(6) as an agent of Alpinestars with respect to the design, production, manufacture, and physical characteristics of the imported articles.  Reginato Dep. 8-9.  He is the Chief of Production in Italy for Alpinestars footwear.  Reginato Dep. 10-11. Mr. Reginato also prepared an expert report on behalf of Alpinestars in this matter.

[4] Mr. Dare is a Team Manager at Alpinestars.  Dare Dep. 6-7.

considered to be one of the highest quality motocross boots and is used for the more extreme

versions of the sport, including televised professional motocross events.  Nutt Dep. 26-28.  When

it was in production, the Tech 8 was the second most protective boot sold by Alpinestars (only

the Tech 10 was more protective).[5]  Reginato Dep. 106-10.  It sold for approximately $350.00.

Dare Dep. 19; Plaintiff's Discovery Response Exhibit (Pl. Ex.) 6 (excerpt attached as Def. Ex.

G).

The Tech 8 reaches the wearer's mid-calf and is made from a combination of leather and

plastic components.  *See* Tech 8 Sample (attached as Def. Ex. N).  It exhibits a closed metal-

tipped toe and a closed heel.  *Id.*  The Tech 8 also exhibits the following plastic and metal

components that are at issue in this case; these components are labeled as parts 1, 2, 4, 5, and 6

on Defendant's Exhibit Q, a picture of the white vented version of the Tech 8 boot and are

identified by those numbers below:

1.	The buckle receiver holder (bill of materials code no. 90308, part no. 48).  This

component is composed of high modulus polyurethane (PU)[6] plastic.  It is affixed to

leather by stitching.

2.	The rear buckle holder (bill of materials code no. 90313, part no. 46).  This component is

composed of high modulus PU plastic.  It is affixed to leather by stitching.

4.	The stamped steel heel guard (bill of materials code no. 35145, part no. 68).  This

component is composed of steel and is called the "iron heel."  It is affixed to leather with

two screws.

---

[5] The Tech 8 is no longer produced by Alpinestars; it was replaced by the Tech 8 Light model in 2011.  Reginato Dep. 59, 66-67.
[6] Polyurethane (PU) is a family of chemically produced resins widely used as a gloss or patent finish on leathers or other materials, and also for outsoles and heel lifts.  WILLIAM A. ROSSI, THE COMPLETE FOOTWEAR DICTIONARY 133 (2d ed. Krieger Publishing Co. 2000) (portions attached as Def. Ex. O).

5.      The butterfly-shaped heel counter (bill of materials code no. 90302, part no. 58).  This

component is composed of PU plastic.  It is affixed to leather by stitching.

6.      The calf support or "calf protector" component running vertically down the back of the

back of the boot shaft (bill of materials code no. 90306, part no. 41).  This component is

composed of high modulus PU plastic.  It is affixed to leather by stitching.

Plaintiff's Response to Interrogatory (Pl. Resp. to Interrog.) 25(b-c) (attached as cumulative Def.

Ex. E); *see also* Plaintiff's Discovery Response Exhibit (Pl. Ex.) 9A (attached as Def. Ex. F).

The upper of the Tech 8 also contains several components that are not at issue in this

case.  It has four buckles composed of plastic and metal.  Pl. Resp. to Interrog. 25(b-c).  They are

inserted into their respective buckle receiver holders.  *Id.*  The upper of the boot also contains a

plastic shin plate (part no. 43) and a PX protector plate (part no. 53).  *See* Pl. Resp. to Interrog.

41; Tech 8 Sample.  These are plastic overlays on the front of the boot.

The Tech 8 boot also contains two replaceable components, which are at issue in this

case:  (1) the "steel toe cap"[7]; and (2) the "footpeg insert."  The steel toe cap is on the front of the

sole of the boot; it overlaps the juncture of the toe and the sole of the boot.  *See* Tech 8 Sample;

Pl. Resp. to Interrog. 15.  The principal function of the steel toe cap is to safeguard the toe box of

the boot and to prevent the sole from separating into the component pieces of the sole.  *See*

Reginato Dep. 126-27; Pl. Resp. to Interrog. 16.  In other words, the steel toe cap primarily

improves the durability of the boot.  Link Dep. 63-64.

Second, the Tech 8 exhibits a replaceable sole insert, which Alpinestars refers to as a

"footpeg insert."  This component, a replaceable center portion of the sole of the boot, is made of

---

[7] While Alpinestars refers to the metal toe-box component as a "steel toe cap" in this litigation,
*see* Am. Compl. ¶¶ 19-20, it is not a "toe cap" within the meaning of HTSUS 6402.91.05-
6402.91.30 or HTSUS 6402.99.04-6402.99.21.

a hard rubber compound.  *See* Link Dep. 21; Pl. Resp. to Interrog. 18.  It is harder than the

remainder of the sole of the boot.  Link Dep. 21.  The purpose of this component is to enhance

the durability of the central portion of the sole of the boot by allowing that central portion of the

sole, which is subject to significant wear and tear, to be replaced as needed.  Reginato Dep. 142-

43.

## STATUTORY PROVISIONS AND EXPLANATORY NOTES

The relevant statutory provisions and the corresponding Explanatory Notes are printed in

the Addendum to this memorandum.

## QUESTIONS PRESENTED

(1)      Whether the constituent material having the greatest external surface area of the

upper of the subject merchandise is rubber/plastics or leather.

(2)      Whether the subject merchandise is correctly classified as sports footwear within

the meaning of either subheading 6402.19 or 6403.19.

(3)      Whether the subject merchandise is correctly classified as sports equipment

within subheading 9506.99.60.

## SUMMARY OF ARGUMENT

The Tech 8 motocross boots are properly classified as other footwear with outer soles and

*uppers of rubber or plastics* under Heading 6402.  They are not properly classified as footwear

with *uppers of leather* under Heading 6403.  In determining the constituent material of the upper

of footwear, all visible upper material must be accounted for except "accessories or

reinforcements."  Note 4(a), Chapter 64 (HTSUS).  Under Note 4(a), ankle patches, edging,

ornamentation, buckles, eyelet stays, tabs, and other similar attachments are all accessories or

reinforcements.  Accessories or reinforcements are those components that are ornamentation or

aids to fastening or closure.  Components that contribute more than *de minimus* strength, support, or durability to the upper are not "accessories or reinforcements" under Note 4(a).  *See Hi-Tech Sports, USA v. United States*, 20 CIT 1046, 1047 (1996).

With regard to the Tech 8, the greatest external surface area of the upper is plastic as can easily be seen from an examination of the boot.  Nonetheless, Alpinestars asserts that certain plastic and metal components are mere "accessories or reinforcements" and should not be accounted for in determining the material having the greatest surface area of the upper.  The components at issue all add protection to the boot and for the wearer, and are more than mere "accessories or reinforcements."

Indeed, one such component, the calf protector, occupies 12 percent of the surface area of the upper and is made of high modulus polyurethane which Alpinestars markets as providing "high impact resistance."  Further, experts for both parties agree that the calf protector provides protection from impact.  Because of the size, strength, and protective features of the calf protector, it is not a mere accessory or reinforcement.  Likewise, the other plastic and metal overlays at issue are also more than mere accessories or reinforcements as they contribute to the strength and durability of the boot.  Thus, the components at issue are not accessories or reinforcements, and therefore the greatest external surface area of the upper is clearly plastic.

In addition, the Tech 8 boots are not "sports footwear" within the meaning of Subheading Note 1(a) to Chapter 64.  They are therefore not classifiable under either HTSUS 6403.19.40 or 6402.19.90.  While motocross is undoubtedly a sport, according to Subheading Note 1(a), Chapter 64, "sports footwear" for purposes of the subheadings at issue must be footwear with attachments (or the provision for attachments) such as spikes, sprigs, cleats, stops, clips, or bars.  The Tech 8 motocross boots contain two replaceable components, the "footpeg insert" and the

"steel toe cap." Both are designed to improve the durability of the boot; neither component increases traction or attaches to an apparatus like the exemplars in Subheading Note 1(a). The Tech 8 boots are therefore not properly classified as sports footwear with uppers of rubber or plastics under HTSUS 6402.19.90 or of leather under HTSUS 6403.19.40.

Finally, the Tech 8 boot is not "sports equipment" classified under Chapter 95. Other than skating boots with roller skates or ice skates attached, footwear is not properly classified as sports equipment. Indeed, Note 1(g) to Chapter 95 specifically exempts all other sports footwear from Chapter 95. Because the Tech 8 motocross boots are not "sports equipment," they are not properly classified in Chapter 95.

## ARGUMENT

### I.     Summary Judgment For Defendant Is Proper

#### A.     Standard Of Review For Summary Judgment Motions

Under Rule 56 of the Rules of the United States Court of International Trade, summary judgment is appropriate "if the pleadings, discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." USCIT R. 56(c). In determining whether a genuine issue of fact exists, the court reviews the evidence submitted drawing all inferences against the moving party. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986); *Dairyland Power Co-op v. United States*, 16 F.3d 1197, 1202 (Fed. Cir. 1994). The mere existence of some alleged factual dispute will not defeat an otherwise properly supported motion for summary judgment. *Anderson*, 477 U.S. at 247-48.

In this case, there are no genuine issues of material fact for purposes of the Government's motion. Accordingly, this action may be properly disposed of upon summary judgment. Furthermore, even assuming the Court finds that there are disputed issues of material fact for

8

purposes of the Government's motion with regard to certain counts of plaintiff's amended

complaint, which there are not, it may issue a partial judgment in this case.  USCIT R. 56(a), (d).

### B.  Standard Of Review For Classification Decisions

This Court may resolve a classification issue by means of summary judgment.  *See*

*Bausch & Lomb, Inc. v. United States*, 148 F.3d 1363, 1365 (Fed. Cir. 1998).  Summary

judgment is appropriate where the nature of the merchandise is not in question and the sole issue

before the court is the proper classification of the merchandise.  *Id.* ("[S]ummary judgment is

appropriate when there is no genuine dispute as to the underlying factual issue of exactly what

the merchandise is." (citation omitted)).

A classification decision is a question of law based upon two underlying steps.  First, the

Court must determine the proper meaning of the tariff provisions at hand.  *See Universal Elecs.*

*Inc. v. United States*, 112 F.3d 488, 491 (Fed. Cir. 1997).  The second step is to determine

whether the subject merchandise properly falls within the scope of the two possible headings.  *Id.*

The first step is a question of law, while the second step is one of fact.  *Id.*; *Pillowtex Corp. v.*

*United States*, 171 F.3d 1370, 1373 (Fed. Cir. 1999).  Where the nature of the merchandise is

undisputed, the classification issue collapses entirely into a question of law, and the court

reviews Customs' classification decision *de novo*.  *Franklin v. United States*, 289 F.3d 753, 757

(Fed. Cir. 2002).  Here, the material facts regarding the nature of the merchandise are

undisputed, and classification is therefore entirely a question of law.

### C.  Customs' Decision Is Entitled To Deference

Customs' position set forth in HQ H015088 that the imported merchandise is properly

classified under HTSUS 6402.91.90 as footwear with uppers of plastic is entitled to deference.

*See* HQ H015088.  Customs' decisions are entitled to a statutory presumption of correctness, and

the burden of proving that such a ruling is incorrect falls upon the party challenging the decision. 28 U.S.C. § 2639(a). The presumption of correctness does not add evidentiary weight, however. *Anhydrides & Chems., Inc. v. United States*, 130 F.3d 1481, 1486 (Fed. Cir. 1997).

The legal component of any Customs' ruling is reviewed by the U.S. Court of International Trade *de novo*, *Universal Elecs.*, 112 F.3d at 492, but a ruling by Customs is entitled to deference proportional to its "power to persuade," *United States v. Mead Corp.*, 533 U.S. 218, 235 (2001); *Skidmore v. Swift & Co.*, 323 U.S. 134, 140 (1944). According to *Mead*, the Customs' official's "thoroughness, logic and expertness, its fit with prior interpretations, and any other sources of weight" should be considered in determining a ruling's "power to persuade." *Mead*, 533 U.S. at 235; *see also Heartland By-Products, Inc. v. United States*, 264 F.3d 1126, 1135 (Fed. Cir. 2001).

In this case, Customs issued a well-reasoned ruling, which applied the relevant statutes, regulations, and judicial precedent based upon an examination of the boots at issue. In particular, Customs properly applied Note 4(a) to Chapter 64 and the Court of International Trade case, *Hi-Tech Sports USA v. United States*, 20 CIT 1046 (1996). Based upon the *Hi-Tech* decision, Customs correctly noted that whether a component is made of plausible upper material and whether it contributes to the structural strength of the boot are two important factors in determining whether a component should be included in the calculation of the external surface area of the upper (ESAU). Customs also correctly noted, based upon the *Hi-Tech* decision, that the intended use of the footwear must be considered in determining whether certain components are accessories or reinforcements under Note 4(a).

After establishing the parameters of Note 4(a), Customs properly determined that the components at issue were not accessories or reinforcements within Note 4(a) because they were

unlike the exemplars listed in that Note.  First, Customs found that the overlays contribute structural strength to the boot and provide additional rigidity and protection for a wearer's foot. While counsel for Alpinestars asserted that the leather boot constituted a fully functioning boot without the plastic overlays, Customs correctly noted that even if that were true, it was of modest importance.  In particular, Customs properly determined that the boots at issue were designed for the most competitive versions of motocross racing, and that the plastic overlays were therefore added to elevate the level of protection to that necessary for the intended use of the boot.  Based upon those findings, Customs issued a ruling classifying the Tech 8 boots as footwear with outer soles and uppers of rubber or plastics under HTSUS 6402.91.90.

Customs did not consider two additional arguments at issue in this case – whether the Tech 8 is "sports footwear" or "sports equipment."  Counsel for Alpinestars did not raise those issues at the protest stage.  Furthermore, there was no basis for considering such arguments because the Tech 8 boots are clearly not sports footwear or sports equipment, as explained in this brief.  Because Customs issued a well-reasoned and thorough decision regarding the classification of the Tech 8, its ruling should be given deference in this case.

## II.     The Motocross Boots At Issue Are Properly Classified In Subheading 6402.91.90, HTSUS, As Footwear With Uppers Of Rubber Or Plastics

The Tech 8 boots are properly classified in subheading 6402.91.90 as footwear with uppers of rubber or plastics.  They are not properly classified as footwear with uppers of leather.

Merchandise imported into the United States is classified under the HTSUS pursuant to the principals set forth in the General Rules of Interpretation (GRI) and the Additional U.S. Rules of Interpretation (ARI).  *See Orlando Food Corp. v. United States*, 140 F.3d 1437, 1439 (Fed. Cir. 1998).  GRI 1 provides that classification "shall be determined according to the terms of the headings and any relative section or chapter notes."

11

At issue in Counts I-III of Alpinestars' amended complaint is the composition of the upper of the Tech 8 boots. *See* Am. Compl. ¶ 14. According to Customs, the Tech 8 boots are "Other footwear with outer soles and uppers of rubber or plastics." Alpinestars asserts that the Tech 8 boots are either "footwear with outer soles of rubber or plastics and uppers of leather" (Count I) or "sports footwear with outer soles of rubber or plastics and uppers of leather" (Count II). Am. Compl. ¶¶ 12-15, 23.[8] Chapter Note 4(a) provides a definition of the "constituent material of the upper," and the parties agree that Note 4(a) of Chapter 64 must be applied in order to determine the constituent material of the upper.

## A. Note 4 Of Chapter 64 Requires That All Material Of The Upper Be Considered In Determining The Greatest External Surface Area Except Mere "Accessories Or Reinforcements"

Note 4 of Chapter 64 establishes the manner for determining the greatest external surface area of the upper (ESAU). Note 4(a) states:

> The material of the upper shall be taken to be the constituent material having the greatest external surface area, no account being taken of accessories or reinforcements such as ankle patches, edging, ornamentation, buckles, tabs, eyelet stays or similar attachments.

Note 4(a), Chapter 64 (HTSUS). In application, this means that upper components that are deemed to be "accessories or reinforcements" such as those listed, are not taken into account in determining the external surface area. Thus, after "accessories and reinforcements" are "removed" for purposes of determining the ESAU, the proper classification is determined by the constituent material having the greatest percentage surface area of the upper.

---

[8] Alternatively, as discussed in more detail in *section IV* below, Alpinestars asserts that if the constituent material of the upper is determined to be plastic, then the merchandise is classifiable as sports footwear with outer soles and uppers of rubber or plastics under HTSUS 6402.19.90. Am. Compl. ¶ 25. While the uppers of the Tech 8 are plastic, because the imported merchandise is not "sports footwear," that argument is meritless.

Alpinestars considers the following components on the Tech 8 boot to be accessories or reinforcements:

1.      The buckle receiver holder (bill of materials code no. 90308, part no. 48);

2.      The rear buckle holder (bill of materials code no. 90313, part no. 46);

3.      The four buckles;

4.      The stamped steel heel guard (bill of materials code no. 35145, part no. 68);

5.      The butterfly-shaped heel counter (bill of materials code no. 90302, part no. 58); and

6.      The calf support or calf protector running vertically down the back of the back of the boot shaft (bill of materials code no. 90306, part no. 41).

Pl. Resp. to Interrog. 25(b-c); *see also* Pl. Exhibit 9A.

Contrary to Alpinestars' assertions, the calf support, stamped steel heel guard, buckle receiver holder, rear buckle holder, and butterfly-shaped heel counter add structure and strength to the upper and are much more than mere "accessories or reinforcements."  They are therefore part of the constituent material of the upper.  The parties agree that the four buckles are accessories or reinforcements pursuant to Note 4(a) of Chapter 64.

## B.  **"Accessories Or Reinforcements" Within Note 4(a) Are Ornamentation And Aids To Fastening**

One of the principal issues in this case is the legal question of the definition of "accessories or reinforcements" for purposes of Note 4(a).  The common meanings of the exemplars listed in Note 4(a) indicate that "accessories or reinforcements" are those shoe components that are primarily ornamentation or means of affecting closure.  In other words, "accessories or reinforcements" do not add to the structural integrity of the footwear.

Where a tariff term is not statutorily defined, the term is presumed to be used in its normal sense.  *See United States v. Esso Standard Oil Co.*, 42 CCPA 144, 151 (1955); *James v.*

*United States*, 48 CCPA 75, 77-78 (1961).  Indeed, terms are to be construed in accordance with their common and commercial meanings.  *See Millenium Lumber Distribution Ltd. v. United States*, 558 F.3d 1326, 1328-29 (Fed. Cir. 2009); *Len-Ron Mfg. Co. v. United States*, 334 F.3d 1304, 1309 (Fed. Cir. 2003); *E.M. Chemicals v. United States*, 920 F.2d 910, 913 (Fed. Cir. 1990) ("Tariff terms are to be construed in accordance with their common and popular meaning, in the absence of a contrary legislative intent.").  To determine the common meaning of a tariff term, a court may rely upon its own understanding of the term, and may consult standard lexicographic and scientific authorities, dictionaries, and other reliable information sources. *Brookside Veneers, Ltd. v. United States*, 847 F.2d 786, 789 (Fed. Cir. 1988).

The exemplars listed in Note 4(a) as "accessories or reinforcements" are commonly defined as follows:

- A patch is defined as a "piece of cloth sewed on a garment as an ornament or insignia." Merriam-Webster Dictionary Online, http://www.merriam-webster.com/dictionary/patch (last visited Sept. 6, 2012).  An ankle patch is a patch in the ankle area.  Nutt Dep. 64-65. While ankle patches were once considered protective elements for the medial ankle bone, *see* Nutt Expert Report (attached as Def. Ex. M) at 7, ankle patches today are commonly strictly decorative, *see* Nutt Dep. 65, 99.  *See also* Deposition of Dr. Edward C. Frederick[9]  (Frederick Dep.) 193 (excerpt attached as Def. Ex. I) (ankle patch means a patch on the upper of the shoe and does not imply any type of protection or support).

- Edging or "edge finishing" is "The trimming, staining, dressing, or burnishing the sole edge."  ROSSI, THE COMPLETE FOOTWEAR DICTIONARY 53; *see also* Nutt Dep. 76 (edging is "a treatment that is applied to the edges of materials.").

---

[9] Edward C. Frederick, Ph.D. is the Government's expert witness.

- Ornamentation on a shoe consists of decorative applications to the upper surface of a shoe.  Nutt. Dep. 77.  Examples of ornamentation can include ankle patches and edging. Nutt Dep. 90.

- A buckle is "[a] metal or plastic fastening device used on footwear for functional or decorative purpose, or both."  ROSSI, THE COMPLETE FOOTWEAR DICTIONARY 25.

- An eye stay or eyelet stay is "[a] facing or strip of leather, fabric or other material attached to the rim of the shoe upper along the front or eyelet edge."  ROSSI, THE COMPLETE FOOTWEAR DICTIONARY 57.  It is also known as an "eyelet tab."  *Id.  The Complete Handbook of Athletic Footwear* similarly defines an eye stay as "reinforcement around lacing holes."   MELVYN P. CHESKIN, THE COMPLETE HANDBOOK OF ATHLETIC FOOTWEAR 165 (Fairchild Publications 1987) (portions attached as Def. Ex. P).

- A tab is commonly a loop which can be functional as a lacing mechanism or as a pull-on-aid feature.[10]  Nutt Report 9.  Functional tabs are aids to fastening and closure of shoes. *See* Nutt Dep. at 88-89.

To summarize, ankle patches, edging and ornamentation are all decorative elements on a shoe.  *See* Nutt Dep. 90.  Buckles, tabs, and eyelet stays aid in fastening and closure of shoes. *See* Nutt Dep. 88.  Thus, based upon the common meaning of the exemplars, accessories and reinforcements within the meaning of Note 4(a) are two categories of shoe components: (1) decorative items; and (2) aids to fastening and closure systems.  *See* Declaration of Edward Frederick (Frederick Decl.) (attached as Def. Ex. J) Ex. B (Rebuttal Report) at 3.

Consistent with those definitions, "accessories or reinforcements" are generally flimsy and do not contribute more than *de minimus* strength, support, or durability to the upper.  This

---

[10] According to Mr. Nutt, tabs can also mean something that is cut off of the shoe.  Nutt Dep. 83, 89.

understanding is supported by *Hi-Tech Sports, USA v. United States*, 20 CIT 1046, 1047 (1996). In that case, this Court addressed whether certain components of a boot were "accessories or reinforcements" within the meaning of Note 4(a). Specifically, the Court considered hiking boots with combination uppers, consisting of leather and Condura nylon." 20 CIT at 1047. The Court held that the "essential structure of each boot's upper [was] derived from its leather components which contribute[d] strength and durability to the boot, and provide[d] support to the wearer's foot and ankle." *Id.* The Court also noted that the leather portion into which the eyelet holes were placed "serve[d] a greater function than just as a reinforcement." *Id.* Consequently, the Court found that the "leather portion [was] more than an eyelet stay and it [was] not an accessory or reinforcement."

Thus, *Hi-Tech* held that those portions of the shoe that contribute strength and durability to a boot, rather than merely functioning "as a reinforcement," are not "accessories or reinforcements" under Note 4(a). *See id.* While components that contribute strength and durability to a boot would rationally "reinforce"[11] the boot, *Hi-Tech* teaches that only non-structural reinforcements are contemplated by Note 4(a). *See id.* In other words, *Hi-Tech* instructs that strengthening, durable reinforcements are not mere "reinforcements" for purposes of Note 4(a). *See id.*

In sum, the common meanings of the exemplars listed in Note 4(a) show that decorative and fastening components such as ankle patches, edging, ornamentation, buckles, tabs, and eyelet stays are "accessories or reinforcements" within that Note. The *Hi-Tech* decision further

---

[11] The word "reinforce" is defined as "strengthen or support by additional men or material or by increase in numbers, quantity, size, thickness, etc." THE CONCISE OXFORD DICTIONARY 1045 (5th ed.). A reinforcement is defined as "anything that reinforces." *Id.* at 1045-46.

establishes that only those components which do not contribute strength or durability to the upper are "accessories or reinforcements" within Note 4(a).

Note 4(a) also contemplates that "similar attachments" to those listed are "accessories or reinforcements." In order to determine the items that would constitute "similar attachments," the rule of *ejusdem generis* should be employed. That statutory canon "limits general terms which follow specific ones to matters similar to those specified." *Gooch v. United States*, 297 U.S. 124, 128 (1936); *see also Aves. In Leather, Inc. v. United States*, 423 F.3d 1326, 1332 (Fed. Cir. 2005); *Sports Graphics, Inc. v. United States*, 24 F.3d 1390, 1392 (Fed. Cir. 1994) (where an enumeration of specific things is followed by a general word or phrase, the general word or phrase is held to refer to things of the same kind as those specified). Based upon *ejusdem generis*, similar attachments would only include other decorative attachments (*i.e.* patches) or aids to fastening and closure systems (*i.e.* Velcro). In any event, based upon *Hi-Tech*, the "similar attachments" would not encompass any features that add durability or strength to the footwear.

## C. The Constituent Material Having The Greatest Surface Area Of The Upper Of The Tech 8 Is Plastic

The constituent material of the Tech 8 boot having the greatest surface area of the upper is plastic. As established below, the total surface area of the "contested components" is undisputed. Therefore, the only issue is whether the contested components are "accessories or reinforcements" within the meaning of Note 4(a). The parties agree that the upper of Tech 8 does not contain any eyelet stays, ankle patches, tabs, or edging. Nutt Dep. 132-33. Additionally, the parties are in agreement that the four buckles on the Tech 8 boot are properly considered "accessories or reinforcements." Thus, because (1) Note 4(a) states that no account is to be taken of "accessories or reinforcements" such as "ankle patches, edging, ornamentation,

buckles, tabs, eyelet stays or other similar attachments" and (2) the parties agree that the upper of

the Tech 8 does not contain eyelet stays, ankle patches, tabs, or edging, the only issue in this case

is whether the five contested components are buckles, ornamentation or "similar attachments" to

those exemplars listed in Note 4(a).  As established below (*section II(C)(2)-(4)*), the contested

components are not buckles, ornamentation, or similar attachments.

### 1. <u>The Total Surface Area Of The Contested Components Is Undisputed</u>

In this case, there is no dispute as to the surface area of each particular component of the

Tech 8 boot.  According to the undisputed Customs' report prepared by the New York

Laboratory in Newark, NJ, the following is the breakdown of the total surface area for each

contested component, unassigned to leather or rubber/plastic (R/P), as well as the total

uncontested portion of leather and R/P:

| Component | Material Type | Percent (Uncontested) |
|---|---|---|
| Buckle receiver holder<br>Part No. 48 | Defendant asserts: R/P<br>Plaintiff asserts:  Leather | 3.7 |
| Rear buckle holder<br>Part No. 46 | Defendant asserts:  R/P<br>Plaintiff asserts:  Leather | 4.7 |
| Stamped steel heel guard<br>Part No. 68 | Defendant asserts:  Metal<br>Plaintiff asserts:  Leather | 0.9 |
| Butterfly shaped heel counter<br>Part No. 58 | Defendant asserts:  R/P<br>Plaintiff asserts:  Leather | 0.9 |
| Calf Support<br>Part No. 41 | Defendant asserts:  R/P<br>Plaintiff asserts:  Leather | 12.0 |
| Other | Uncontested R/P | 43.5 |
| Other | Uncontested Leather | 34.5 |

Defendant's Discovery Response Exhibit (Def. Ex.) 7 (excerpt attached hereto as Def. Ex. L).

Thus, because the parties agree regarding the relative percentages of each of the contested

components, the only issue before the Court related to the ESAU is whether the contested

components are "accessories or reinforcements" within the meaning of Note 4(a).  If a particular

component is determined to be an accessory or reinforcement, it is not accounted for in

determining the ESAU of the upper.  Note 4(a), Chapter 64 (HTSUS).  With regard to the

components at issue in this case, if the contested components are not accounted for, the leather

beneath the contested components would be accounted for instead.

Based upon the Customs' Laboratory calculations, the minimum percentage of leather is

34.5 percent and the minimum percentage of rubber/plastic is 43.5 percent; those amounts will

be adjusted based upon the determination of whether the contested components are "accessories

or reinforcements" within Note 4(a).  For example, if the buckle receiver holder is not an

"accessory or reinforcement," 3.7 percent would be counted as plastic and added to the 43.5

percent uncontested plastic.  On the other hand, if the buckle receiver holder is determined to be

an "accessory or reinforcement" within Note 4(a), "no account" is taken of that overly, and the

leather beneath the component is accounted for instead; in other words, 3.7 percent would be

added to 34.5 percent leather.  Similarly, with regard to the metal heel guard, if the metal is

found to be an "accessory or reinforcement," 0.9 percent is added to the leather.  If it is not

considered to be an "accessory or reinforcement," 0.9 percent is not counted as either

rubber/plastic or leather.  Finally, because of the significant size of the calf protector, if it is

properly counted as part of the ESAU, 12.0 percent would be added to the 43.5 percent

uncontested plastic, bringing the total to 55.5 percent rubber or plastic.  Accordingly, if the calf

protector is determined to be part of the ESAU, the constituent material of the upper is plastic.

## 2.The Calf Protector Is Not A Mere Accessory Or Reinforcement

The calf support or "calf protector" is not a mere accessory or reinforcement.  It consists

of strong, high modulus polyurethane plastic, and Alpinestars itself touts the calf protector as a

protective feature of the boot.  Because the calf protector serves more than a mere decorative or

fastening purpose and adds durability to the upper, it is not an "accessory or reinforcement" for

purposes of Note 4(a), Chapter 64 of the tariff.

The calf protector is an overlay made of high modulus polyurethane (PU) plastic.  *See* Pl.

Ex. 9A.  Because of the strength of the material and the size of the component, the calf protector

serves more than a mere decorative or fastening function.  It is a protective element of the boot,

which adds durability and strength to the upper.  Indeed, Alpinestars' expert witness testified that

because the calf protector is composed of a "hard material," if the calf was "banged," the

material would have a protective quality.  Nutt Dep. 118 ("I can't lie to you that if that was

banged, it wouldn't have some protective quality.").  Furthermore, Alpinestars' marketing

material from its 2006-2010 catalogs, describe the component as a "contoured calf protector

plate [which] is injected with PU for **high impact resistance**."   Pl. Ex. 6 (emphasis added).

The undisputed foregoing evidence from Alpinestars is corroborated by the

Government's expert witness, Dr. Frederick, who has expertise in among other things footwear

biomechanics.[12]  Frederick Dep. 15.  Dr. Frederick opined that the primary purpose of the calf

support is to "provide support and protection and to add to the structural integrity of the upper."

Frederick Decl. Ex. B (Frederick Rebuttal Report) 4; *see also* Frederick Dep. 164-65.  While the

"primary purpose" of the calf protector is disputed by Alpinestars' expert, both experts agree that

the calf protector has a protective element.  Thus, the PU injected calf protector plate is not

merely an "accessory or reinforcement" within the meaning of Note 4(a).  While it has

---

[12] Dr. Frederick has been engaged in researching, designing, developing, producing, and
evaluating functional footwear since 1978; recently served as an elected Chairperson of the
*Footwear Biomechanics Group*; is the editor-in-chief of the *Footwear Science* journal; and
served as the co-chairperson of the *VIIIth Footwear Biomechanics Symposium* in 2007.
Frederick Decl. ¶¶ 2-5.

decorative and fastening qualities, as explained below, it also has a protective function and adds strength and durability to the upper, unlike those "accessories or reinforcements" within the meaning of Note 4(a).

Alpinestars argues that the calf protector is merely an "accessory or reinforcement" under Note 4(a). Alpinestars asserts that the component serves three main purposes: (1) it is part of the floating buckle system; (2) it covers the stitching on the back seam; and (3) it provides a place for the Alpinestars vertical logo. Reginato Dep. 119. Similarly, Alpinestars' expert witness, a self-identified expert in product design, product strategy, shoe history, and fashion direction, testified that the function of the calf protector is twofold: (1) it is part of the buckle system; and (2) it covers the zig-zag stitching of the back seam of the leather boot shell. Nutt Dep. 116. Even assuming the calf protector serves the functions alleged by Alpinestars, it is not an accessory or reinforcement within the meaning of Note 4(a) because of its size, strength, and protective features.

While the calf protector does have some fastening function, that is not the only purpose of the component, and it is therefore not a mere buckle. If the calf protector were solely a buckle, it would not need to be as large as it is. Indeed, even Alpinestars admits that the buckles on the Tech 8 could be replaced with smaller buckles, and that the boot would function as a motocross boot with smaller buckles. Reginato Expert Report at 12 (attached as Def. Ex. K); *see* Reginato Dep. 204-05. Thus, if the calf protector served a mere fastening purpose, it could have been made smaller. *See* Reginato Expert Report at 12. That the calf protector is made of plausible upper material and covers 12 percent of the boot, indicates that it adds to the structural integrity of the boot.

Likewise, if the calf protector was merely intended to cover a seam on the back of the boot, it could have been made lighter.  In other words, to the extent that Alpinestars simply wanted to provide seam protection, a lighter material would have sufficed.  In fact, Mr. Nutt and Mr. Reginato acknowledged that the zig-zag stitching could be protected by a lighter piece of material.  Nutt Dep. 116; *see* Reginato Dep. 204-05.  Similarly, if Alpinestars merely wanted to place its logo on the back of its boot, it could have easily done so using a lighter, less protective material.  Indeed, if the calf protector were actually a mere "accessory or reinforcement," replacing it with a smaller buckle and/or lighter material would have been preferable as such a buckle/material could accomplish the minor functions of fastening the boot, covering the seam, and anchoring the logo, and would have had the added benefit of decreasing the production cost to Alpinestars.  The fact that such a durable plastic material was used by Alpinestars is evidence that the calf protector component is integral to the protectiveness of the boot.

Moreover, such a large and sturdy component, made of plausible upper material, is not a mere "accessory or reinforcement" simply because it is also part of the buckling system and/or has some decorative elements.  By way of example, Alpinestars acknowledges that not all components attached to buckles are "buckles" for purposes of Note 4(a) to Chapter 64.  In particular, Alpinestars does not consider the shin plate (part no. 43) or the PX protector (part no. 53) to be "accessories or reinforcements."  *See* Reginato Report at 7; Pl. Resp. to Interrog. No. 25(b-c).  Nonetheless, Alpinestars' expert witness, Mr. Nutt, noted that the shin plate acts as a shin protector and as *part of the strapping system* in one integral unit.  Nutt Dep. 55 (emphasis added); *see also* Tech 8 Sample (PX Protector is part of the buckle system).  Thus, while Alpinestars acknowledges that the components it calls the "shin plate" and "PX protector" are not "accessories or reinforcements," it takes a contradictory position with respect to the

corresponding component on the back of the boot, the "calf protector." ███████████

███████████████████████████████████████████████████████████     ███████████

███████████████████████████████████████████████████████████████████████████

████████████ [13] Reginato Expert Report Exhibit Bill of Materials; Pl. Ex. 9A. Indeed,

Alpinestars' marketing materials describe the shin plate and calf plate in the same manner: both

are described as injected with PU for a high level of impact resistance. Pl. Ex. 6. Alpinestars

also admitted that the shin protector and PX protector are designed to contribute to impact and

abrasion resistance in response to interrogatories. Pl. Resp. to Interrog. 41. Because the calf

protector performs the same function on the back of the boot as the shin plate and PX protector

perform in the front of the boot, the calf protector should be considered part of the upper of the

boot, rather than a mere "accessory or reinforcement." Indeed, the calf protector is more than

simply ornamentation and part of the buckle system.

Thus, Alpinestars' assertion that the calf protector is a multi-purpose component, which

aids in fastening the boot, covers the back seam, and provides a place to put the Alpinestars'

logo, does not support its contention that the component is a mere "accessory or reinforcement."

While the Government does not disagree that the calf protector serves the three functions

asserted by Alpinestars, it also has a protective function (Nutt Dep. 118) including providing

"high impact resistance" (Pl. Ex. 6). Accordingly, even though the calf protector serves some of

the same functions as the exemplars listed in Note 4(a) (*i.e.* fastening and decorative), it is more

than a mere reinforcement or accessory because it also provides protection to the wearer and

adds strength and rigidity to the boot.

---

[13] ████████████████████████████████████████████████████████████████

████████████████████████████████ Reginato Expert Report Exhibit Bill of Materials; Pl. Ex.
9A. Shore hardness is the durometer hardness on a scale from 0-100. CHESKIN, THE COMPLETE
HANDBOOK OF ATHLETIC FOOTWEAR 168. Lower readings indicate softness. *Id.* at 165.

Consideration of the calf protector in light of the "intended use" of the Tech 8 boots also supports the Government's position.  Pursuant to *Hi-Tech*, the intended purpose of the shoe at issue should be considered in determining whether certain components are mere "accessories or reinforcements" or are structural elements of the boot.  *Hi-Tech*, 20 CIT at 1047 (finding that if the boots at issue were constructed without the leather, they would lack sufficient support, rigidity, or strength for their intended use).

The Tech 8 boot is a high-level product, and is used by top professionals in different forms of motocross and off-road racing.  Link Dep. 15.  Because of the dangers associated with motocross, protection is very important in the design of Alpinestars' boots.  Indeed, in determining which materials to use for its motocross boots, Alpinestars considers protection to be one of the most important factors.  Reginato Dep. 35.  As the Tech 8 is recommended for professional and extreme levels of motocross (Nutt Dep. 26-28, Link Dep. 15[14]), the placement of large plastic overlays on the outside of the boot is consistent with the need for as much protection as possible for high level riders.  Thus, the plastic calf protector is unlike the examples of "accessories or reinforcements" cited in Note 4(a) in that it performs structural functions, in addition to decorative and fastening functions, by protecting the rider from "impact" and related injuries during the highly competitive levels of motocross racing for which the boots were designed.  The calf protector, together with the leather, provide the protection, Nutt Dep. 118, which is necessary for the intended use of the boot for high level motocross.  The plastic calf overlay is therefore akin to the leather components in *Hi-Tech* in that it serves a "greater function than just as a reinforcement."  It should therefore not be excluded by Note 4(a), Chapter 64 for the ESAU calculation.

---

[14] Of course, as with any high-end boot, the Tech 8 boot can be used by entry level riders as well. *See* Link Dep. 15.

In sum, the calf protector overlay runs down the back shaft of the boot and is composed of high modulus polyurethane plastic.  As both experts in this case agree, it provides protection to the boot and wearer.  Nutt Dep. 118; Frederick Decl. Ex. B; Frederick Rebuttal Report at 4.  It is not flimsy or relatively small like ankle patches and/or ornamentation.  Likewise, while it works with the buckle system, it is larger than needed if it were merely a buckle.  Reginato Report at 12.  It is also heavier than required if it were a mere seam-protector.  Nutt Dep. 116. While Alpinestars asserts in this litigation that the calf protector does not serve any significant protective function, Alpinestars advertises the component to its customers as providing "high impact resistance" to the boot.  Pl. Ex. 6.  Consistent with that advertising, the Government's biomechanics expert opines that the principal purpose of the calf protector is to provide support, protection, and add to the structural integrity of the boot.  Frederick Decl. Ex. B (Rebuttal Report) at 4.  Accordingly, while the calf protector is an overlay (*i.e.* there is leather underneath the plastic piece), it is clearly much stronger than the accessories and reinforcements contemplated by Note 4(a) in that it provides protection, strength, and rigidity to the boot.  *See Hi-Tech*, 20 CIT at 1047.

### 3.When The Calf Protector Is Considered Part Of The ESAU, The Constituent Material Of The Upper Is Plastic

As noted above, the calf protector occupies 12 percent of the upper of the Tech 8 boot. Def. Ex. 7.  If the calf protector is properly accounted for in the ESAU calculation and is considered to be more than a mere "accessory or reinforcement," as is the case, the plastic components make up 55.5 percent of the upper.  Thus, the constituent material of the upper is plastic, and the Court need not consider the remaining contested components.  As established above, the calf protector is not an "accessory or reinforcement" but rather a structural component of the Tech 8 boot, and the constituent material of the upper is therefore plastic.

### 4. In Any Event, The Other Contested Components Are Not Accessories Or Reinforcements

In any event, the remaining components are not "accessories or reinforcements" within Note 4(a). The buckle receiver holder (part no. 48), the rear buckle holder (part no. 46), the stamped steel heel guard (part no. 68), and the butterfly-shaped heel counter (part no. 58) are all more than mere "accessories or reinforcements" and should be considered in determining the ESAU. The buckle receiver holder, rear buckle holder, and heel counter back reinforcement are all made of PU plastic. ████████████████████████████████████████

████████████ Reginato Expert Report Exhibit Bill of Materials; Pl. Ex. 9A. Additionally, Dr. Frederick – who was described by Mr. Nutt (Alpinestars' expert) as an expert in the heel area of shoes (Nutt Dep. 34-35) – opined that the butterfly shaped heel counter works with the stamped steel heel guard to serve as a bridge between the PX protector and the rear buckle holder. Frederick Decl. Ex. B (Rebuttal Report) at 6-7. According to Dr. Frederick, the two components prevent pinching in the heel area and therefore allow the boot to function and fit as intended. Frederick Decl. Ex. B (Rebuttal Report) at 6-7; Frederick Dep. 130-33. Furthermore, it is Dr. Frederick's opinion that the primary purpose of the rear buckle holder is to provide protection for the heel bone. Frederick Decl. Ex. B (Rebuttal Report) at 7-8; Frederick Dep. 147-48.

Moreover, Alpinestars agrees that stamped steel heel guard provides protection to the wearer of the boot. First, it is called a "heel guard" in Alpinestars' advertisements. Pl. Ex. 6. Second, Alpinestars' expert, Mr. Nutt, testified that "there's obviously some protective element" to the steel heel guard. Nutt Dep. 60; *see also* Pl. Ex. 9A. Thus, because the contested components have protective qualities, they are more than mere decorative or fastening features and are not "accessories or reinforcements" within Note 4(a).

26

### III.  The Motocross Boots At Issue Are Not Classifiable In Subheading 6403.90.60, HTSUS, As Footwear With Uppers Of Leather

As established previously, the Tech 8 boots have uppers of plastics or rubbers.  In particular, when the calf protector is properly considered as part of the upper, rather than merely an "accessory or reinforcement," the boot is undisputedly 55.5 percent plastic.  Accordingly, the motocross boots at issue are not classifiable as footwear with uppers of leather in subheading 6403.90.60, and Count I of Alpinestars' amended complaint is meritless.

### IV.  The Motocross Boots At Issue Are Not Classifiable As Sports Footwear

The motocross boots at issue are not classifiable as sports footwear within the meaning of HTSUS 6403.19.40 or 6402.19.90.  Alpinestars asserts in Counts II-III that its motocross boots are "sports footwear" and are properly classified either as (1) sports footwear with outer soles of rubber or plastic and uppers of leather within HTSUS 6403.19.40 (Count II); or (2) sports footwear with outer soles and uppers of rubber or plastics within HTSUS 6402.19.90 (Count III).  Because Alpinestars' Tech 8 boots are not sports footwear within the meaning of those provisions, Alpinestars' proposed classification should be rejected.

### A.  Sports Footwear Requires Provision For The Attachment Of An Item Designed To Enhance A Sporting Activity By Creating Traction Or Securing A Connection Between A Sporting Apparatus and Footwear

In order for footwear to qualify as "sports footwear," it must meet the definition provided in Subheading Note 1 to Chapter 64.  It states:

> For the purposes of subheadings 6402.12, 6402.19, 6403.12, 6403.19 and 6404.11, the expression "sports footwear" applies only to:
>
> (a) Footwear which is designed for a sporting activity and has, or has provision for the attachment of spikes, sprigs, cleats, stops, clips, bars or the like;
> (b) Skating boots, ski-boots and cross-country ski footwear, snowboard boots, wrestling boots, boxing boots and cycling shoes.

Subheading Note 1, Chapter 64 (HTSUS) (emphasis in original).

27

The Court should narrowly construe the term "sports footwear" within Chapter 64. Subheading Note 1 states that the expression "sports footwear" applies *only* to footwear which is designed for a sporting activity and has, or has the provision for the attachment of certain items. The word "only" conveys the intent that footwear classified as "sports footwear" should be reasonably limited.  Consistent with that view, Customs has taken the position that terms "spikes, sprigs, cleats, stops, clips, bars or the like" generally only include projections attached to, or molded into, the soles of sports footwear in order to provide traction during outdoor sporting activities.  *See* HQ 966915 (Apr. 21, 2004).

Alpinestars asserts that two components of the Tech 8 boot are similar to "spikes, sprigs, cleats, stops, clips, bars or the like."  Am. Compl. ¶¶ 20, 22.  In particular, Alpinestars claims that the "steel toe cap" and the "footpeg insert" are similar to the exemplars in Subheading Note 1(a).[15]  While the Government does not dispute that motocross is a "sporting activity," the components at issue are unlike "spikes, sprigs, cleats, stops, clips, or bars," and therefore the Tech 8 boots are not sports footwear.

**B.  The Steel Toe Cap And Footpeg Insert Are Unlike The Exemplars In Note 1(a) To Chapter 64**

The steel toe cap and footpeg insert are unlike the exemplars in Subheading Note 1(a) to Chapter 64.  First, toe caps and sole inserts are not found in the named exemplars in Note 1(a) to Chapter 64.  Accordingly, in order for the boot to be considered "sports footwear," the toe cap or sole insert must be *ejusdem generis* with the listed exemplars.  As noted previously, that statutory canon "limits general terms which follow specific ones to matters similar to those specified."  *Gooch*, 297 U.S. at 128; *see also Sports Graphics*, 24 F.3d at 1392.  In other words,

---

[15] Alpinestars does not appear to claim that Subheading Note 1(b) is met.  *See generally* Am. Compl.  Indeed, motocross boots are not listed in Subheading Note 1(b).

only those shoes which have, or have the provision for, components of same class or kind as "spikes, sprigs, cleats, stops, clips, bars" can be considered "sports footwear" under Subheading Note 1(a).

The components listed in Subheading Note 1(a) are all protrusions from the shoe which have the purpose of enhancing the sporting activity by creating traction or securing connection between the shoe and a sporting apparatus. The definitions of the terms listed in Subheading Note 1(a) support that view.

- A spike is "[a] short, sharp metal piece protruding from the bottom of the shoe sole, used for traction on track shoes. Also used on some shoes or boots for mountain climbing or walking on slippery surfaces." ROSSI, THE COMPLETE FOOTWEAR DICTIONARY 172; *see also* Frederick Decl. Ex. A (Expert Report) 9; CHESKIN, COMPLETE HANDBOOK OF ATHLETIC FOOTWEAR 168 (defining spikes as "metal appendages protruding from the shoe sole"); Nutt Dep. 144 (a spike is a metal projection that should be pointed).

- A sprig is one of a number of small wire-like protrusions from the shoe's sole used to enhance traction. In modern footwear applications, sprigs can be made from metal or molded hard plastic. They can be combined with other traction-enhancing elements such as spikes, in the same outsole. Frederick Decl. Ex. A (Expert Report) 9; *see also* Nutt Dep. 145-46 (no objections to Dr. Frederick's definition of sprig).

- A cleat is defined as: "A knob or spike on the sole of a shoe for increased traction; arranged in groups or patterns. Used on golf, football, soccer, and other sports footwear. Cleats were introduced in the 1890s in the U.S. for football shoes to add traction. The cleats then consisted of knobby pieces of leather nailed or glued to the soles." ROSSI, THE COMPLETE FOOTWEAR DICTIONARY 34; *see also* Frederick Decl. Ex. A (Expert

Report) 9[16]; CHESKIN, COMPLETE HANDBOOK OF ATHLETIC FOOTWEAR 164 (defining cleats as "metal studs extended out from the sole.").

- A stop is a relatively rigid structure added to or molded onto the sole to block or confine the movement of the shoe relative to the sport surface or structure on which the shoe is designed to be used.  Frederick Decl. Ex. A (Expert Report) 9; *see also* Nutt Dep. 149-50 (testifying that he has no opinion as to the definition of the word "stop" as it relates to footwear).

- A clip is a metal or molded-plastic structure protruding from the sole in such a way as to interlock or be bounded by a binding or other device used to attach the foot and shoe to an item of sports equipment.  An example of such a clip and binding system would be modern "clip on" bicycle pedals, ski bindings, and so on.  Clips can include any of various devices for gripping or securely holding things together; a clasp or fastener. Frederick Decl. Ex. A (Expert Report) 9-10; *see also* Nutt Dep. 150-51 (defining clip as a connecting device on a shoe).

- A bar is a piece of material extending out from the base surface of the outsole for the purpose of enhancing traction by interlocking with the surface on which the shoe is being used.  A bar in an outsole can also be used to produce a rocker effect to enhance or promote forward progress while walking.  Bars of rubber are used on some military and hiking footwear outsoles for enhancing traction, in place of, or in addition to, cleats or

---

[16] As explained below, Alpinestars' expert, Mr. Nutt, has opined that a cleat is "a wedge, a projecting piece bolted on spore gangway" based upon an Oxford Dictionary definition.  The definition cited is clearly describing a nautical cleat rather than a shoe cleat.  Because *The Complete Footwear Dictionary* is instructive in the footwear industry, the definition found in that dictionary should be adopted.

lugs.  Frederick Decl. Ex. A (Expert Report) 10; *see also* Nutt Dep. 151 (agreeing with Dr. Frederick's definition of bar).

These definitions establish that the class or kind of shoe parts that are like "spikes, sprigs, cleats, stops, clips, bars" are those protrusions from the shoe which have the purpose of enhancing the sporting activity by creating traction or securing connection between the shoe and a sporting apparatus.  The steel toe cap and footpeg insert do not meet those definitions.

### 1. The Steel Toe Cap

The purpose of the steel toe cap is not to enhance motocross by creating traction or affecting a secure connection between the shoe and an apparatus.  Rather, the primary purpose of the toe cap is to prevent the sole of the shoe from separating.  In other words, the primary function is to enhance the *durability* of the boot.

As stated by Mr. Reginato of Alpinestars, the principal function of the steel toe cap is to safeguard the toe box of the boot and prevent the sole from separating.  Reginato Dep. 126-27. Likewise, Alpinestars' Mr. Link testified that the steel toe cap primarily improves the durability of the boot.  Link Dep. 63-64.  Basically, the purpose of the steel toe cap is to help ensure that the sole will not separate into component pieces of the sole during use in motocross.  *See* Pl. Resp. to Interrog. 16.

Alpinestars alleges that an ancillary function of the steel toe cap is to provide limited assistance to the rider in sliding the boot over the terrain.  *See* Reginato Dep. 127.  Mr. Link stated that the steel toe cap can "to a degree. . . . help the boot . . . have less resistance."  Link Dep. 64.  In other words, according to Mr. Link, "[t]he steel toe cap would [help the boot] slide a little bit better than rubber against the ground."  Link Dep. 64.  This sliding is primarily relevant when a rider puts his or her foot on the ground, typically for balance.  *See* Link Dep. 19.

However, as stated by Alpinestars, the toe cap does not improve the rider's performance in motocross and it does not provide traction for the rider.  Link Dep. 20.

In essence, the steel toe cap enhances the construction of the boot and has a secondary function of preventing traction.  Thus, at best, the steel toe cap performs the opposite function of the exemplars listed in Note 1(a).  It does not provide traction, but rather has a secondary function of assisting in sliding.  Furthermore, as Alpinestars admits, this is not the primary purpose of the steel toe cap.  Reginato Dep. 126-27; Link Dep. 63-64; Pl. Resp. to Interrog. 16.  It is primarily intended to prevent the sole of the boot from opening during motocross.  *Id.*  Even if it has an additional function of assisting in preventing toe drag, that does not enhance traction, nor does it secure a connection between the shoe and a sporting apparatus.  Thus, the steel toe cap is unlike the exemplars in Subheading Note 1(a).

Despite the foregoing, Alpinestars' expert, Mr. Nutt, asserts that the steel toe cap is like a cleat.  His rebuttal report cites the Oxford Concise Dictionary in support of his claim, and states that the definition of "cleat" is "wedge, projecting piece bolted on spar gangway, etc."  Nutt Rebuttal Report 2.  Mr. Nutt did not provide the complete definition of the term cleat in his report, however.  The complete definition from the Oxford Concise Dictionary is:  "Wedge; projecting piece bolted on part, gangway, etc., to give footing or prevent rope from slipping; piece of wood or iron bolted on for fastening ropes to."  Nutt Rebuttal Report Attachment.  Clearly, this definition of cleat does not refer to a shoe-related cleat.  Rather, it refers to a nautical cleat.  Indeed, there are no gangways on shoes.  A gangway is defined as:  "either of the sides of the upper deck of a ship; the opening by which a ship is boarded; gangplank."  Merriam-Webster Online Dictionary, http://www.merriam-webster.com/dictionary/gangway (last visited Sept. 6, 2012).

Furthermore, the Oxford Concise Dictionary is not instructive in the footwear field, and the definition of the term reveals that the definition has absolutely nothing to do with shoes.  The Court should adopt the definition of cleat provided in *The Complete Footwear Dictionary*, a dictionary that Mr. Nutt testified is instructive in his field.  *See* Nutt Dep. 162 (*The Complete Footwear Dictionary* is instructive in the footwear field and William Rossi is a recognized shoe authority).  The definition provided in that dictionary is also endorsed by Government's expert witness Dr. Frederick.  It states that a cleat is:  "A knob or spike on the sole of a shoe for increased traction; arranged in groups or patterns."  Frederick Decl. Ex. A (Expert Report) 9.  Based upon that definition, the steel toe cap is clearly not like a cleat.  It is not a knob or spike; it is not on the bottom of the sole of the shoe; it does not provide increased traction; and it is not arranged in a group or pattern.  *See* Tech 8 Sample.  Accordingly, the steel toe cap is not like a cleat and is also unlike the other named exemplars in Note 1(a), which enhance traction or assist in connecting to an apparatus.

### 2. The Footpeg Insert

The "footpeg insert" is also clearly not of the same class or kind of shoe parts as "spikes, sprigs, cleats, stops, clips, bars" because it neither enhances traction nor secures a connection between a shoe and an apparatus.

The replaceable footpeg insert is a rubber component on the sole of the boot.  *See* Link Dep. 21.  It is composed of a hard rubber compound, and is harder than the remainder of the sole of the boot.  Link Dep. 21.  The purpose of this component is to enhance the durability of the sole of the boot by allowing the sole, which is subject to significant wear and tear, to be replaced as needed.  Reginato Dep. 142-43.  Indeed, while riding, the sole of the boot rests upon a "footpeg" at the point where the replaceable footpeg insert is located.  *See* Link Dep. 21.  The footpeg insert is made of a harder rubber than the rest of the sole in order to be "resistant to the

footpeg," which is frequently sharp and can cause perforation or deterioration of the center of the sole.  Reginato Dep. 146.

Thus, the footpeg insert increases the longevity and durability of the Tech 8 boot because the hardened rubber compound does not wear as quickly as the softer rubber found on the remainder of the sole.  *See* Link Dep. 21-22 ("because of the sharpened [foot]pegs, a boot wouldn't last very long without this specific material in the insert.").  Because the sole is an area that suffers the most wear and tear on the boot, the replaceable sole insert (or footpeg insert) extends the life of the boot.  *See* Link Dep. 22, 26.

The only purpose of the footpeg insert is to enhance durability of the sole, and Alpinestars does not assert otherwise.  *See* Reginato Dep. 142 (the two reasons for the footpeg insert are:  to have a harder rubber composition and allow the sole to be removed and exchanged).  It is not designed to assist in the sporting activity by increasing traction or securing a connection to an apparatus like a clip.  The replaceable footpeg insert is therefore unlike spikes, sprigs, cleats, stops, clips, and bars.  Instead, because there is a "high level of abuse" where the boot grips the footpeg, the rubber is harder than the rest of the sole and is replaceable in order to make the shoe last longer.  *See* Link Dep. 21, 68-69.

In sum, neither the steel toe cap, nor the footpeg insert are like "spikes, sprigs, cleats, stops, clips, bars, and the like."  The Tech 8 boot is therefore not sports footwear for purposes of Heading 6402.19 and 6403.19.

34

**V.      The Motocross Boots At Issue Are Not Classifiable As Other Articles And Equipment For Sports And/Or Outdoor Games In HTSUS 9506.99.60**

Alpinestars alleges that its Tech 8 boots are alternatively classified as articles and equipment for sports and/or outdoor games.  The Tech 8 boots are not articles and equipment for sports, however; rather, they are footwear.

Subheading 9506.99.60 provides for "Articles and equipment for general physical exercise, gymnastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof: Other: Other: Other."  The Tech 8 boots are not properly classified within that subheading.

GRI 1 provides that the classification of goods shall be determined according to the terms of the headings of the tariff schedule and any relative section or chapter notes.  Because the imported boots are footwear, they are specifically provided for in Chapter 64.  Heading 6401-6405, Chapter 64.  Moreover, footwear is excluded from classification in Chapter 95 by Note 1(g) to that chapter.  Note 1(g) provides:

> 1.  This chapter does not cover:
> ****
> (g) Sports footwear (other than skating boots with ice or roller skates attached) of chapter 64, or sports headgear of chapter 65.

Note 1(g), Chapter 95 (HTSUS).  The only sports footwear classifiable in Chapter 95, therefore, are skating boots with ice or roller skates attached.  Because the Tech 8 boots are not skating boots, they are classified in Chapter 64 pursuant to Note 1(g), Chapter 95.

Notably, while the Tech 8 boot is not "sports footwear" within the meaning of certain subheadings of Chapter 64, it is nonetheless excluded from Chapter 95 by Note 1(g).  Indeed, as discussed previously in *section IV*, the definition of "sports footwear" provided in Subheading

Note 1 of Chapter 64 is a subheading note, which defines the term only for purposes of five enumerated subheadings: 6402.12, 6402.19, 6403.12, 6403.19, and 6404.11. Subheading Note 1, Chapter 64. It is not a chapter note, which is unusual in the tariff. *See id.* The drafters of the tariff thus made it clear that "sports footwear" for purposes of the five enumerated subheadings may be more limited than what is commonly considered "sports footwear." *See* HQ 963430 (July 10, 2001); HQ 084139 (June 13, 1989); HQ 085626 (Dec. 21, 1989). For example, racing shoes are not "sports footwear" within the meaning of those five subheadings. They are, however, typically considered sports footwear in common parlance. Consequently, other than skating boots (with ice or roller skates attached), footwear which is designed and used in various sporting activities, including the Tech 8 boot, is precluded from classification in Chapter 95 by Note 1(g).

Alpinestars asserts that the Tech 8 boots are "sports equipment" because they are "specially designed and intended for use only in motocross and other off-road motorcycle sports," and "specially designed and intended to provide protection from injury to the wearer during motocross and off-road motorcycle sports." Am. Compl. ¶¶ 29-30; Pl. Resp. to Interrog. 28-29. Like articles of apparel, footwear are not classifiable in Chapter 95 simply because they are intended for use in sporting activities and provide protection from injury to the wearer, however.

It is well established that articles of apparel are not classifiable as sports equipment in Heading 9506 just because they are used in athletic activities, are not usable as everyday wear, and provide protection. *See LeMans Corp. v. United States*, 660 F.3d 1311, 1317-19 (Fed. Cir. 2011); *H.I.M./Fathom, Inc. v. United States*, 21 CIT 776, 781-82, 981 F. Supp. 610, 615-16 (1997) (holding that wetsuits were not classifiable as sports equipment). Likewise, footwear are

not classifiable as sports equipment simply because they are used in athletic activities, are not usable as every day wear, and provide protection.

In *LeMans*, the Federal Circuit rejected the importer's argument that all "merchandise [ ] designed exclusively for use in a particular sport should compel the conclusion that the merchandise is *prima facie* classifiable as sports equipment." *LeMans*, 660 F.3d at 1319. In that case, the court considered whether motocross jerseys, motocross pants, and motorcycle jackets were "sports equipment" within Heading 9506. *Id.* at 1313-14. The court held that "[t]he fact that articles are specialized or intended for specific purposes, such as for sports, does not alone remove them from the category of apparel." *Id.* at 1317. As an example, the court noted that Heading 6211 provides for track suits, ski suits and swimwear, which are items used in athletic activities, but are not "sports equipment." The court went on to find that while the motorcycle articles at issue clearly provided protection, that was of no consequence because "[v]irtually all wearing apparel is to a degree (often a high degree) designed and worn to provide comfort and protection, often for very specific situations." *Id.* (quoting *Daw Indus., Inc. v. United States*, 714 F.2d 1140, 1143 (Fed. Cir. 1983).

In rejecting, LeMans' arguments, the court also noted that the Explanatory Notes to Section 9506 indicate that "to the extent 'sports equipment' encompasses articles worn by a user, those articles are not apparel-like and are almost exclusively protective in nature." *Id.* at 1320. Indeed, the court found that the examples of sports equipment listed in Subsection B of the Explanatory Notes center on non-clothing articles. *Id.* Specifically, according to the appellate court, there are "fourteen separate categories of goods, identifying over fifty individual items, which uniformly consist of goods that are non-apparel like in nature." *Id.* at 1321-22.

Like the motocross apparel at issue in *LeMans*, the motocross footwear at issue in this case is not classifiable in Heading 9506.  The Explanatory Notes support the Government's position and indicate that to the extent "sports equipment" encompasses items worn on the feet, it only encompasses skating boots and other non-footwear-like items.  Subsection B of the Explanatory Notes to Heading 9506 states that the heading covers:

> Requisites for other sports and outdoor games (other than toys presented in sets, or separates, of heading 9503), e.g.:
>
> (1)  Snow-skis and other snow-ski equipment (e.g. ski-fastenings (ski-bindings), ski brakes, ski poles).
>
> (2)  Water-skis, surf boards, sailboards and other water-sport equipment, such as diving stages (platforms), chutes, divers' flippers and respiratory masks of a kind used without oxygen or compressed air bottles, and simple underwater breathing tubes (generally known as "snorkels") for swimmers or divers.
>
> (3)  Golf clubs and other golf equipment, such as golf balls, golf tees.
>
> (4)  Articles and equipment for table-tennis (ping-pong), such as tables (with or without legs), bats (paddles), balls and nets.
>
> (5)  Tennis, badminton or similar rackets (e.g., squash rackets), whether or not strung.
>
> (6)  Balls, other than golf balls and tennis-table balls, such as tennis balls, footballs, rugby balls and similar balls (including bladders and covers for such balls); water polo, basketball and similar valve type balls; cricket balls.
>
> (7)  Ice skates and roller skates, including skating boots with skates attached.
>
> (8)  Sticks and bats for hockey, cricket, lacrosse, etc.; chistera (jai alai scoops); pucks for ice hockey; curling stones.
>
> (9)  Nets for various games (tennis, badminton, volleyball, football, basketball, etc.).
>
> (10)  Fencing equipment: fencing foils, sabres and rapiers and their parts (e.g., blades, guards, hilts and buttons or stops), etc.

(11)  Archery equipment, such as bows, arrows and targets.

(12)  Equipment of a kind used in children's playgrounds (e.g., swings, slides, see-saws and giant strides).

(13)  Protective equipment for sports or games, e.g., fencing masks and breast plates, elbow and knee pads, cricket pads, shin-guards.

(14)  Other articles and equipment, such as requisites for deck tennis, quoits or bowls; skate boards; racket presses; mallets for polo or croquet; boomerangs; ice axes; clay pigeons and clay pigeon projectors; bobsleighs (bobsleds), luges and similar non-motorised vehicles for sliding on snow or ice.

Explanatory Notes to 9506.

Thus, to the extent that "sports equipment" encompasses articles worn by a user (such as footwear), it is clear that those articles are not footwear-like.  The boots at issue in this case, while specially designed for motocross, are not equipment.  Rather, they are shoes.  Indeed, there is no precedent for classifying footwear, other than roller skates, ice skates, snow-skis, and water-skis in Chapter 95.  They are therefore not encompassed by the Explanatory Notes and are unlike the footwear of Chapter 95.

Alpinestars appears to allege that its Tech 8 boots fit within Example 13, which provides for "[p]rotective equipment for sports or games, e.g., fencing masks and breast plates, elbow and knee pads, cricket pads, shin guards."  While the Tech 8 boots arguably contain a plastic "shin guard" (the shin plate, part no. 43) in the front of the boot, the "shin guard" only constitutes a portion of the boots, rather than the entire article as a whole like the exemplars in Example 13 of the Explanatory Notes.  Indeed, like the apparel at issue in *LeMans*, the protective elements on the Tech 8 are part of the shoe, not separate components.

Moreover, while the boots undoubtedly have protective features, all shoes are protective. That shoes are protective does not remove them from Chapter 64.  Just like wearing apparel, all

39

footwear is designed and worn to provide protection.  *See Daw Indus., Inc. vs. United States*, 714 F.2d 1140, 1143 (Fed. Cir. 1983).  Thus, the protective elements of the boots do not support the conclusion that the boots are "sports equipment."   The Tech 8 boots are therefore not properly classified as "sports equipment" within Chapter 95.

## <u>CONCLUSION</u>

For the foregoing reasons, defendant's motion for summary judgment should be granted.


Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

By:     /s/ Barbara S. Williams
        BARBARA S. WILLIAMS
        Attorney in Charge
        International Trade Field Office

*Of Counsel*:                              /s/ Karen V. Goff
Michael W. Heydrich                  KAREN V. GOFF
Office of the Assistant Chief Counsel      Department of Justice, Civil Division
International Trade Litigation              Commercial Litigation Branch
U.S. Customs and Border Protection         26 Federal Plaza, Room 358
                                           New York, New York 10278
                                           Tel:  (212) 264-9245

Dated: September 7, 2012              Attorneys for Defendant

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  HON. LEO M. GORDON, JUDGE**
_____

**ALPINESTARS S.p.A,**                                :
                                                      :
                              **Plaintiff,**          :              **Court No. 09-00271**
                                                      :
                    **v.**                            :
                                                      :
**UNITED STATES,**                                    :
                                                      :
                              **Defendant.**          :
_____

_____

**ADDENDUM**
_____

                                        STUART F. DELERY
                                        Acting Assistant Attorney General

                                        BARBARA S. WILLIAMS
                                        Attorney in Charge
                                        International Trade Field Office

                                        KAREN V. GOFF
*Of Counsel*:                           Trial Attorney
Michael W. Heydrich                     Department of Justice, Civil Division
Office of the Assistant Chief Counsel   Commercial Litigation Branch
International Trade Litigation           26 Federal Plaza, Room 358
U.S. Customs and Border Protection      New York, New York 10278
                                        Tel. No. 212-264-9245

                                        Attorneys for Defendant

**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

SECTION XII

FOOTWEAR, HEADGEAR, UMBRELLAS, SUN UMBRELLAS,
WALKING-STICKS, SEAT-STICKS, WHIPS, RIDING-CROPS
AND PARTS THEREOF; PREPARED FEATHERS AND
ARTICLES MADE THEREWITH; ARTIFICIAL FLOWERS;
ARTICLES OF HUMAN HAIR

XII-1

**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

This page is intentionally blank.

**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

CHAPTER 64

FOOTWEAR, GAITERS AND THE LIKE; PARTS OF
SUCH ARTICLES

Notes

1.  This chapter does not cover:

    (a)  Disposable foot or shoe coverings of flimsy material (for example, paper, sheeting of plastics) without applied soles.  These products are classified according to their constituent material;

    (b)  Footwear of textile material, without an outer sole glued, sewn or otherwise affixed or applied to the upper (section XI);

    (c)  Worn footwear of heading 6309;

    (d)  Articles of asbestos (heading 6812);

    (e)  Orthopedic footwear or other orthopedic appliances, or parts thereof (heading 9021) 1/; or

    (f)  Toy footwear or skating boots with ice or roller skates attached; shin-guards or similar protective sportswear (chapter 95).

2.  For the purposes of heading 6406, the term "parts" does not include pegs, protectors, eyelets, hooks, buckles, ornaments, braid, laces, pompons or other trimmings (which are to be classified in their appropriate headings) or buttons or other goods of heading 9606.

3.  For the purposes of this chapter:

    (a)  the terms "rubber" and "plastics" include woven fabrics or other textile products with an external layer of rubber or plastics being visible to the naked eye; for the purpose of this provision, no account should be taken of any resulting change of color; and

    (b)  the term "leather" refers to the goods of headings 4107 and 4112 to 4114.

4.  Subject to note 3 to this chapter:

    (a)  The material of the upper shall be taken to be the constituent material having the greatest external surface area, no account being taken of accessories or reinforcements such as ankle patches, edging, ornamentation, buckles, tabs, eyelet stays or similar attachments;

    (b)  The constituent material of the outer sole shall be taken to be the material having the greatest surface area in contact with the ground, no account being taken of accessories or reinforcements such as spikes, bars, nails, protectors or similar attachments.


Subheading Note

1.  For the purposes of subheadings 6402.12, 6402.19, 6403.12, 6403.19 and 6404.11, the expression "sports footwear" applies only to:

    (a)  Footwear which is designed for a sporting activity and has, or has provision for the attachment of spikes, sprigs, cleats, stops, clips, bars or the like;

    (b)  Skating boots, ski-boots and cross-country ski footwear, snowboard boots, wrestling boots, boxing boots and cycling shoes.


Additional U.S. Notes

1.  For the purposes of this chapter:

    (a)  The term "welt footwear" means footwear constructed with a welt, which extends around the edge of the tread portion of the sole, and in which the welt and shoe upper are sewed to a lip on the surface of the insole, and the outsole of which is sewed or cemented to the welt;

    (b)  The term "footwear for men, youths and boys" covers footwear of American youths' size 11-1/2 and larger for males, and does not include footwear commonly worn by both sexes.

2.  For the purposes of this chapter, the term "tennis shoes, basketball shoes, gym shoes, training shoes and the like" covers athletic footwear other than sports footwear (as defined in subheading note 1 above), whether or not principally used for such athletic games or purposes.

1/ See heading 9817.64.01.

Case 1:09-cv-00271-LMG   Document 50   Filed 09/07/12   Page 59 of 125
**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

XII
64-2

3. For the purposes of heading 6401 "waterproof footwear" means footwear specified in the heading, designed to protect against penetration by water or other liquids, whether or not such footwear is primarily designed for such purposes.

4. Provisions of subheading 6406.10 for "formed uppers" cover uppers, with closed bottoms, which have been shaped by lasting, molding or otherwise but not by simply closing at the bottom.

Statistical Note

1. For the purposes of this chapter:

(a)   The expression "work footwear" encompasses, in addition to footwear having a metal toe-cap, specialized footwear for men or for women that:

- has outer soles of rubber or plastics, and

- is of a kind designed for use by persons employed in occupations, such as those related to the agricultural, construction, industrial, public safety and transportation sectors, that are not conducive to the use of casual, dress, or similar lightweight footwear, and

- has special features to protect against hazards in the workplace (e.g., resistance to chemicals, compression, grease, oil, penetration, slippage, or static-buildup).

Work footwear does not cover:

- sports footwear, tennis shoes, basketball shoes, gym shoes, training shoes and the like;

- footwear designed to be worn over other footwear;

- footwear with open toes or open heels; or

- footwear, except footwear of heading 6401, of the slip-on type or other footwear that is held to the foot without the use of laces or a combination of laces and hooks or other fasteners.

(b)   The term "footwear for men" covers footwear of American men's size 6 and larger for males, and does not include footwear commonly worn by both sexes;

(c)   The term "footwear for women" covers footwear of American women's size 4 and larger, whether for females or of types commonly worn by both sexes;

(d)   The term "house slippers" covers:

(i)   Footwear with outer soles not over 3.5 mm in thickness, consisting of cellular rubber, non-grain leather, or textile material; or

(ii)   Footwear with outer soles not over 2 mm in thickness consisting of poly(vinyl chloride), whether or not  backed; or

(iii)   Footwear which when measured at the ball of the foot has sole components (including any inner and mid-soles) with a combined thickness not over 8 mm as measured from the outer surface of the uppermost sole component to the bottom surface of the outer sole and which when measured in the same manner at the area of the heel has a thickness equal to or less than that at the ball of the foot.

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6401 | | Waterproof footwear with outer soles and uppers of rubber or plastics, the uppers of which are neither fixed to the sole nor assembled by stitching, riveting, nailing, screwing, plugging or similar processes: | | | | |
| 6401.10.00 | 00 | Footwear incorporating a protective metal toe-cap . . . . . | prs. . . . . . | 37.5% 1/ | Free (CA,D,IL, MX,R) 6.6% (P) 7.5% (JO) 18.7% (SG) 22.5% (AU) 24.9% (MA) 28.1% (CL) 26.2% (BH) | 75% |
| | | Other footwear: | | | | |
| 6401.92 | | Covering the ankle but not covering the knee: | | | | |
| 6401.92.30 | 00 | Ski-boots and snowboard boots . . . . . . . . . . . . . | prs. . . . . . | Free | | 35% |
| | | Other: | | | | |
| 6401.92.60 | 00 | Having soles and uppers of which over 90 percent of the external surface area (including any accessories or reinforce- ments such as those mentioned in note 4(a) to this chapter) is poly(vinyl chloride), whether or not supported or lined with poly(vinyl chloride) but not otherwise supported or lined . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 4.6% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX,P,R,SG) | 25% |
| 6401.92.90 | | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 37.5% 2/ | Free (CA,D,IL, MX,R) 6.6% (P) 7.5% (JO) 18.7% (SG) 22.5% (AU) 24.9% (MA) 28.1% (CL) 26.2% (BH) | 75% |
| | 30 | Work footwear . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |

1/ See heading 9902.23.08.
2/ See headings 9902.02.17 and 9902.23.85.

Case 1:09-cv-00271-LMG   Document 50   Filed 09/07/12   Page 61 of 125
**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

XII
64-4

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6401(con.) | | Waterproof footwear with outer soles and uppers of rubber or plastics, the uppers of which are neither fixed to the sole nor assembled by stitching, riveting, nailing, screwing, plugging or similar processes (con.): | | | | |
| 6401.99 | | Other footwear (con.): Other: | | | | |
| 6401.99.10 | 00 | Covering the knee . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 37.5% | Free (CA,D,IL, MX,R) 6.6% (P) 7.5% (JO) 18.7% (SG) 22.5% (AU) 24.9% (MA) 26.2% (BH) 28.1% (CL) | 75% |
| | | Other: Designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather: | | | | |
| 6401.99.30 | 00 | Designed for use without closures . . . . | prs. . . . . . | 25% 1/ | Free (CA,D,IL, MX,R) 4.4% (P) 5% (JO) 12.5% (SG) 15% (AU) 16.6% (MA) 18.7% (CL) 17.5% (BH) | 50% |
| 6401.99.60 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 37.5% 2/ | Free (CA,D,IL, MX,R) 6.6% (P) 7.5% (JO) 18.7% (SG) 22.5% (AU) 24.9% (MA) 28.1% (CL) 26.2% (BH) | 75% |
| 6401.99.80 | 00 | Other: Having uppers of which over 90 percent of the external surface area (including any accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is rubber or plastics (except footwear having foxing or a foxing-like band applied or molded at the sole and overlapping the upper) . . . . . . . . . . . . . | prs. . . . . . | Free | | 35% |
| 6401.99.90 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 37.5% | Free (CA,D,IL, MX,R) 6.6% (P) 7.5% (JO) 18.7% (SG) 22.5% (AU) 24.9% (MA) 28.1% (CL) 26.2% (BH) | 66% |

1/ See heading 9902.05.35.
2/ See heading 9902.05.35.

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty 1 General | Rates of Duty 1 Special | Rates of Duty 2 |
|---|---|---|---|---|---|---|
| 6402 | | Other footwear with outer soles and uppers of rubber or plastics: | | | | |
| | | Sports footwear: | | | | |
| 6402.12.00 | 00 | Ski-boots, cross-country ski footwear and snowboard boots . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | Free | | 35% |
| 6402.19 | | Other: | | | | |
| | | Having uppers of which over 90 percent of the external surface area (including any accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is rubber or plastics (except footwear having foxing or a foxing-like band applied or molded at the sole and overlapping the upper and except footwear designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather): | | | | |
| 6402.19.05 | | Golf shoes . . . . . . . . . . . . . . . . . . . . . . . . . | | 6% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 35% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6402.19.15 | | Other . . . . . . . . . . . . . . . . . . . . . . . . . . | | 5.1% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 35% |
| | 20 | For men . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 41 | For women . . . . . . . . . . . . . . . . . | prs. | | | |
| | 61 | Other . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| 6402.19.30 | | Valued not over $3/pair . . . . . . . . . . . . . . . . | | Free | | 84% |
| | 31 | For men . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 61 | Other . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6402.19.50 | | Valued over $3 but not over $6.50/pair . . . . | | 76¢/pr. + 32% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 15.2¢/pr. + 6.4% (JO) 28.5¢/pr. + 12% (SG) | $1.58/pr. + 66% |
| | 31 | For men . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 61 | Other . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6402.19.70 | | Valued over $6.50 but not over $12/pair . . . | | 76¢/pr. + 17% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 15.2¢/pr. + 3.4% (JO) 28.5¢/pr. + 6.3% (SG) | $1.58/pr. + 35% |
| | 31 | For men . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 61 | Other . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6402.19.90 | | Valued over $12/pair . . . . . . . . . . . . . . . . . | | 9% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 35% |
| | 31 | For men . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 61 | Other . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6402.20.00 | 00 | Footwear with upper straps or thongs assembled to the sole by means of plugs (zoris) . . . . . . . . . . . . . . . | prs. . . . . . | Free | | 35% |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6402 (con.) | | Other footwear with outer soles and uppers of rubber or plastics (con.): | | | | |
| 6402.91 | | Other footwear: Covering the ankle: Incorporating a protective metal toe-cap: | | | | |
| 6402.91.05 | 00 | Having uppers of which over 90 percent of the external surface area (including any accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is rubber or plastics (except footwear having foxing or a foxing-like band applied or molded at the sole and overlapping the upper and except footwear designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather) . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 6% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX,P,R,SG) | 35% |
| 6402.91.10 | 00 | Other: Footwear designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather  . . . . . . . . | prs. . . . . . | 37.5% | Free (CA,D,IL, MX,R) 6.6% (P) 7.5% (JO) 18.7% (SG) 22.5% (AU) 24.9% (MA) 26.2% (BH) 28.1% (CL) | 66% |
| 6402.91.16 | 00 | Other: Valued not over $3/pair . . . . . . . . . | prs. . . . . . | 24% | Free (AU,BH,CA, CL,D,IL,J+, MA,MX, P,R) 4.8% (JO) 12% (SG) | 84% |
| 6402.91.20 | 00 | Valued over $3 but not over $6.50/pair . . . . . . . . . . . . . . | prs. . . . . . | 90¢/pr. + 37.5% | Free (CA,D,IL, MX,R) 15.8¢/pr. + 6.6% (P) 18¢/pr. + 7.5% (JO) 45¢/pr. + 18.7% (SG) 54¢/pr. + 22.5% (AU) 59.9¢/pr. + 24.9% (MA) 63¢/pr. + 26.2% (BH) 67.5¢/pr. + 28.1% (CL) | $1.58/pr. + 66% |

1/ See heading 9902.22.53.

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6402 (con.) | | Other footwear with outer soles and uppers of rubber or plastics (con.): | | | | |
| 6402.91 (con.) | | Other footwear (con.): Covering the ankle (con.): | | | | |
| | | Incorporating a protective metal toe-cap (con.): Other (con.): Other (con.): | | | | |
| 6402.91.26 | 00 | Valued over $6.50 but not over $12/pair . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 90¢/pr. + 20% | Free (CA,D,IL, MX,R) 15.8¢/pr. + 3.5% (P) 18¢/pr. + 4% (JO) 45¢/pr. + 10% (SG) 54¢/pr. + 12% (AU) 59.9¢/pr. + 13.3% (MA) 63¢/pr. + 14% (BH) 67.5¢/pr. + 15% (CL) | $1.58/pr. + 35% |
| 6402.91.30 | 00 | Valued over $12/pair . . . . . . . . . . . | prs. . . . . . | 20% | Free (AU,BH,CA, CL,D,IL,J+,JO, MA,MX, P,R) 10% (SG) | 35% |
| 6402.91.40 | | Other: Having uppers of which over 90 percent of the external surface area (including any accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is rubber or plastics except (1) footwear having a foxing or a foxing-like band applied or molded at the sole and overlapping the upper and (2) except footwear (other than footwear having uppers which from a point 3 cm above the top of the outer sole are entirely of non-molded construction formed by sewing the parts together and having exposed on the outer surface a substantial portion of functional stitching) designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather . . . . . . . . . . . . | 6% | | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 35% |
| | 05 | For men: Work footwear . . . . . . . . . . . . . . . . | prs. | | | |
| | 10 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 40 | For women: Work footwear . . . . . . . . . . . . . . . . | prs. | | | |
| | 50 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 61 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |

**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

XII
64-8

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6402 (con.) | | Other footwear with outer soles and uppers of rubber or plastics (con.): | | | | |
| | | Other footwear (con.): | | | | |
| 6402.91 (con.) | | Covering the ankle (con.): | | | | |
| | | Other (con.): | | | | |
| | | Other: | | | | |
| 6402.91.50 | | Footwear designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather . . . . . . . . . . . . . . . . | | 37.5% 1/ | Free (CA,D,IL, MX,R) 6.6% (P) 7.5% (JO) 18.7% (SG) 22.5% (AU) 24.9% (MA) 26.2% (BH) 28.1% (CL) | 66% |
| | | For men: | | | | |
| | 10 | Work footwear . . . . . . . . . . . . . | prs. | | | |
| | 20 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | For women: | | | | |
| | 45 | Work footwear . . . . . . . . . . . . . | prs. | | | |
| | 50 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| 6402.91.60 | | Valued not over $3/pair . . . . . . . . . . . . . . . . . . | | 48% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 9.6% (JO) 24% (SG) | 84% |
| | 30 | For men . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6402.91.70 | | Valued over $3 but not over $6.50/pair . . . . . . . . . . . . . . . . . . . . . . | | 90¢/pr. + 37.5% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 18¢/pr. + 7.5% (JO) 45¢/pr.+ 18.7% (SG) | $1.58/pr. + 66% |
| | 30 | For men . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |

1/ See headings 9902.23.74, 9902.23.75 and 9902.23.76.

**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6402 (con.) | | Other footwear with outer soles and uppers of rubber or plastics (con.): | | | | |
| | | Other footwear (con.): | | | | |
| 6402.91 (con.) | | Covering the ankle (con.): | | | | |
| | | Other (con.): | | | | |
| | | Other (con.): | | | | |
| | | Other (con.): | | | | |
| 6402.91.80 | | Valued over $6.50 but not over $12/pair . . . . . . . . . . . . . . . . . . . . . . | . . . . . | 90¢/pr. + 20% | Free (CA,D,IL, MX,R) 15.8¢/pr. + 3.5% (P) 18¢/pr. + 4% (JO) 45¢/pr. + 10% (SG) 54¢/pr. + 12% (AU) 59.9¢/pr. + 13.3% (MA) 63¢/pr. + 14% (BH) 67.5¢/pr. + 15% (CL) | $1.58/pr. + 35% |
| | 05 | | | | | |
| | | Tennis shoes, basketball shoes, gym shoes, training shoes and the like . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | | For men: | | | | |
| | 10 | Work footwear . . . . . . . | prs. | | | |
| | 21 | Other . . . . . . . . . . . . . . | prs. | | | |
| | | For women: | | | | |
| | 45 | Work footwear . . . . . . . | prs. | | | |
| | 51 | Other . . . . . . . . . . . . . . | prs. | | | |
| | 91 | Other . . . . . . . . . . . . . . | prs. | | | |
| 6402.91.90 | | Valued over $12/pair . . . . . . . . . . . . . . . . . . . . . | 20% | Free (CA,D, IL,JO,MX, R) 3.5% (P) 10% (SG) 12% (AU) 13.3% (MA) 14% (BH) 15% (CL) | 35% |
| | 05 | | | | | |
| | | Tennis shoes, basketball shoes, gym shoes, training shoes and the like . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | | For men: | | | | |
| | 10 | Work footwear . . . . . . . | prs. | | | |
| | 21 | Other . . . . . . . . . . . . . . | prs. | | | |
| | | For women: | | | | |
| | 45 | Work footwear . . . . . . . | prs. | | | |
| | 51 | Other . . . . . . . . . . . . . . | prs. | | | |
| | 91 | Other . . . . . . . . . . . . . . | prs. | | | |

**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

XII
64-10

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | 2 |
|---|---|---|---|---|---|---|
| | | | | 1 | | |
| | | | | General | Special | |
| 6402 (con.) | | Other footwear with outer soles and uppers of rubber or plastics (con.): | | | | |
| | | Other footwear (con.): | | | | |
| 6402.99 | | Other: | | | | |
| | | Incorporating a protective metal toe-cap: | | | | |
| 6402.99.04 | 00 | Having uppers of which over 90 percent of the external surface area (including any accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is rubber or plastics (except footwear having foxing or a foxing-like band applied or molded at the sole and overlapping the upper and except footwear designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather) . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 6% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX,P, R,SG) | 35% |
| | | Other: | | | | |
| 6402.99.08 | 00 | Footwear designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather . . . . . . . . | prs. . . . . . | 37.5% | Free (CA,D,IL, MX,R) 6.6% (P) 7.5% (JO) 18.7% (SG) 22.5% (AU) 24.9% (MA) 26.2% (BH) 28.1% (CL) | 66% |
| | | Other: | | | | |
| 6402.99.12 | 00 | Valued not over $3/pair . . . . . . . . . | prs. . . . . . | 24% | Free (AU,BH,CA, CL,D,IL,J+, MA,MX, P,R) 4.8% (JO) 12% (SG) | 84% |
| 6402.99.16 | 00 | Valued over $3 but not over $6.50/pair . . . . . . . . . . | prs. . . . . . | 90¢/pr. + 37.5% | Free (CA,D,IL, MX,R) 15.8¢/pr. + 6.6% (P) 18¢/pr. + 7.5% (JO) 45¢/pr. + 18.7% (SG) 54¢/pr. + 22.5% (AU) 59.9¢/pr. + 24.9% (MA) 63¢/pr. + 26.2% (BH) 67.5¢/pr. + 28.1% (CL) | $1.58/pr. + 66% |

| Heading/ Subheading | Stat. Suffix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6402 (con.) | | Other footwear with outer soles and uppers of rubber or plastics (con.): | | | | |
| | | Other footwear (con.): | | | | |
| 6402.99 (con.) | | Other (con.): | | | | |
| | | Incorporating a protective metal toe-cap (con.): | | | | |
| | | Other (con.): | | | | |
| | | Other (con.): | | | | |
| 6402.99.19 | 00 | Valued over $6.50 but not over $12/pair . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 90¢/pr. + 20% | Free (CA,D,IL, MX,R) 15.8¢/pr. + 3.5% (P) 18¢/pr. + 4% (JO) 45¢/pr. + 10% (SG) 54¢/pr. + 12% (AU) 59.9¢/pr. + 13.3% (MA) 63¢/pr. + 14% (BH) 67.5¢/pr. + 15% (CL) | $1.58/pr. + 35% |
| 6402.99.21 | 00 | Valued over $12/pair . . . . . . . . . . . | prs. . . . . . | 20% | Free (AU,BH,CA, CL,D,IL,J+,JO, MA,MX, P,R) 10% (SG) | 35% |

**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

XII
64-12

| Heading/ Subheading | Stat. Suf-fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6402 (con.) | | Other footwear with outer soles and uppers of rubber or plastics (con.): | | | | |
| 6402.99 (con.) | | Other footwear (con.): Other (con.): | | | | |
| | | Other: Having uppers of which over 90 percent of the external surface area (including any accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is rubber or plastics (except footwear having a foxing or a foxing-like band applied or molded at the sole and overlapping the upper and except footwear designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather): | | | | |
| 6402.99.23 | | Made on a base or platform of wood . . . . . . . . . . | 8% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX,P, R,SG) | 33 1/3% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . | prs. | | |
| | 60 | For women . . . . . . . . . . . . . . . . . | prs. | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | |
| 6402.99.25 | | Made on a base or platform of cork . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12.5% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 4.6% (SG) | 35% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . | prs. | | |
| | 60 | For women . . . . . . . . . . . . . . . . . | prs. | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | |
| 6402.99.27 | | Other: Sandals and similar footwear of plastics, produced in one piece by molding . . . . . . . . . . . . . . . . . . . . . . . . . | 3% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 35% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . | prs. | | |
| | 60 | For women . . . . . . . . . . . . . . . . . | prs. | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | |
| 6402.99.31 | | Other . . . . . . . . . . . . . . . . . . . . | 6% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 35% |
| | 10 | House slippers . . . . . . . . . . . . . | prs. | | |
| | 15 | Tennis shoes, basketball shoes, gym shoes, training shoes and the like . . . . . . . . . . . . . . . . . . . | prs. | | |
| | | Other: For men: | | | | |
| | 35 | Work footwear . . . . . . . | prs. | | |
| | 45 | Other . . . . . . . . . . . . . | prs. | | |
| | | For women: | | | | |
| | 55 | Work footwear . . . . . . . | prs. | | |
| | 65 | Other . . . . . . . . . . . . . | prs. | | |
| | 71 | Other . . . . . . . . . . . . . | prs. | | |

1/ See heading 9902.22.47.

# Harmonized Tariff Schedule of the United States (2008)

Annotated for Statistical Reporting Purposes

XII
64-13

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6402 (con.) | | Other footwear with outer soles and uppers of rubber or plastics (con.): | | | | |
| 6402.99 (con.) | | Other footwear (con.): Other (con.): | | | | |
| | | Other (con.): Other: | | | | |
| 6402.99.33 | | Footwear designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather . . . . . . . . . . . . . . . . | | 37.5% 1/ | Free (CA,D,IL, MX,R) 6.6% (P) 7.5% (JO) 18.7% (SG) 22.5% (AU) 24.9% (MA) 26.2% (BH) 28.1% (CL) | 66% |
| | | For men: | | | | |
| | 10 | Work footwear . . . . . . . . . . . . . | prs. | | | |
| | 20 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | For women: | | | | |
| | 45 | Work footwear . . . . . . . . . . . . . | prs. | | | |
| | 50 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6402.99.40 | | Footwear with open toes or open heels; footwear of the slip-on type, that is held to the foot without the use of laces or buckles or other fasteners, the foregoing except footwear of subheading 6402.99.20 and except footwear having a foxing or a foxing-like band wholly or almost wholly of rubber or plastics applied or molded at the sole and overlapping the upper . . . . . . . . . . . . . . . . | | 37.5% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,P,MX,R) 7.5%(JO) 18.7% (SG) | 66% |
| | 20 | House slippers . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | 40 | For men . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . | prs. | | | |
| | 80 | Other . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| 6402.99.60 | | Valued not over $3/pair . . . . . . . . . . . . . . . . | | 48% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 9.6% (JO) 24% (SG) | 84% |
| | 15 | House slippers . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | 30 | For men . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . | prs. | | | |

1/ See headings 9902.23.77, 9902.23.78 and 9902.23.79.

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6402 (con.) | | Other footwear with outer soles and uppers of rubber or plastics (con.): | | | | |
| 6402.99 (con.) | | Other footwear (con.): Other (con.): | | | | |
| | | Other (con.): Other (con.): | | | | |
| 6402.99.70 | | Valued over $3 but not over $6.50/pair . . . . . . . . . . . . . . . . . . . | | 90¢/pr. + 37.5% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 18¢/pr. + 7.5% (JO) 45¢/pr. + 18.7% (SG) | $1.58/pr. + 66% |
| | 15 | House slippers . . . . . . . . . . . . . Other: | prs. | | | |
| | 30 | For men . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . | prs. | | | |
| 6402.99.80 | | Valued over $6.50 but not over $12/pair . . . . . . . . . . . . . . . . . . | | 90¢/pr. + 20% | Free (CA,D,IL, MX,R) 15.8¢/pr. + 3.5% (P) 18¢/pr. + 4% (JO) 45¢/pr. + 10% (SG) 54¢/pr. + 12% (AU) 59.9¢/pr. + 13.3% (MA) 67.5¢/pr. + 15% (CL) 63¢/pr. + 14% (BH) | $1.58/pr. + 35% |
| | 05 | Tennis shoes, basketball shoes, gym shoes, training shoes and the like . . . . . . . . . . . . . . . . . . Other: | prs. | | | |
| | 31 | For men . . . . . . . . . . . . . . | prs. | | | |
| | 61 | For women . . . . . . . . . . . . . | prs. | | | |
| | 91 | Other . . . . . . . . . . . . . . . | prs. | | | |
| 6402.99.90 | | Valued over $12/pair . . . . . . . . . . . . . . . . . . | | 20% | Free (CA,D, IL,JO,MX,R) 3.5% (P) 10% (SG) 12% (AU) 13.3% (MA) 14% (BH) 15% (CL) | 35% |
| | 05 | Tennis shoes, basketball shoes, gym shoes, training shoes and the like . . . . . . . . . . . . . . . . . . Other: | prs. | | | |
| | 31 | For men . . . . . . . . . . . . . . | prs. | | | |
| | 61 | For women . . . . . . . . . . . . . | prs. | | | |
| | 91 | Other . . . . . . . . . . . . . . . | prs. | | | |

Case 1:09-cv-00271-LMG   Document 50   Filed 09/07/12   Page 72 of 125
**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

XII
64-15

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6403 | | Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather: | | | | |
| | | Sports footwear: | | | | |
| 6403.12 | | Ski-boots, cross-country ski footwear and snowboard boots: | | | | |
| 6403.12.30 | 00 | Welt footwear . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | Free | | 20% |
| 6403.12.60 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | Free | | 20% |
| 6403.19 | | Other: | | | | |
| | | For men, youths and boys: | | | | |
| | | Welt footwear: | | | | |
| 6403.19.10 | 00 | Golf shoes . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 5% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P, R,SG) | 20% |
| 6403.19.20 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | Free | | 20% |
| | | Other: | | | | |
| 6403.19.30 | | Golf shoes . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 8.5% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 20% |
| | 30 | With pigskin uppers . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6403.19.40 | | Other . . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 4.3% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 20% |
| | 30 | With pigskin uppers . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | For other persons: | | | | |
| 6403.19.50 | | Golf shoes . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 10% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 3.7% (SG) | 20% |
| | | For women: | | | | |
| | 31 | With pigskin uppers . . . . . . . . . . . . | prs. | | | |
| | 61 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 91 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6403.19.70 | | Other . . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | Free | | 20% |
| | | For women: | | | | |
| | 31 | With pigskin uppers . . . . . . . . . . . . | prs. | | | |
| | 61 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 91 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6403.20.00 | 00 | Footwear with outer soles of leather, and uppers which consist of leather straps across the instep and around the big toe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | Free 1/ | | 20% |

1/ See subheading 9903.41.10.

# Harmonized Tariff Schedule of the United States (2008)
Annotated for Statistical Reporting Purposes

XII
64-16

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty 1 General | Rates of Duty 1 Special | Rates of Duty 2 |
|---|---|---|---|---|---|---|
| 6403 (con.) | | Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather (con.): | | | | |
| 6403.40 | | Other footwear, incorporating a protective metal toe-cap: | | | | |
| 6403.40.30 | | Welt footwear . . . . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 5% 1/,2/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 20% |
| | 30 | With pigskin uppers . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6403.40.60 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | 8.5% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 20% |
| | | Other footwear with outer soles of leather: | | | | |
| 6403.51 | | Covering the ankle: | | | | |
| 6403.51.11 | 00 | Footwear made on a base or platform of wood, not having an inner sole or a protective metal toe-cap . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | Free 1/ | | 33 1/3% |
| | | Other: | | | | |
| 6403.51.30 | | Welt footwear . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 5% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P, R,SG) | 20% |
| | | For men: | | | | |
| | 15 | With pigskin uppers . . . . . . . . . . . | prs. | | | |
| | 30 | Other . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 71 | Other . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| 6403.51.60 | | For men, youths and boys . . . . . . . . . . . | . . . . . . . . | 8.5% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P, R,SG) | 20% |
| | | For men: | | | | |
| | 15 | With pigskin uppers . . . . . . . . | prs. | | | |
| | 30 | Other . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | Other . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6403.51.90 | | For other persons . . . . . . . . . . . . . . . . . . | . . . . . . . . | 10% 1/,3/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 3.7% (SG) | 20% |
| | | For women: | | | | |
| | 15 | With pigskin uppers . . . . . . . . | prs. | | | |
| | 30 | Other . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 41 | Other . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |

1/ See subheading 9903.41.10.
2/ See heading 9902.13.90.
3/ See heading 9902.22.49.

Case 1:09-cv-00271-LMG   Document 50   Filed 09/07/12   Page 74 of 125
**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

XII
64-17

| Heading/ Subheading | Stat. Suffix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6403 (con.) | | Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather (con.): | | | | |
| | | Other: | | | | |
| 6403.59 | | Other footwear with outer soles of leather (con.): | | | | |
| 6403.59.10 | 00 | Footwear made on a base or platform of wood, not having an inner sole or a protective metal toe-cap . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | Free 1/ | | 33 1/3% |
| | | Other: | | | | |
| 6403.59.15 | | Turn or turned footwear . . . . . . . . . . . . . . . . . | . . . . . . . . | 2.5% 1/,2/ | Free (AU,BH,CA, CL,D,IL,J+,JO, MA,MX, P,R,SG) | 10% |
| | 20 | For men . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 45 | For women . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 61 | Other . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6403.59.30 | | Welt footwear . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 5% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 20% |
| | | For men: | | | | |
| | 20 | With pigskin uppers . . . . . . . . . . . | prs. | | | |
| | 40 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 81 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| 6403.59.60 | | For men, youths and boys . . . . . . . . . . . . | . . . . . . . . | 8.5% 1/ | Free (AU,BH,CA, CL,D,IL,J+,JO, MA,MX, P,R,SG) | 20% |
| | | For men: | | | | |
| | 40 | With pigskin uppers . . . . . . . . . | prs. | | | |
| | 60 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 80 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6403.59.90 | | For other persons . . . . . . . . . . . . . . . . . . | . . . . . . . . | 10% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 3.7% (SG) | 20% |
| | | For women: | | | | |
| | 30 | With pigskin uppers . . . . . . . . . | prs. | | | |
| | 45 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 61 | Other . . . . . . . . . . . . . . . . . . . . . | prs. | | | |

1/ See subheading 9903.41.10.
2/ See heading 9902.22.48.

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6403 (con.) | | Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather (con.): | | | | |
| | | Other footwear: | | | | |
| 6403.91 | | Covering the ankle: | | | | |
| 6403.91.11 | 00 | Footwear made on a base or platform of wood, not having an inner sole or a protective metal toe-cap . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | Free 1/ | | 33 1/3% |
| | | Other: | | | | |
| 6403.91.30 | | Welt footwear . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 5% 1/ | Free (AU,BH,CA, CL,D,IL,J+,JO, MA,MX, P, R,SG) | 20% |
| | | Work footwear: | | | | |
| | 10 | For men . . . . . . . . . . . . . . . . . . | prs | | | |
| | 25 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | | For men: | | | | |
| | 35 | With pigskin uppers . . . . . . . . . | prs. | | | |
| | 40 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 80 | For women . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 91 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| 6403.91.60 | | For men, youths and boys . . . . . . . . . . . . . | . . . . . . . . | 8.5% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 20% |
| | 10 | Work footwear . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | | Tennis shoes, basketball shoes, gym shoes, training shoes and the like, for men: | | | | |
| | 30 | With pigskin uppers . . . . . . . | prs. | | | |
| | 40 | Other . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other tennis shoes, basketball shoes, gym shoes, training shoes and the like: | | | | |
| | 50 | With pigskin uppers . . . . . . . | prs. | | | |
| | 60 | Other . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | | For men: | | | | |
| | 65 | With pigskin uppers . . . | prs. | | | |
| | 75 | Other . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . | prs. | | | |
| 6403.91.90 | | For other persons . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 10% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 3.7% (SG) | 20% |
| | 15 | Work footwear . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | | For women: | | | | |
| | 25 | With pigskin uppers . . . . . . | prs. | | | |
| | 45 | Other . . . . . . . . . . . . . . . . | prs. | | | |
| | 51 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |

1/ See subheading 9903.41.10.

| Heading/ Subheading | Stat. Suf-fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6403 (con.) | | Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather (con.): | | | | |
| | | Other footwear (con.): | | | | |
| 6403.99 | | Other: | | | | |
| 6403.99.10 | 00 | Footwear made on a base or platform of wood, not having an inner sole or a protective metal toe-cap . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | Free 1/ | | 33 1/3% |
| | | Other: | | | | |
| 6403.99.20 | | Footwear made on a base or platform of wood . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 8% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 33 1/3% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| 6403.99.40 | | Welt footwear . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 5% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 20% |
| | | Work footwear: | | | | |
| | 10 | For men . . . . . . . . . . . . . . . . . | prs. | | | |
| | 20 | Other . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | | For men: | | | | |
| | 35 | With pigskin uppers . . . . . . | prs. | | | |
| | 55 | Other . . . . . . . . . . . . . . | prs. | | | |
| | 80 | For women . . . . . . . . . . . . . | prs. | | | |
| | 91 | Other . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| 6403.99.60 | | For men, youths and boys . . . . . . | . . . . . . . . | 8.5% 1/,2/ | Free (AU,CA,BH, CL,D,IL,J+,JO, MA,MX, P,R,SG) | 20% |
| | 15 | House slippers . . . . . . . . . . . . | prs. | | | |
| | 25 | Work footwear . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | | Tennis shoes, basketball shoes, gym shoes, training shoes and the like, for men: | | | | |
| | 30 | With pigskin uppers . . . | prs. | | | |
| | 40 | Other . . . . . . . . . . . | prs. | | | |
| | | Other tennis shoes, basketball shoes, gym shoes, training shoes and the like: | | | | |
| | 50 | With pigskin uppers . . . | prs. | | | |
| | 60 | Other . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | | For men: | | | | |
| | 65 | With pigskin uppers . | prs. | | | |
| | 75 | Other . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . | prs. | | | |

1/ See subheading 9903.41.10.
2/ See heading 9902.22.52.

Case 1:09-cv-00271-LMG   Document 50   Filed 09/07/12   Page 77 of 125
**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

XII
64-20

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6403 (con.) | | Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather (con.): | | | | |
| 6403.99 (con.) | | Other footwear (con.): Other (con.): | | | | |
| | | Other (con.): Other (con.) Other (con.): For other persons: | | | | |
| 6403.99.75 | | Valued not over $2.50/pair . . . . . . . . . . . . . | | 7% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 20% |
| | 15 | House slippers . . . . . . . . . . | prs. | | | |
| | | Other: For women: | | | | |
| | 30 | With pigskin uppers . | prs. | | | |
| | 60 | Other . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . | prs. | | | |
| 6403.99.90 | | Valued over $2.50/pair . . . . . . . . . . . . . | | 10% 1/,2/ | Free (AU,BH,CA, CL,D,IL,J+,JO, MA,MX, P,R) 3.7% (SG) | 20% |
| | 05 | House slippers . . . . . . . . . . | prs. | | | |
| | 15 | Work footwear . . . . . . . . . . | prs. | | | |
| | | Other: Tennis shoes, basketball shoes, and the like, for women: | | | | |
| | 21 | With pigskin uppers . | prs. | | | |
| | 31 | Other . . . . . . . . . . . | prs. | | | |
| | 41 | Other tennis shoes, basketball shoes, and the like . . . . . . . . . . . . . | prs. | | | |
| | | Other: For women: | | | | |
| | 55 | With pigskin uppers | prs. | | | |
| | 65 | Other . . . . . . . . . | prs. | | | |
| | 71 | Other . . . . . . . . . . . | prs. | | | |

1/ See subheadings 9903.27.08 and 9903.41.10.
2/ See heading 9902.22.52.

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6404 | | Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of textile materials: | | | | |
| | | Footwear with outer soles of rubber or plastics: | | | | |
| 6404.11 | | Sports footwear; tennis shoes, basketball shoes, gym shoes, training shoes and the like: | | | | |
| 6404.11.20 | | Having uppers of which over 50 percent of the external surface area (including any leather accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is leather . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . | 10.5% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 3.9% (SG) | 35% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 71 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | | Valued not over $3/pair: | | | | |
| 6404.11.40 | 00 | Having soles (or mid-soles, if any) of rubber or plastics which are affixed to the upper exclusively with an adhesive (any mid-soles also being affixed exclusively to one another and to the sole with an adhesive); the foregoing except footwear having a foxing or a foxing-like band applied or molded at the sole and overlapping the upper and except footwear with soles which overlap the upper other than at the toe or heel . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 37.5% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 7.5% (JO) 18.7% (SG) | 66% |
| 6404.11.50 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 48% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,P,MX,R) 9.6% (JO) 24% (SG) | 84% |
| | | Valued over $3 but not over $6.50/pair: | | | | |
| 6404.11.60 | | Having soles (or mid-soles, if any) of rubber or plastics which are affixed to the upper exclusively with an adhesive (any mid-soles also being affixed exclusively to one another and to the sole with an adhesive); the foregoing except footwear having a foxing or a foxing-like band applied or molded at the sole and overlapping the upper and except footwear with soles which overlap the upper other than at the toe or heel . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . | 37.5% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,P,MX,R) 7.5% (JO) 18.7% (SG) | 66% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . | prs. | | | |

1/ See heading 9902.13.85 and subheading 9903.41.10.

| Heading/ Subheading | Stat. Suf-fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6404 (con.) | | Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of textile materials (con.): | | | | |
| 6404.11 (con.) | | Footwear with outer soles of rubber or plastics (con.): Sports footwear; tennis shoes, basketball shoes gym shoes, training shoes and the like (con.): Other (con.): Valued over $3 but not over $6.50/pair (con.): | | | | |
| 6404.11.70 | | Other . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 90¢/pr. + 37.5% | Free (AU,BH,CA, CL,D,E,IL, J+,MA,P,MX,R) 18¢/pr. + 7.5% (JO) 45¢/pr. + 18.7% (SG) | $1.58/pr. + 66% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6404.11.80 | | Valued over $6.50 but not over $12/pair . . . | . . . . . . . . | 90¢/pr. + 20% | Free (AU,BH,CA, CL,D,E,IL, J+,MA,P,MX,R) 18¢/pr. + 4% (JO) 45¢/pr. + 10% (SG) | $1.58/pr. + 35% |
| | 30 | For men . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6404.11.90 | | Valued over $12/pair . . . . . . . . . . . . . . . . . . | . . . . . . . . | 20% 1/ | Free (CA,D,IL, JO,MX,P,R) 10% (SG) 12% (AU) 13.3% (MA) 14% (BH) 15% (CL) | 35% |
| | | For men: | | | | |
| | 10 | Ski boots, cross country ski footwear and snowboard boots . . . | prs. | | | |
| | 20 | Other . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | For women: | | | | |
| | 40 | Ski boots, cross country ski footwear and snowboard boots . . . | prs. | | | |
| | 50 | Other . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | 70 | Ski boots, cross country ski footwear and snowboard boots . . . | prs. | | | |
| | 80 | Other . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6404.19 | | Other: | | | | |
| 6404.19.15 | | Footwear having uppers of which over 50 percent of the external surface area (including any leather accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is leather . . . . . . . . . . | . . . . . . . . | 10.5% 2/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 3.9% (SG) | 35% |
| | 20 | For men . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 81 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |

1/ See heading 9902.64.04.
2/ See subheading 9903.41.10.

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6404 (con.) | | Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of textile materials (con.): Footwear with outer soles of rubber or plastics (con.): Other (con.): | | | | |
| 6404.19 (con.) | | | | | | |
| 6404.19.20 | | Footwear designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather . . . . . . . . . . . . . . . . . . . . . . | | 37.5% 1/ | Free (CA,D,IL, MX,R) 6.6% (P) 7.5% (JO) 18.7% (SG) 22.5% (AU) 24.9% (MA) 26.2% (BH) 28.1% (CL) | 66% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Footwear with open toes or open heels; footwear of the slip-on type, that is held to the foot without the use of laces or buckles or other fasteners, the foregoing except footwear of subheading 6404.19.20 and except footwear having a foxing or foxing-like band wholly or almost wholly of rubber or plastics applied or molded at the sole and overlapping the upper: Less than 10 percent by weight of rubber or plastics: | | | | |
| 6404.19.25 | | With uppers of vegetable fibers . . . . . . . . . . . . . . . | | 7.5% 2/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 35% |
| | 15 | House slippers: Covering the ankle . . . . . . . . . | prs. | | | |
| | 20 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 30 | Other: For men . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . | prs. | | | |
| 6404.19.30 | | Other . . . . . . . . . . . . . . . . . . . . . . | | 12.5% 3/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 4.6% (SG) | 35% |
| | 15 | House slippers: Covering the ankle . . . . . . . . . | prs. | | | |
| | 20 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 40 | Other: For men . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . | prs. | | | |
| | 80 | Other . . . . . . . . . . . . . . . . . | prs. | | | |
| 6404.19.35 | | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 37.5% 4/ | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 7.5% (JO) 18.7% (SG) | 66% |
| | 15 | House slippers . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 40 | Other: For men . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . | prs. | | | |
| | 80 | Other . . . . . . . . . . . . . . . . . . . | prs. | | | |

1/ See headings 9902.23.80, 9902.23.81, 9902.23.82, 9902.23.83, 9902.25.60 and 9902.25.61.
2/ See heading 9902.13.78.   3/ See heading 9902.25.63.   4/ See subheading 9903.27.09.

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6404 (con.) | | Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of textile materials (con.): | | | | |
| 6404.19 (con.) | | Footwear with outer soles of rubber or plastics (con.): Other (con.): | | | | |
| | | Other: | | | | |
| | | Valued not over $3/pair: | | | | |
| 6404.19.40 | | Having soles (or mid-soles, if any) of rubber or plastics which are affixed to the upper exclusively with an adhesive (any mid-soles also being affixed exclusively to one another and to the sole with an adhesive); the foregoing except footwear having a foxing or a foxing-like band applied or molded at the sole and overlapping the upper and except footwear with soles which overlap the upper other than at the toe or heel . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 37.5% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 7.5% (JO) 18.7% (SG) | 66% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6404.19.50 | | Other . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 48% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 9.6% (JO) 24% (SG) | 84% |
| | 15 | House slippers . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | 30 | For men . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . | prs. | | | |

| Heading/<br>Subheading | Stat.<br>Suf-<br>fix | Article Description | Unit<br>of<br>Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6404 (con.)<br><br>6404.19<br>(con.)<br><br>6404.19.60 | | Footwear with outer soles of rubber, plastics, leather or<br>composition leather and uppers of textile materials (con.):<br>Footwear with outer soles of rubber or plastics (con.):<br>Other (con.):<br><br>Other (con.):<br>Valued over $3 but not over $6.50/pair:<br>Having soles (or mid-soles, if any) of<br>rubber or plastics which are affixed to<br>the upper exclusively with an adhesive<br>(any mid-soles also being affixed<br>exclusively to one another and to the<br>sole with an adhesive); the foregoing<br>except footwear having a foxing or a<br>foxing-like band applied or molded at<br>the sole and overlapping the upper and<br>except footwear with soles which<br>overlap the upper other than at the<br>toe or heel . . . . . . . . . . . . . . . . . . . . . | | 37.5% | Free (AU,BH,CA,<br>CL,D,E,IL,J+,<br>MA,MX,<br>P,R)<br>7.5% (JO)<br>18.7% (SG) | 66% |
| | 30<br>60<br>90 | For men . . . . . . . . . . . . . . . . . . . .<br>For women . . . . . . . . . . . . . . . . . . .<br>Other . . . . . . . . . . . . . . . . . . . . . | prs.<br>prs.<br>prs. | | | |
| 6404.19.70 | | Other . . . . . . . . . . . . . . . . . . . . . . . . . | | 90¢/pr. +<br>37.5% | Free (AU,BH,CA,<br>CL,D,E,IL,J+,<br>MA,MX,<br>P,R)<br>18¢/pr. +<br>7.5% (JO)<br>45¢/pr. +<br>18.7% (SG) | $1.58/pr.<br>+ 66% |
| | 15 | House slippers . . . . . . . . . . . . . . .<br>Other: | prs. | | | |
| | 30<br>60<br>90 | For men . . . . . . . . . . . . . . . . .<br>For women . . . . . . . . . . . . . . .<br>Other . . . . . . . . . . . . . . . . . . . | prs.<br>prs.<br>prs. | | | |

**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

XII
64-26

| Heading/ Subheading | Stat. Suf-fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6404 (con.) | | Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of textile materials (con.): | | | | |
| 6404.19 (con.) | | Footwear with outer soles of rubber or plastics (con.): Other (con.): | | | | |
| | | Other (con.): | | | | |
| 6404.19.80 | | Valued over $6.50 but not over $12/pair . . . | . . . . . . . . | 90¢/pr. + 20% | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 18¢/pr. + 4% (JO) 45¢/pr + 10% (SG) | $1.58/pr. + 35% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6404.19.90 | | Valued over $12/pair . . . . . . . . . . . . . . . . | . . . . . . . . | 9% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R,SG) | 35% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6404.20 | | Footwear with outer soles of leather or composition leather: Not over 50 percent by weight of rubber or plastics and not over 50 percent by weight of textile materials and rubber or plastics with at least 10 percent by weight being rubber or plastics: | | | | |
| 6404.20.20 | | Valued not over $2.50/pair . . . . . . . . . | . . . . . . . . | 15% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 5.6% (SG) | 35% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6404.20.40 | | Valued over $2.50/pair . . . . . . . . . . . . . . . | . . . . . . . . | 10% 2/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 3.7% (SG) | 35% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6404.20.60 | | Other . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 37.5% 3/ | Free (AU,BH,CA, CL,D,E,IL,J+, MA,MX, P,R) 7.5% (JO) 18.7% (SG) | 66% |
| | 40 | For men . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 80 | Other . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |

1/ See heading 9902.22.88.
2/ See heading 9902.22.51.
3/ See heading 9902.22.09.

Case 1:09-cv-00271-LMG   Document 50   Filed 09/07/12   Page 84 of 125
# Harmonized Tariff Schedule of the United States (2008)
Annotated for Statistical Reporting Purposes

XII
64-27

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty 1 General | Rates of Duty 1 Special | Rates of Duty 2 |
|---|---|---|---|---|---|---|
| 6405 | | Other footwear: | | | | |
| 6405.10.00 | | With uppers of leather or composition leather . . . . . . . . . . . . . . . . . | | 10% 1/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 3.7% (SG) | 20% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women  . . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6405.20 | | With uppers of textile materials: | | | | |
| 6405.20.30 | | With uppers of vegetable fibers . . . . . . . . . . . . . . . . . . | | 7.5% 2/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MX, P,R,SG) 4.9% (MA) | 35% |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women  . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6405.20.60 | | With soles and uppers of wool felt . . . . . . . . . . . . . . . . | | 2.5% | Free (AU,BH,CA, CL,E,IL,JO, MX, P,SG) 1.6% (MA) | 35% |
| | 30 | For men (459) . . . . . . . . . . . . . . . . . . . . . . . . | prs. kg | | | |
| | 60 | For women (459) . . . . . . . . . . . . . . . . . . . . . | prs. kg | | | |
| | 90 | Other (459) . . . . . . . . . . . . . . . . . . . . . . | prs. kg | | | |
| 6405.20.90 | | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12.5% | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MX,P,R) 4.6% (SG) 8.3% (MA) | 35% |
| | 15 | House slippers  . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| | 30 | For men . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 60 | For women  . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 6405.90 | | Other: | | | | |
| 6405.90.20 | 00 | Disposable footwear, designed for one-time use  . . | prs. . . . . . | 3.8% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 35% |
| 6405.90.90 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 12.5% 3/ | Free (AU,BH,CA, CL,D,E,IL,J+,JO, MA,MX, P,R) 4.6% (SG) | 35% |

1/ See heading 9902.22.46.
2/ See headings 9902.13.91 and 9902.13.92.
3/ See heading 9902.23.84.

**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

XII
64-28

| Heading/ Subheading | Stat. Suffix | Article Description | Unit of Quantity | Rates of Duty 1 General | Rates of Duty 1 Special | Rates of Duty 2 |
|---|---|---|---|---|---|---|
| 6406 | | Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable insoles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof: | | | | |
| 6406.10 | | Uppers and parts thereof, other than stiffeners: Formed uppers: Of leather or composition leather: | | | | |
| 6406.10.05 | 00 | For men, youths and boys . . . . . . . . . . . . . . | prs. . . . . . | 8.5% | Free (AU,BH,CA, CL,D,IL,J+,JO, MA,MX, P,R,SG) | 20% |
| 6406.10.10 | 00 | For other persons . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 10% | Free (AU,BH,CA, CL,D,IL,J+,JO, MA,MX, P,R) 3.7% (SG) | 20% |
| 6406.10.20 | | Of textile materials: Of which over 50 percent of the external surface area (including any leather accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is leather . . . . . . . . . | . . . . . . . | 10.5% | Free (AU,BH,CA, CL,D,IL,J+,JO, MX, P,R) 3.9% (SG) 6.9% (MA) | 20% |
| | 31 | For men . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | 61 | Other . . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| | | Other: | | | | |
| 6406.10.25 | 00 | Valued not over $3/pair . . . . . . . . . . . . | prs. . . . . . | 33.6% | Free (AU,BH,CA, CL,D,IL,J+, MX,P) 6.7% (JO) 16.8% (SG) 22.3% (MA) | 84% |
| 6406.10.30 | 00 | Valued over $3 but not over $6.50/pair . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 63¢/pr. + 26.2% | Free (AU,BH,CA, CL,D,IL,J+, MX,P) 12.6¢/pr + 5.2% (JO) 31.5¢/pr. + 13.1% (SG) 41.9¢/pr. + 17.4% (MA) | $1.58/pr. + 66% |
| 6406.10.35 | 00 | Valued over $6.50 but not over $12/pair . . . . . . . . . . . . . . . . . . . . . . . | prs. . . . . . | 62¢/pr. + 13.7% | Free (AU,BH,CA, CL,D,IL,J+, MX,P) 12.4¢/pr + 2.7% (JO) 31¢/pr. + 6.8% (SG) 41.2¢/pr. + 9.1% (MA) | $1.58/pr. + 35% |
| 6406.10.40 | 00 | Valued over $12/pair . . . . . . . . . . . . . . | prs. . . . . . | 7.5% | Free (AU,BH,CA, CL,D,IL,J+,JO, MX,P,SG) 4.9% (MA) | 35% |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6406 (con.) | | Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable insoles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof (con.): | | | | |
| 6406.10 (con.) | | Uppers and parts thereof, other than stiffeners (con.): | | | | |
| | | Formed uppers (con.): | | | | |
| | | Other: | | | | |
| 6406.10.45 | 00 | Of which over 90 percent of the external surface area (including any accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is rubber or plastics and not suitable to be finished into footwear (1) having foxing or a foxing-like band applied or molded at the sole and overlapping the upper, or (2) designed to be worn over, or in lieu of, other footwear as a protection against water, oil, grease or chemicals or cold or inclement weather .......................... | prs. ..... | 6% | Free (AU,BH,CA, CL,D,IL,J+,JO, MA,MX, P,R,SG) | 35% |
| 6406.10.50 | 00 | Other ............................... | prs. ..... | 26.2% | Free (AU,BH,CA, CL,D,IL,J+, MA,MX, P,R) 5.2% (JO) 13.1% (SG) | 66% |
| | | Other: | | | | |
| 6406.10.60 | 00 | Of rubber or plastics ..................... | prs. ..... | Free | | 80% |
| 6406.10.65 | 00 | Of leather ........................ | prs. ..... | Free | | 15% |
| 6406.10.70 | 00 | Of textile materials of which over 50 percent of the external surface area (including any leather accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is leather .............................. | prs. ..... | Free | | 35% |
| | | Other: | | | | |
| | | Of cotton: | | | | |
| 6406.10.72 | 00 | Uppers of which less than 50 percent of the external surface area (including any leather, rubber or plastics accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is textile materials .......... | prs. ..... | 7.5% | Free (A,AU,BH, CA,CL,E,IL,J, JO,MX,P) 4.2% (SG) 7.4% (MA) | 62.9% |
| 6406.10.77 | 00 | Other (369) ...................... | prs. ..... kg | 7.5% | Free (AU,BH,CA, CL,IL,JO, MX,P) 4.2% (SG) 7.4% (MA) | 62.9% |

| Heading/ Subheading | Stat. Suffix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6406 (con.) | | Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable insoles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof (con.): | | | | |
| 6406.10 (con.) | | Uppers and parts thereof, other than stiffeners (con.): | | | | |
| | | Other (con.) | | | | |
| | | Other (con.) | | | | |
| | | Other: | | | | |
| 6406.10.85 | 00 | Uppers of which less than 50 percent of the external surface area (including any leather, rubber or plastics accessories or reinforcements such as those mentioned in note 4(a) to this chapter) is textile materials . . . . . . . . . | prs. . . . . . | 4.5% | Free (A,AU,BH, CA,CL,E,IL,J, JO,MA,MX, P,SG) | 78.5% |
| 6406.10.90 | | Other . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 4.5% | Free (AU,BH,CA, CL,E*,IL,J*,JO, MX, P,SG) 3.3% (MA) | 78.5% |
| | | Of textile materials other than cotton: | | | | |
| | 20 | Of wool or fine animal hair (469) . . . . . . . . . . . . . . . . . . . . | prs. kg | | | |
| | 40 | Of man-made fibers (669) . . . . | prs. kg | | | |
| | 60 | Other (899) . . . . . . . . . . . . . . | prs. kg | | | |
| | 90 | Other . . . . . . . . . . . . . . . . . . . . | X | | | |
| 6406.20.00 | 00 | Outer soles and heels, of rubber or plastics . . . . . . . . . | X . . . . . . . | 2.7% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 80% |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 6406 (con.) | | Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable insoles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof (con.): | | | | |
| | | Other: | | | | |
| 6406.91.00 | 00 | Of wood . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X . . . . . . | 2.6% | Free (A*,AU,BH, CA,CL,E,IL,J,JO, MA,MX, SG,P) | 33 1/3% |
| 6406.99 | | Of other materials: | | | | |
| 6406.99.15 | | Of textile materials . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 14.9% | Free (AU,BH,CA, CL,E*,IL,J*,JO, MX,P) 5.7% (SG) 10% (MA) | 72% |
| | | Of man-made fibers: | | | | |
| | | Leg-warmers: | | | | |
| | 05 | Containing 23 percent or more by weight of wool or fine animal hair (459) . . . . . . . . . . . . . . . . . . . . . . | doz. kg | | | |
| | 10 | Other (659) . . . . . . . . . . . . . . . . . | doz. kg | | | |
| | 40 | Other (659) . . . . . . . . . . . . . . . . . . . . | doz. kg | | | |
| | | Other: | | | | |
| | | Leg-warmers: | | | | |
| | 50 | Of cotton (359) . . . . . . . . . . . . . . | doz. kg | | | |
| | 60 | Of wool or fine animal hair (459) . . | doz. kg | | | |
| | 70 | Other (859) . . . . . . . . . . . . . . . . . | doz. kg | | | |
| | 80 | Other . . . . . . . . . . . . . . . . . . . . . . . | doz. kg | | | |
| 6406.99.30 | | Of rubber or plastics . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | 5.3% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 80% |
| | 30 | Bottoms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | | | |
| | 60 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | | | |
| 6406.99.60 | 00 | Of leather . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X . . . . . . | Free | | 15% |
| 6406.99.90 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | kg . . . . . . | Free | | 45% |

Case 1:09-cv-00271-LMG   Document 50   Filed 09/07/12   Page 90 of 125
**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

CHAPTER 95

TOYS, GAMES AND SPORTS EQUIPMENT; PARTS AND ACCESSORIES THEREOF

1. This chapter does not cover:

   (a)  Candles (heading 3406);

   (b)  Fireworks or other pyrotechnic articles of heading 3604;

   (c)  Yarns, monofilament, cords or gut or the like for fishing, cut to length but not made up into fishing lines, of chapter 39, heading 4206 or section XI;

   (d)  Sports bags or other containers of heading 4202, 4303 or 4304;

   (e)  Sports clothing or fancy dress, of textiles, of chapter 61 or 62;

   (f)  Textile flags or bunting, or sails for boats, sailboards or land craft, of chapter 63;

   (g)  Sports footwear (other than skating boots with ice or roller skates attached) of chapter 64, or sports headgear of chapter 65;

   (h)  Walking-sticks, whips, riding-crops or the like (heading 6602), or parts thereof (heading 6603);

   (ij)  Unmounted glass eyes for dolls or other toys, of heading 7018;

   (k)  Parts of general use, as defined in note 2 to section XV, of base metal (section XV), or similar goods of plastics (chapter 39);

   (l)  Bells, gongs or the like of heading 8306;

   (m)  Pumps for liquids (heading 8413), filtering or purifying machinery and apparatus for liquids or gases (heading 8421), electric motors (heading 8501), electric transformers (heading 8504) or radio remote control apparatus (heading 8526);

   (n)  Sports vehicles (other than sleds, bobsleds, toboggans and the like) of section XVII;

   (o)  Children's bicycles (heading 8712);

   (p)  Sports craft such as canoes and skiffs (chapter 89), or their means of propulsion (chapter 44 for such articles made of wood);

   (q)  Spectacles, goggles or the like, for sports or outdoor games (heading 9004);

   (r)  Decoy calls or whistles (heading 9208);

   (s)  Arms or other articles of chapter 93;

   (t)  Electric garlands of all kinds (heading 9405);

   (u)  Racket strings, tents or other camping goods, or gloves, mittens and mitts (classified according to their constituent material); or

   (v)  Tableware, kitchenware, toilet articles, carpets and other textile floor coverings, apparel, bed linen, table linen, toilet linen, kitchen linen and similar articles having a utilitarian function (classified according to their constituent material). 1/

2. This chapter includes articles in which natural or cultured pearls, precious or semiprecious stones (natural, synthetic or reconstructed), precious metal or metal clad with precious metal constitute only minor constituents.

3. Subject to note 1 above, parts and accessories which are suitable for use solely or principally with articles of this chapter are to be classified with those articles.

4. Subject to the provisions of Note 1 above, heading 9503 applies, *inter alia*, to articles of this heading combined with one or more items, which cannot be considered as sets under the terms of General Interpretative Rule 3(b), and which, if presented separately, would be classified in other  headings, provided the articles are put up together for retail sale and the combinations have the essential character of toys.

5. Heading 9503 does not cover articles which, on account of their design, shape or constituent material, are identifiable as intended exclusively for animals, for example, "pet toys" (classification in their own appropriate heading).

1/  See subheading 9817.95

# Harmonized Tariff Schedule of the United States (2008)
Annotated for Statistical Reporting Purposes

XX
95-2

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9503.00.00 | | Tricycles, scooters, pedal cars and similar wheeled  toys; dolls' carriages; dolls, other toys; reduced-scale ("scale") models and similar recreational models, working or not; puzzles of all kinds; parts and accessories thereof . . . . . . . | . . . . . . . . | Free | | 70% |
| | 10 | Inflatable toy balls, balloons and punchballs, of rubber . | No. | | | |
| | 80 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | | | |
| 9504 | | Articles for arcade, table or parlor games, including pinball machines, bagatelle, billiards and special tables for casino games; automatic bowling alley equipment; parts and accessories thereof: | | | | |
| 9504.10.00 | 00 | Video games of a kind used with a television receiver and parts and accessories thereof . . . . . . . . . . . . . . . . | X . . . . . . . | Free | | 35% |
| 9504.20 | | Articles and accessories for billiards of all kinds: | | | | |
| 9504.20.20 | 00 | Balls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | No. . . . | Free | | 50% |
| 9504.20.40 | 00 | Chalk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | No. . . . | Free | | 25% |
| 9504.20.60 | 00 | Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | No. . . . | Free | | 33 1/3% |
| 9504.20.80 | 00 | Other, including parts and accessories . . . . . . . . . . | X . . . . | Free | | 33 1/3% |
| 9504.30.00 | | Other games, operated by coins, banknotes, bank cards, tokens or by any other means of payment, other than bowling alley equipment; parts and accessories thereof . . . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . | Free | | 35% |
| | 10 | Video . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | | | |
| | | Other: | | | | |
| | | Games: | | | | |
| | 20 | Pinball machines and bell-type machines and consoles . . . . . . . . . . . . . . . . . . . . . . . . | X | | | |
| | 40 | Other . . . . . . . . . . . . . . . . . . . . . . . . | X | | | |
| | 60 | Parts and accessories  . . . . . . . . . . . . . . . . . . | X | | | |
| 9504.40.00 | 00 | Playing cards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | pack . . . . | Free | | 10¢/pack + 20% |
| 9504.90 | | Other: | | | | |
| 9504.90.40 | 00 | Game machines, other than those operated by coins, banknotes (paper currency), discs or similar articles; parts and accessories thereof . . . . . | X . . . . . . . | Free | | 35% |
| | | Other: | | | | |
| 9504.90.60 | 00 | Chess, checkers, parchisi, backgammon, darts and other games played on boards of a special design, all the foregoing games and parts there- of (including their boards); mah-jong and dom- inoes; any of the foregoing games in combi- nation with each other, or with other games, packaged together as a unit in immediate con- tainers of a  type used in retail sales; poker chips and dice . . . . . . . . . . . . . . . . . . . . . . . . . | X . . . . . . | Free | | 40% |
| 9504.90.90 | | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | Free | | 40% |
| | 40 | Bowling balls . . . . . . . . . . . . . . . . . . . . . . . | No. | | | |
| | 60 | Bowling equipment and parts and accessories thereof . . . . . . . . . . . . . . . . . . . | X | | | |
| | 80 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . | X | | | |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9505 | | Festive, carnival or other entertainment articles, including magic tricks and practical joke articles; parts and access- ories thereof: | | | | |
| 9505.10 | | Articles for Christmas festivities and parts and access- ories thereof: | | | | |
| | | Christmas ornaments: | | | | |
| 9505.10.10 | 00 | Of glass . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X . . . . . . | Free | | 60% |
| | | Other: | | | | |
| 9505.10.15 | 00 | Of wood . . . . . . . . . . . . . . . . . . . . . | X . . . . . . | Free | | 20% |
| 9505.10.25 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . | X . . . . . . | Free | | 20% |
| 9505.10.30 | 00 | Nativity scenes and figures thereof . . . . . . . . . . . . . | X . . . . . . | Free | | 80% |
| | | Other: | | | | |
| 9505.10.40 | | Of plastics . . . . . . . . . . . . . . . . . . . . . . . . | | Free | | 60% |
| | 10 | Artificial Christmas trees . . . . . . . . . . . . . . . | No. | | | |
| | 20 | Other . . . . . . . . . . . . . . . . . . . . . . . | X | | | |
| 9505.10.50 | | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | Free | | 90% |
| | 10 | Artificial Christmas trees . . . . . . . . . . . . . . . | No. | | | |
| | 20 | Other . . . . . . . . . . . . . . . . . . . . . . . | X | | | |
| 9505.90 | | Other: | | | | |
| 9505.90.20 | 00 | Magic tricks and practical joke articles; parts and accessories thereof . . . . . . . . . . . . . . . . . . . . . . . . | X . . . . . . | Free | | 70% |
| 9505.90.40 | 00 | Confetti, paper spirals or streamers, party favors and noisemakers; parts and accessories thereof . . . | X . . . . . . | Free | | 45% |
| 9505.90.60 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . | X . . . . . . | Free | | 25% |
| 9506 | | Articles and equipment for general physical exercise, gym- nastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof: | | | | |
| | | Snow-skis and other snow-ski equipment; parts and accessories thereof: | | | | |
| 9506.11 | | Skis and parts and accessories thereof, except ski poles: | | | | |
| 9506.11.20 | 00 | Cross-country skis . . . . . . . . . . . . . . . . | prs. . . . . . | Free | | 33 1/3% |
| 9506.11.40 | | Other skis . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2.6% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 33 1/3% |
| | 10 | Snowboards . . . . . . . . . . . . . . . . . . . . . . | No. | | | |
| | 80 | Other . . . . . . . . . . . . . . . . . . . . . . . | prs. | | | |
| 9506.11.60 | 00 | Parts and accessories . . . . . . . . . . . . . . . . . | X . . . . . . | Free | | 45% |
| 9506.12 | | Ski bindings and parts and accessories thereof: | | | | |
| 9506.12.40 | 00 | Cross-country . . . . . . . . . . . . . . . . . | X . . . . . . | Free | | 45% |
| 9506.12.80 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . | X . . . . . . | 2.8% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 45% |
| 9506.19 | | Other: | | | | |
| 9506.19.40 | 00 | Cross-country . . . . . . . . . . . . . . . . . | X . . . . . . | Free | | 45% |
| 9506.19.80 | | Other . . . . . . . . . . . . . . . . . . . . . . . | | 2.8% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 45% |
| | 40 | Ski poles and parts and accessories thereof . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | | | |
| | 80 | Other . . . . . . . . . . . . . . . . . . . . . . . . | X | | | |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty 1 General | Rates of Duty 1 Special | Rates of Duty 2 |
|---|---|---|---|---|---|---|
| 9506 (con.) | | Articles and equipment for general physical exercise, gym- nastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof (con.): | | | | |
| | | Water skis, surf boards, sailboards and other water- sport equipment; parts and accessories thereof: | | | | |
| 9506.21 | | Sailboards and parts and accessories thereof: | | | | |
| 9506.21.40 | 00 | Sailboards | No. | Free | | 30% |
| 9506.21.80 | 00 | Parts and accessories | X | Free | | 30% |
| 9506.29.00 | | Other | | Free | | 40% |
| | 20 | Water skis | prs. | | | |
| | 30 | Surf-boards | No. | | | |
| | 80 | Other | X | | | |
| | | Golf clubs and other golf equipment; parts and access- ories thereof: | | | | |
| 9506.31.00 | 00 | Golf clubs, complete | No. | 4.4% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 30% |
| 9506.32.00 | 00 | Balls | doz. | Free | | 30% |
| 9506.39.00 | | Other | | 4.9% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 30% |
| | 60 | Parts of golf clubs | X | | | |
| | 80 | Other | X | | | |
| 9506.40.00 | 00 | Articles and equipment for table-tennis, and parts and accessories thereof | X | 5.1% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 30% |
| | | Tennis, badminton or similar rackets, whether or not strung; parts and accessories thereof: | | | | |
| 9506.51 | | Lawn-tennis rackets, whether or not strung, and parts and accessories thereof: | | | | |
| 9506.51.20 | 00 | Rackets, strung | No. | 5.3% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 30% |
| 9506.51.40 | 00 | Rackets, not strung | No. | 3.9% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 30% |
| 9506.51.60 | 00 | Parts and accessories | X | 3.1% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 30% |
| 9506.59 | | Other: | | | | |
| 9506.59.40 | | Badminton rackets and parts and accessories thereof | | 5.6% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 30% |
| | 40 | Rackets and racket frames | No. | | | |
| | 80 | Other parts and accessories | X | | | |
| 9506.59.80 | | Other | | 4% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 40% |
| | 20 | Racquetball rackets | No. | | | |
| | 40 | Squash rackets | No. | | | |
| | 60 | Other, including parts and accessories | X | | | |

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9506 (con.) | | Articles and equipment for general physical exercise, gymnastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof (con.): | | | | |
| | | Balls, other than golf balls and table-tennis balls: | | | | |
| 9506.61.00 | 00 | Lawn-tennis balls ......................... | No. ..... | Free | | 30% |
| 9506.62 | | Inflatable balls: | | | | |
| 9506.62.40 | | Footballs and soccer balls ................. | | Free | | 30% |
| | 40 | Footballs ........................... | No. | | | |
| | 80 | Soccer balls ......................... | No. | | | |
| 9506.62.80 | | Other ............................... | ....... | 4.8% 1/ | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 30% |
| | 20 | Basketballs .......................... | No. | | | |
| | 40 | Volleyballs .......................... | No. | | | |
| | 60 | Other ............................... | No. | | | |
| 9506.69 | | Other: | | | | |
| 9506.69.20 | | Baseballs and softballs ..................... | | Free | | 30% |
| | 40 | Baseballs ........................... | No. | | | |
| | 80 | Softballs ............................ | No. | | | |
| 9506.69.40 | 00 | Noninflatable hollow balls not over 19 cm in diameter ............................... | No. ..... | 5.4% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 70% |
| 9506.69.60 | | Other ............................... | ....... | 4.9% | Free (A,AU,BH,CA, CL,E,IL,J, JO, MA,MX, P,SG) | 30% |
| | 10 | Polo balls ........................... | No. | | | |
| | 20 | Other ............................... | X | | | |
| 9506.70 | | Ice skates and roller skates, including skating boots with skates attached; parts and accessories thereof: | | | | |
| 9506.70.20 | | Roller skates and parts and accessories thereof ... | ....... | Free | | 20% |
| | 10 | Attached to boots ..................... | prs. | | | |
| | 90 | Other ............................... | X | | | |
| 9506.70.40 | 00 | Ice skates with footwear permanently attached .... | prs. ..... | 2.9% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 20% |
| 9506.70.60 | | Other, including parts and accessories for ice skates with footwear permanently attached ...... | ....... | Free | | 20% |
| | 40 | Ice skates ........................... | prs. | | | |
| | 80 | Parts and accessories ................... | prs. | | | |
| | | Other: | | | | |
| 9506.91.00 | | Articles and equipment for general physical exercise, gymnastics or athletics; parts and accessories thereof ............................... | ....... | 4.6% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 40% |
| | 10 | Exercise cycles ........................ | No. | | | |
| | 20 | Exercise rowing machines ................. | No. | | | |
| | 30 | Other ............................... | X | | | |

1/  See subheadings 9902.13.07, 9902.13.08, 9902.13.09, and 9902.13.10.

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9506 (con.) | | Articles and equipment for general physical exercise, gym- nastics, athletics, other sports (including table-tennis) or outdoor games, not specified or included elsewhere in this chapter; swimming pools and wading pools; parts and accessories thereof (con.): | | | | |
| 9506.99 | | Other (con.): Other: | | | | |
| 9506.99.05 | | Archery articles and equipment and parts and accessories thereof . . . . . . . . . . . . . . . . . . . . . . . . . | | Free | | 35% |
| | 10 | Bows and bow parts . . . . . . . . . . . . . . . | X | | | |
| | 20 | Arrows and arrow parts . . . . . . . . . . . . . | X | | | |
| | 30 | Other . . . . . . . . . . . . . . . . . . . . . . . . | X | | | |
| | | Badminton articles and equipment, except rackets, and parts and accessories thereof: | | | | |
| 9506.99.08 | 00 | Nets of cotton . . . . . . . . . . . . . . . . . . . . | No. . . . . . kg | 2.8% | Free (A+,AU,BH, CA,CL,D,E,IL,J, JO,MA,MX, P,SG) | 30% |
| 9506.99.12 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . | X | 5.6% | Free (A,AU,BH,CA CL,E,IL,J,JO, MA,MX, P,SG) | 30% |
| 9506.99.15 | 00 | Baseball articles and equipment, except balls, and parts and accessories thereof . . . . . . . . | X | Free | | 30% |
| 9506.99.20 | 00 | Football, soccer and polo articles and equip- ment, except balls, and parts and accessories thereof . . . . . . . . . . . . . . . . . . . . . . . . . | X | Free | | 30% |
| 9506.99.25 | | Ice-hockey and field-hockey articles and equip- ment, except balls and skates, and parts and accessories thereof . . . . . . . . . . . . . . . . . | . . . . . . . . | Free | | 30% |
| | 40 | Ice-hockey sticks . . . . . . . . . . . . . . . . . | No. | | | |
| | 80 | Other, including parts and accessories . . . | X | | | |
| 9506.99.28 | 00 | Lacrosse sticks . . . . . . . . . . . . . . . . . . . . | No. . . . . . | Free | | 30% |
| 9506.99.30 | 00 | Lawn-tennis articles and equipment, except balls and rackets, and parts and accessories thereof . . . . . . . . . . . . . . . . . . . . . . . . . | X | 3.1% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 30% |
| 9506.99.35 | 00 | Skeet targets . . . . . . . . . . . . . . . . . . . . . | doz. . . . . | Free | | 20% |
| 9506.99.40 | 00 | Sleds, bobsleds, toboggans and the like and parts and accessories thereof: Toboggans; bobsleds and luges of a kind used in international competition . . . . . . . . | No. . . . . | Free | | Free |
| 9506.99.45 | 00 | Other, including parts and accessories . . . | X | 2.8% | Free (A,AU,BH,CA, CL,E,IL,J,JO,MA, MX,P,SG) | 45% |
| 9506.99.50 | 00 | Snowshoes and parts and accessories thereof . . . . . . . . . . . . . . . . . . . . . . . . . | X | 2.6% | Free (A,AU,BH,CA, CL,E,IL,J,JO,MA, MX,P,SG) | 33 1/3% |
| 9506.99.55 | 00 | Swimming pools and wading pools and parts and accessories thereof . . . . . . . . . . . . . . | X | 5.3% | Free (A,AU,BH,CA, CL,E,IL,J,JO,MA, MX,P,SG) | 80% |
| 9506.99.60 | | Other . . . . . . . . . . . . . . . . . . . . . . . . | | 4% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 40% |
| | 40 | Nets not elsewhere specified or included . . . | kg | | | |
| | 80 | Other . . . . . . . . . . . . . . . . . . . . . . . . | X | | | |

Case 1:09-cv-00271-LMG   Document 50   Filed 09/07/12   Page 96 of 125
**Harmonized Tariff Schedule of the United States (2008)**
Annotated for Statistical Reporting Purposes

XX
95-7

| Heading/ Subheading | Stat. Suf- fix | Article Description | Unit of Quantity | Rates of Duty | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |
| | | | | General | Special | |
| 9507 | | Fishing rods, fish hooks and other line fishing tackle; fish landing nets, butterfly nets and similar nets; decoy "birds" (other than those of heading 9208 or 9705) and similar hunting or shooting equipment; parts and accessories thereof: | | | | |
| 9507.10.00 | | Fishing rods and parts and accessories thereof . . . . . . . . . . . . . . | | 6% | Free (A+,AU,BH, CA,CL,D,E,IL,J, JO,MA,MX, P,SG) | 55% |
| | 40 | Fishing rods . . . . . . . . . . . . . . . . . . . . . . . . . . . . | No. | | | |
| | 80 | Parts and accessories . . . . . . . . . . . . . . . . . . . . . . | X | | | |
| 9507.20 | | Fish hooks, whether or not snelled: | | | | |
| 9507.20.40 | 00 | Snelled hooks . . . . . . . . . . . . . . . . . . . . . . . . . . | X | 4% | Free (A,AU,BH,CA, CL,E,IL,J,JO,MA, MX,P,SG) | 55% |
| 9507.20.80 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | 4.8% | Free (A,AU,BH,CA, CL,E,IL,J,JO,MA, MX,P,SG) | 45% |
| 9507.30 | | Fishing reels and parts and accessories thereof: | | | | |
| | | Fishing reels: | | | | |
| 9507.30.20 | 00 | Valued not over $2.70 each . . . . . . . . . . . . . . . | No. . . . . . | 9.2% | Free (A+,AU,BH, CA,CL,D,E,IL,J, JO,MA,MX,P, SG) | 55% |
| 9507.30.40 | 00 | Valued over $2.70 but not over $8.45 each . . . . | No. . . . . . | 24¢ each | Free (A+,AU,BH, CA,CL,D,E,IL,J, JO,MA,MX,P, SG) | 55% |
| 9507.30.60 | 00 | Valued over $8.45 each . . . . . . . . . . . . . . . . . | No. . . . . . | 3.9% | Free (A,AU,BH,CA, CL,E,IL,J,JO,MA, MX,P,SG) | 55% |
| 9507.30.80 | 00 | Parts and accessories . . . . . . . . . . . . . . . . . . . . . | X | 5.4% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX,P, SG) | 55% |
| 9507.90 | | Other: | | | | |
| 9507.90.20 | 00 | Fishing line put up and packaged for retail sale . . . . | X . . . . . . . | 3.7% | Free (A,AU,BH,CA, CL,E,IL,J,JO,MA, MX,P,SG) | 65% |
| 9507.90.40 | 00 | Fishing casts or leaders . . . . . . . . . . . . . . . . . . . . | doz. | 5.6% | Free (A,AU,BH,CA, CL,E,,IL,J, JO, MA,MX,P, SG) | 55% |
| 9507.90.60 | 00 | Fish landing nets, butterfly nets and similar nets . . | No. . . . . . | 5% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX,P, SG) | 40% |
| | | Other, including parts and accessories: | | | | |
| 9507.90.70 | 00 | Artificial baits and flies . . . . . . . . . . . . . . . . . | doz. . . . . | 9% | Free (A+,AU,BH, CA,CL,D,E,IL,J, JO,MA,MX, P,SG) | 55% |
| 9507.90.80 | 00 | Other, including parts and accessories . . . . . . . . | X . . . . . . . | 9% | Free (A,AU,BH,CA, CL,E,IL,J,JO, MA,MX, P,SG) | 55% |
| 9508 | | Merry-go-rounds, boat-swings, shooting galleries and other fairground amusements; traveling circuses and traveling menageries; traveling theaters; parts and accessories thereof: | | | | |
| 9508.10.00 | 00 | Traveling circuses and traveling menageries; parts and accessories . . . . . . . . . . . . . . . . . . . . . . . . . | X . . . . . . . | Free | | 35% |
| 9508.90.00 | 00 | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X . . . . . . . | Free | | 35% |

This page intentionally left blank

Chapter 64

## Footwear, gaiters and the like; parts of such articles

**Notes.**

1.- This Chapter does not cover :

    (a)  Disposable foot or shoe coverings of flimsy material (for example, paper, sheeting of plastics) without applied soles. These products are classified according to their constituent material;

    (b)  Footwear of textile material, without an outer sole glued, sewn or otherwise affixed or applied to the upper (Section XI);

    (c)  Worn footwear of heading 63.09;

    (d)  Articles of asbestos (heading 68.12);

    (e)  Orthopaedic footwear or other orthopaedic appliances, or parts thereof (heading 90.21); or

    (f)  Toy footwear or skating boots with ice or roller skates attached; shin-guards or similar protective sportswear (Chapter 95).

2.- For the purposes of heading 64.06, the term " parts " does not include pegs, protectors, eyelets, hooks, buckles, ornaments, braid, laces, pompons or other trimmings (which are to be classified in their appropriate headings) or buttons or other goods of heading 96.06.

3.- For the purposes of this Chapter :

    (a)  the terms " rubber " and " plastics " include woven fabrics or other textile products with an external layer of rubber or plastics being visible to the naked eye; for the purpose of this provision, no account should be taken of any resulting change of colour; and

    (b)  the term " leather " refers to the goods of headings 41.07 and 41.12 to 41.14.

4.- Subject to Note 3 to this Chapter :

    (a)  The material of the upper shall be taken to be the constituent material having the greatest external surface area, no account being taken of accessories or reinforcements such as ankle patches, edging, ornamentation, buckles, tabs, eyelet stays or similar attachments;

    (b)  The constituent material of the outer sole shall be taken to be the material having the greatest surface area in contact with the ground, no account being taken of accessories or reinforcements such as spikes, bars, nails, protectors or similar attachments.

o
o   o

**Subheading Note.**

1.- For the purposes of subheadings 6402.12, 6402.19, 6403.12, 6403.19 and 6404.11, the expression " sports footwear " applies only to :

    (a)  Footwear which is designed for a sporting activity and has, or has provision for the attachment of, spikes, sprigs, stops, clips, bars or the like;

(b) Skating boots, ski-boots and cross-country ski footwear, snowboard boots, wrestling boots, boxing boots and cycling shoes.

## GENERAL

With certain **exceptions** (see particularly those mentioned at the end of this General Note) this Chapter covers, under headings 64.01 to 64.05, various types of footwear (including overshoes) irrespective of their shape and size, the particular use for which they are designed, their method of manufacture or the materials of which they are made.

For the purposes of this Chapter, the term " footwear " **does not**, however, **include** disposable foot or shoe coverings of flimsy material (paper, sheeting of plastics, etc.) without applied soles. These products are classified according to their constituent material.

(A) Footwear may range from sandals with uppers consisting simply of adjustable laces or ribbons to thigh-boots (the uppers of which cover the leg and thigh, and which may have straps, etc., for fastening the uppers to the waist for better support). The Chapter includes :

  (1) Flat or high-heeled shoes for ordinary indoor or outdoor wear.

  (2) Ankle-boots, half-boots, knee-boots and thigh-boots.

  (3) Sandals of various types, " espadrilles " (shoes with canvas uppers and soles of plaited vegetable material), tennis shoes, jogging shoes, bathing slippers and other casual footwear.

  (4) Special sports footwear which is designed for a sporting activity and has, or has provision for, the attachment of spikes, sprigs, stops, clips, bars or the like and skating boots, ski-boots and cross-country ski footwear, snowboard boots, wrestling boots, boxing boots and cycling shoes (see Subheading Note 1 to the Chapter).

    Roller-skating or ice-skating boots with skates fixed to the soles, are, however, **excluded (heading 95.06).**

  (5) Dancing slippers.

  (6) House footwear (e.g., bedroom slippers).

  (7) Footwear obtained in a single piece, particularly by moulding rubber or plastics by carving from a solid piece of wood.

  (8) Other footwear specially designed to protect against oil, grease, chemicals or cold.

  (9) Overshoes worn over other footwear; in some cases, they are heel-less.

  (10) Disposable footwear, with applied soles, generally designed to be used only once.

(B) The footwear covered by this Chapter may be of any material (rubber, leather, plastics, wood, cork, textiles including felt and nonwovens, furskin, plaiting materials, etc.) **except** asbestos, and may contain, in any proportion, the materials of Chapter 71.

Within the limits of the Chapter itself, however, it is the constituent material of the outer sole and of the upper which determines classification in headings 64.01 to 64.05.

(C) The term " outer sole " as used in headings 64.01 to 64.05 means that part of the footwear (other than an attached heel) which, when in use, is in contact with the ground. The constituent material of the outer sole for purposes of classification shall be taken to be the material having the greatest surface area in contact with the ground. In determining the constituent material of the outer sole, no account should be taken of attached accessories or reinforcements which partly cover the sole (see Note 4 (b) to this Chapter).   These accessories or reinforcements include spikes, bars, nails, protectors or similar attachments (including a thin layer of textile flocking (e.g., for creating a design) or a detachable textile material, applied to but not embedded in the sole).

In the case of footwear made in a single piece (e.g., clogs) without applied soles, no separate outer sole is required; such footwear is classified with reference to the constituent material of its lower surface.

(D) For the purposes of the classification of footwear in this Chapter, the constituent material of the uppers must also be taken into account. The upper is the part of the shoe or boot above the sole. However, in certain footwear with plastic moulded soles or in shoes of the American Indian moccasin type, a single piece of material is used to form the sole and either the whole or part of the upper, thus making it difficult to identify the demarcation between the outer sole and the upper. In such cases, the upper shall be considered to be that portion of the shoe which covers the sides and top of the foot. The size of the uppers varies very much between different types of footwear, from those covering the foot and the whole leg, including the thigh (for example, fishermen's boots), to those which consist simply of straps or thongs (for example, sandals).

If the upper consists of two or more materials, classification is determined by the constituent material which has the greatest external surface area, no account being taken of accessories or reinforcements such as ankle patches, protective or ornamental strips or edging, other ornamentation (e.g., tassels, pompons or braid), buckles, tabs, eyelet stays, laces or slide fasteners. The constituent material of any lining has no effect on classification.

(E) It should be noted that for the purposes of this Chapter, the terms " rubber " and " plastics " include woven fabrics or other textile products with an external layer of rubber or plastics being visible to the naked eye, no account being taken of any resulting change of colour.

(F) Subject to the provisions of (E) above, for the purposes of this Chapter the expression " textile materials " covers the fibres, yarns, fabrics, felts, nonwovens, twine, cordage, ropes, cables, etc., of Chapters 50 to 60.

(G) For the purposes of this Chapter, the term " leather " refers to the goods of headings 41.07 and 41.12 to 41.14.

(H) Boot or shoe bottoms, consisting of an outer sole affixed to an incomplete or unfinished upper, which do not cover the ankle are to be regarded as footwear (and not as parts of footwear). These articles may be finished simply by trimming their top edge with a border and adding a fastening device.

This Chapter also **excludes** :

(a) Footwear of textile material, without an outer sole glued, sewn or otherwise affixed or applied to the upper (**Section XI**).

(b) Footwear showing signs of appreciable wear and presented in bulk or in bales, sacks or similar packings (**heading 63.09**).

(c) Footwear of asbestos (**heading 68.12**).

(d) Orthopaedic footwear (**heading 90.21**).

(e) Toy footwear and skating boots with ice or roller skates attached; shin-guards and similar protective sportswear (**Chapter 95**).

**64.01 - Waterproof footwear with outer soles and uppers of rubber or of plastics, the uppers of which are neither fixed to the sole nor assembled by stitching, riveting, nailing, screwing, plugging or similar processes.**

 6401.10  - Footwear incorporating a protective metal toe-cap

   - Other footwear :

 6401.92  - - Covering the ankle but not covering the knee

 6401.99  - - Other

This heading covers waterproof footwear with both the outer soles and the uppers (see General Explanatory Note, paragraphs (C) and (D)), of rubber (as defined in Note 1 to Chapter 40), plastics or textile material with an external layer of rubber or plastics being visible to the naked eye (see Note 3 (a) to this Chapter), **provided** the uppers are neither fixed to the sole nor assembled by the processes named in the heading.

The heading includes footwear constructed to protect against penetration by water or other liquids and would include, *inter alia*, certain snow-boots, galoshes, overshoes and ski-boots.

Footwear remains in this heading even if it is made partly of one and partly of another of the specified materials (e.g., the soles may be of rubber and the uppers of woven fabric with an external layer of plastics being visible to the naked eye; for the purpose of this provision no account should be taken of any resulting change of colour).

The heading covers, *inter alia*, footwear obtained by any of the processes described below :

(1)  **Press moulding**

   In this process, a core, sometimes covered by a textile " sock " which later forms the lining of the article, is placed in a mould with either preforms or granules.

   The mould is closed and placed between the platens of a press, which are heated to a high temperature.

   Under the influence of the heat, the preforms or granules acquire a certain degree of viscosity and completely fill the space between the core and the walls of the mould; the excess material escapes through vents. The material then vulcanises (rubber) or gels (poly(vinyl chloride)).

   When the moulding process is complete, the shoe is taken out of the mould and the core is removed.

**(2) Injection moulding**

This process is similar to press moulding, except that the preforms or granules used in the press moulding process are replaced by a rubber-based or poly(vinyl chloride)-based mix, preheated to give it the viscosity required for injection into the mould.

**(3) Slush moulding**

In this process, poly(vinyl chloride) or polystyrene paste is injected into a mould to form a complete coating which gels, excess material escaping through vents.

**(4) Rotational casting**

This process is similar to slush moulding, except that the coating is formed by rotating the paste in a closed mould.

**(5) " Dip moulding "**

In this process, a hot mould is dipped into the paste (this process is rarely used in the footwear industry).

**(6) Assembly by vulcanising**

In this process, the raw material (usually rubber or thermoplastics) is prepared with sulphur powder and passed through a press to produce a flat sheet. The sheet is cut (and sometimes calendered) into the shape of the various parts of the outer sole and upper (i.e., vamps, quarters, counters, toe pieces, etc.). The parts are slightly heated to make the material tacky and are then assembled on a last, the shape of which conforms to the shape of the footwear. The assembled footwear is pressed against the last, so that the parts adhere to one another, and then vulcanised. Footwear obtained by this process is known in the trade as " built-up footwear ".

**(7) Bonding and vulcanising**

This process is used for moulding and vulcanising an outer sole and heel of rubber on a **preassembled upper** in one operation. The sole is firmly bonded to the upper with cement which hardens during vulcanisation.

**(8) High frequency welding**

In this process, materials are bonded by heat and pressure, without the use of cement.

**(9) Cementing**

In this process, **soles which have been previously moulded** or cut from a sheet are stuck to the uppers **with an adhesive; pressure** is applied, and the article is left to **dry**. Although pressure may be applied at a raised temperature, the material used for the sole is in its final form before the sole is stuck to the upper, and its physical qualities are in no way modified by this operation.

**64.02 – Other footwear with outer soles and uppers of rubber or plastics.**

- Sports footwear :

6402.12  - - Ski-boots, cross-country ski footwear and snowboard boots

6402.19  - - Other

6402.20  - Footwear with upper straps or thongs assembled to the sole by means of plugs

- Other footwear :

6402.91  - - Covering the ankle

6402.99  - - Other

This heading covers footwear with outer soles and uppers of rubber or plastics, **other than** those of **heading 64.01**.

Footwear remains in this heading even if it is made partly of one and partly of another of the specified materials (e.g., the soles may be of rubber and the uppers of woven fabric with an external layer of plastics being visible to the naked eye; for the purpose of this provision no account should be taken of any resulting change of colour).

The heading covers, *inter alia* :

(a)   Ski-boots consisting of several moulded parts hinged on rivets or similar devices;

(b)   Clogs without quarter or counter, the uppers of which are produced in one piece usually attached to the base or platform by riveting;

(c)   Slippers or mules without quarter or counter, the uppers of which, being produced in one piece or assembled other than by stitching, are attached to the sole by stitching;

(d)   Sandals consisting of straps across the instep and of counter or heelstrap attached to the sole by any process;

(e)   *Thong-type* sandals in which the thongs are attached to the sole by plugs which lock into holes in the sole;

(f)   Non-waterproof footwear produced in one piece (for example, bathing slippers).

**64.03 – Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of leather.**

- Sports footwear :

6403.12 - - Ski-boots, cross-country ski footwear and snowboard boots

6403.19 - - Other

6403.20 - Footwear with outer soles of leather, and uppers which consist of leather straps across the instep and around the big toe

6403.40 - Other footwear, incorporating a protective metal toe-cap

- Other footwear with outer soles of leather :

6403.51 - - Covering the ankle

6403.59 - - Other

- Other footwear :

6403.91 - - Covering the ankle

6403.99 - - Other

This heading covers footwear with uppers (see General Explanatory Note, Part (D)) made of leather and with outer soles (see General Explanatory Note, Part (C)) made of :

(1) Rubber (as defined in Note 1 to Chapter 40).

(2) Plastics.

(3) Woven fabrics or other textile products with an external layer of rubber or plastics being visible to the naked eye, no account being taken of any resulting change of colour (see Note 3 (a) to this Chapter and General Explanatory Note, Part (E)).

(4) Leather (see Note 3 (b) to this Chapter).

(5) Composition leather (by virtue of Note 3 to Chapter 41, " composition leather " is restricted to substances with a basis of leather or leather fibre).

**64.04 – Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of textile materials.**

- Footwear with outer soles of rubber or plastics :

6404.11 - - Sports footwear; tennis shoes, basketball shoes, gym shoes, training shoes and the like

6404.19 - - Other

6404.20 - Footwear with outer soles of leather or composition leather

This heading covers footwear with uppers (see General Explanatory Note, Part (D)) made of textile materials and with outer soles (see General Explanatory Note, Part (C)) made of the same materials as the footwear of heading 64.03 (see the Explanatory Note to that heading).

## 64.05 - Other footwear.

> 6405.10 - With uppers of leather or composition leather
>
> 6405.20 - With uppers of textile materials
>
> 6405.90 - Other

Subject to Notes 1 and 4 to this Chapter, this heading covers all footwear having outer soles and uppers of a material or combination of materials not referred to in the preceding headings of this Chapter.

The heading includes in particular :

(1) Footwear, with outer soles of rubber or plastics, and the uppers made of material other than rubber, plastics, leather or textile material;

(2) Footwear with outer soles of leather or of composition leather, and the uppers made of material other than leather or textile material;

(3) Footwear with outer soles of wood, cork, twine or rope, paperboard, furskin, textile fabric, felt, nonwovens, linoleum, raffia, straw, loofah, etc. The uppers of such footwear may be of any material.

The heading **excludes** assemblies of parts (e.g., uppers, whether or not affixed to an inner sole) not yet constituting nor having the essential character of footwear as described in headings 64.01 to 64.05 **(heading 64.06)**.

**64.06 -** **Parts of footwear (including uppers whether or not attached to soles other than outer soles); removable in-soles, heel cushions and similar articles; gaiters, leggings and similar articles, and parts thereof.**

6406.10  - Uppers and parts thereof, other than stiffeners

6406.20  - Outer soles and heels, of rubber or plastics

        - Other :

6406.91  - - Of wood

6406.99  - - Of other materials

## (I) PARTS OF FOOTWEAR (INCLUDING UPPERS WHETHER OR NOT ATTACHED TO SOLES OTHER THAN OUTER SOLES); REMOVABLE IN-SOLES, HEEL CUSHIONS AND SIMILAR ARTICLES

This heading covers :

(A) The various component parts of footwear; these parts may be of any materials **except** asbestos.

Parts of footwear may vary in shape according to the types or styles of footwear for which they are intended. They include :

(1) Parts of uppers (e.g., vamps, toecaps, quarters, legs, linings and clog straps), including pieces of leather for making footwear cut to the approximate shape of uppers.

(2) Stiffeners. These may be inserted between the quarters and lining, or between the toecap and lining, to give firmness and solidity at these parts of the footwear.

(3) Inner, middle and outer soles, including half soles or patins; also in-soles for glueing on the surface of the inner soles.

(4) Arch supports or shanks and shank pieces (generally of wood, leather, fibreboard or plastics) for incorporation in the sole to form the curved arch of the footwear.

(5) Various types of heels made of wood, rubber, etc., including glue-on, nail-on and screw-on types; parts of heels (e.g., top pieces).

(6) Studs, spikes, etc., for sports footwear.

(7) Assemblies of parts (e.g., uppers, whether or not affixed to an inner sole) not yet constituting nor having the essential character of footwear as described in headings 64.01 to 64.05.

(B) The following fittings (of any material **except** asbestos) which may be worn inside the footwear : removable in-soles, hose protectors (of rubber, rubberised fabric, etc.) and removable interior heel cushions.

## (II) GAITERS, LEGGINGS, AND SIMILAR ARTICLES, AND PARTS THEREOF

These articles are designed to cover the whole or part of the leg and in some cases part of the foot (e.g., the ankle and instep). They differ from socks and stockings, however, in that they do not cover the entire foot.

They may be made of any material (leather, canvas, felt, knitted or crocheted fabrics, etc.) **except** asbestos.

They include gaiters, leggings, spats, puttees, " mountain stockings " without feet, leg warmers and similar articles.

Certain of these articles may have a retaining strap or elastic band which fits under the arch of the foot.

The heading also covers identifiable parts of the above articles.

*
* *

The heading also **excludes** :

(a) Welts in the length of leather or composition leather (**heading 42.05**), of plastics (**Chapter 39**) or of rubber (**Chapter 40**).

(b) Knee and ankle supports (such as those consisting of elastic fabric designed simply to support or sustain weak joints); these are classified in their own appropriate headings according to the material of which they are made.

(c) One-piece leggings (tights) of the kind worn by very young children; these are garments which reach the waist, and fit closely round the leg and sometimes cover the entire foot (**Chapter 61 or 62**).

(d) Footwear parts and accessories of asbestos (**heading 68.12**).

(e) Special in-soles for arch supporting, made to measure, and orthopaedic appliances (**heading 90.21**).

(f) Cricket pads, shin-guards, knee-caps and other protective articles for sports activities (**heading 95.06**).

(g) Pegs, nails, eyelets, hooks, buckles, protectors, braid, pompons, laces, which are classified in their appropriate headings, buttons, snap-fasteners, press-studs, push-buttons (**heading 96.06**) and slide fasteners (zippers) (**heading 96.07**).

---

Chapter 95

**Toys, games and sports requisites;
parts and accessories thereof**

**Notes.**

1.- This Chapter does not cover :

    (a)  Candles (heading 34.06);

    (b)  Fireworks or other pyrotechnic articles of heading 36.04;

    (c)  Yarns, monofilament, cords or gut or the like for fishing, cut to length but not made up into fishing lines, of Chapter 39, heading 42.06 or Section XI;

    (d)  Sports bags or other containers of heading 42.02, 43.03 or 43.04;

    (e)  Sports clothing or fancy dress, of textiles, of Chapter 61 or 62;

    (f)  Textile flags or bunting, or sails for boats, sailboards or land craft, of Chapter 63;

    (g)  Sports footwear (other than skating boots with ice or roller skates attached) of Chapter 64, or sports headgear of Chapter 65;

    (h)  Walking-sticks, whips, riding-crops or the like (heading 66.02), or parts thereof (heading 66.03);

    (ij)  Unmounted glass eyes for dolls or other toys, of heading 70.18;

    (k)  Parts of general use, as defined in Note 2 to Section XV, of base metal (Section XV), or similar goods of plastics (Chapter 39);

    (l)  Bells, gongs or the like of heading 83.06;

    (m)  Pumps for liquids (heading 84.13), filtering or purifying machinery and apparatus for liquids or gases (heading 84.21), electric motors (heading 85.01), electric transformers (heading 85.04) or radio remote control apparatus (heading 85.26);

    (n)  Sports vehicles (other than bobsleighs, toboggans and the like) of Section XVII;

    (o)  Children's bicycles (heading 87.12);

    (p)  Sports craft such as canoes and skiffs (Chapter 89), or their means of propulsion (Chapter 44 for such articles made of wood);

    (q)  Spectacles, goggles or the like, for sports or outdoor games (heading 90.04);

    (r)  Decoy calls or whistles (heading 92.08);

    (s)  Arms or other articles of Chapter 93;

    (t)  Electric garlands of all kinds (heading 94.05);

    (u)  Racket strings, tents or other camping goods, or gloves, mittens and mitts (classified according to their constituent material); or

    (v)  Tableware, kitchenware, toilet articles, carpets and other textile floor coverings, apparel, bed linen, table linen, toilet linen, kitchen linen and similar articles having a utilitarian function (classified according to their constituent material).

2.- This Chapter includes articles in which natural or cultured pearls, precious or semi-precious stones (natural, synthetic or reconstructed), precious metal or metal clad with precious metal constitute only minor constituents.

3.- Subject to Note 1 above, parts and accessories which are suitable for use solely or principally with articles of this Chapter are to be classified with those articles.

4.- Subject to the provisions of Note 1 above, heading 95.03 applies, *inter alia*, to articles of this heading combined with one or more items, which cannot be considered as sets under the terms of General Interpretative Rule 3 (b), and which, if presented separately, would be classified in other headings, provided the articles are put up together for retail sale and the combinations have the essential character of toys.

5.- Heading 95.03 does not cover articles which, on account of their design, shape or constituent material, are identifiable as intended exclusively for animals, for example, "pet toys" (classification in their own appropriate heading).

## GENERAL

This Chapter covers toys of all kinds whether designed for the amusement of children or adults. It also includes equipment for indoor or outdoor games, appliances and apparatus for sports, gymnastics or athletics, certain requisites for fishing, hunting or shooting, and roundabouts and other fairground amusements.

Each of the headings of this Chapter also covers identifiable parts and accessories of articles of this Chapter which are suitable for use solely or principally therewith, and **provided** they are **not** articles excluded by Note 1 to this Chapter.

The articles of this Chapter may, in general, be made of any material **except** natural or cultured pearls, precious or semi-precious stones (natural, synthetic or reconstructed), precious metal or metal clad with precious metal. They may, however, incorporate **minor constituents** made of these materials.

Apart from the articles excluded in the following Explanatory Notes, this Chapter also excludes :

(a)  Fireworks or other pyrotechnic articles of **heading 36.04**.

(b)  Rubber tyres and other articles of **heading 40.11, 40.12 or 40.13**.

(c)  Tents and camping goods (generally **heading 63.06**).

(d)  Pumps for liquids (**heading 84.13**), filtering or purifying machinery and apparatus for liquids or gases (**heading 84.21**), electric motors (**heading 85.01**), electric transformers (**heading 85.04**) or radio remote control apparatus (**heading 85.26**).

(e)  Arms and other articles of **Chapter 93**.

[95.01]

[95.02]

**95.03 - Tricycles, scooters, pedal cars and similar wheeled toys; dolls' carriages; dolls; other toys; reduced-size ("scale") models and similar recreational models, working or not; puzzles of all kinds.**

This heading covers :

(A) **Wheeled toys.**

These articles are usually designed for propulsion either by means of pedals, hand levers or other simple devices which transmit power to the wheels through a chain or rod, or, as in the case of certain scooters, by direct pressure of a person's foot against the ground. Other types of wheeled toys may be simply drawn or pushed by another person or driven by a motor.

These toys include :

(1) Children's tricycles and the like, but excluding bicycles of heading 87.12.

(2) Two- or three-wheeled scooters designed to be ridden by children, as well as youngsters and adults, with an adjustable or non-adjustable steering column and small solid or inflatable wheels. They are sometimes equipped with a bicycle-type handle-bar, a hand brake or a foot brake on the rear wheel.

(3) Pedal- or hand-propelled wheeled toys in the form of animals.

(4) Pedal cars, frequently in the form of miniature sports cars, jeeps, lorries, etc.

(5) Wheeled toys, propelled by hand levers.

(6) Other wheeled toys (with no mechanical transmission system) which are designed to be drawn or pushed, and are large enough for children to ride.

(7) Children's cars powered by a motor.

(B) **Dolls' carriages (e.g., strollers), including folding types.**

This group covers doll's carriages, whether or not folding, fitted with two or more wheels, such as push-chairs, perambulators, strollers, etc. It also covers bedding for carriages, similar to that used for doll's beds.

(C) **Dolls.**

This group includes not only dolls designed for the amusement of children, but also dolls intended for decorative purposes (e.g., boudoir dolls, mascot dolls), or for use in Punch and Judy or marionette shows, or those of a caricature type.

Dolls are usually made of rubber, plastics, textile materials, wax, ceramics, wood, paperboard, papier maché or combinations of these materials. They may be jointed and contain mechanisms which permit limb, head or eye movements as well as reproductions of the human voice, etc. They may also be dressed.

**Parts and accessories** of dolls of this heading include : heads, bodies, limbs, eyes (**other than** those unmounted of glass, of **heading 70.18**), moving mechanisms for eyes, voice-producing or other mechanisms, wigs, dolls' clothing, shoes and hats.

**95.03**

(D) **Other toys.**

This group covers toys intended essentially for the amusement of persons (children or adults). However, toys which, on account of their design, shape or constituent material, are identifiable as intended exclusively for animals, e.g., pets, do not fall in this heading, but are classified in their own appropriate heading. This group includes :

All toys **not included** in **(A) to (C).** Many of the toys are mechanically or electrically operated.

These include :

(i)     Toys representing animals or non-human creatures even if possessing predominantly human physical characteristics (e.g., angels, robots, devils, monsters), including those for use in marionette shows.

(ii)    Toy pistols and guns.

(iii)   Constructional toys (construction sets, building blocks, etc.).

(iv)    Toy vehicles (**other than** those of **group A**), trains (whether or not electric), aircraft, boats, etc., and their accessories (e.g., railway tracks, signals).

(v)     Toys designed to be ridden by children but not mounted on wheels, e.g., rocking horses.

(vi)    Non-electric toy motors, toy steam engines, etc.

(vii)   Toy balloons and toy kites.

(viii)  Tin soldiers and the like, and toy armaments.

(ix)    Toy sports equipment, whether or not in sets (e.g., golf sets, tennis sets, archery sets, billiard sets; baseball bats, cricket bats, hockey sticks).

(x)     Toy tools and implements; children's wheelbarrows.

(xi)    Toy cinematographs, magic lanterns, etc.; toy spectacles.

(xii)   Toy musical instruments (pianos, trumpets, drums, gramophones, mouth organs, accordions, xylophones, musical boxes, etc.).

(xiii)  Dolls' houses and furniture, including bedding.

(xiv)   Dolls' tea and coffee sets; toy shops and the like, farmyard sets, etc.

(xv)    Toy counting frames (abaci).

(xvi)   Toy sewing machines.

(xvii)  Toy clocks and watches.

(xviii) Educational toys (e.g., toy chemistry, printing, sewing and knitting sets).

(ixx)   Hoops, skipping ropes, diabolo spools and sticks, spinning and humming tops, balls (**other than** those of **heading 95.04** or **95.06**).

(xx)   Books or sheets consisting essentially of pictures, toys or models, for cutting out and assembly; also books containing "stand-up" or movable figures **provided** they have the essential character of toys (see the Explanatory Note to heading 49.03).

(xxi)   Toy marbles (e.g., veined glass marbles put up in any form, or glass balls of any kind put up in packets for the amusement of children).

(xxii)   Toy money boxes; babies' rattles, jack-in-the-boxes; toy theatres with or without figures, etc.

(xxiii) Play tents for use by children indoors or outdoors.

Certain of the above articles (toy arms, tools, gardening sets, tin soldiers, etc.) are often put up in sets.

Certain toys (e.g., electric irons, sewing machines, musical instruments, etc.) may be capable of a limited "use"; but they are generally distinguishable by their size and limited capacity from real sewing machines, etc.

(E)   **Reduced-size ("scale") models and similar recreational models**.

This includes models of a kind mainly used for recreational purposes, for example, working or scale models of boats, aircraft, trains, vehicles, etc., and kits of materials and parts for making such models, other **than** sets having the character of competitive games of **heading 95.04** (e.g., sets comprising slot-racing motor cars with their track layout).

This group also includes life-size or enlarged reproductions of articles **provided** they are for recreational purposes

(F)   **Puzzles of all kinds**.

o
o   o

Collections of articles, the individual items of which if presented separately would be classified in other headings in the Nomenclature, are classified in this heading when they are put up in a form clearly indicating their use as toys (e.g., instructional toys such as chemistry, sewing, etc., sets).

As provided by Note 4 to this Chapter, subject to Note 1 to this Chapter, this heading includes articles of the heading combined with one or more items, which cannot be considered as sets under the terms of General Interpretative Rule 3 (b), and which, if presented separately, would be classified in other headings, provided the articles are put up together for retail sale and the combinations have the essential character of toys.

\*
\*   \*

## PARTS AND ACCESSORIES

This heading also covers identifiable parts and accessories of the articles of this heading, which are suitable for use solely or principally therewith and **provided** they are **not** articles excluded by Note 1 to this Chapter. Such parts and accessories include :

(1) Musical box movements which, by their form, constituent material and simple design, could not be used in musical boxes of **heading 92.08**.

(2) Miniature internal combustion piston engines and other engines (**other than** electric motors of **heading 85.01**) for example, for model aircraft, ships, which are characterised, *inter alia*, by small cylinder capacity and power rating, low weight and small size.

This heading also **excludes** :

(a) Paints put up for children's use (**heading 32.13**).

(b) Modelling pastes put up for children's amusement (**heading 34.07**).

(c) Children's picture, drawing or colouring books of **heading 49.03**.

(d) Transfers (**heading 49.08**).

(e) Bells (including bells for tricycles or for other wheeled toys), gongs or the like, of **heading 83.06**.

(f) Musical boxes which have a doll figure attached (**heading 92.08**).

(g) Card games (**heading 95.04**).

(h) Paper hats, "blow-outs", masks, false noses and the like (**heading 95.05**).

(ij) Crayons and pastels for children's use, of **heading 96.09**.

(k) Slates and blackboards, of **heading 96.10**.

(l) Lay figures and automata of a kind used for shop window dressing (**heading 96.18**).

95.04 - Articles for funfair, table or parlour games, including pintables, billiards, special tables for casino games and automatic bowling alley equipment.

- 9504.10 - Video games of a kind used with a television receiver

- 9504.20 - Articles and accessories for billiards of all kinds

- 9504.30 - Other games, operated by coins, banknotes, bank cards, tokens or by other means of payment, other than bowling alley equipment

- 9504.40 - Playing cards

- 9504.90 - Other

This heading includes :

(1)   Billiard tables of various types (with or without legs), and accessories therefor (e.g., billiard cues, cue rests, balls, billiard chalks, ball or slide type markers). But the heading excludes mechanical counters (roller-type and the like) (heading 90.29), meters which employ a clock movement to indicate the time in play or the amount payable based on that time (heading 91.06), and billiard-cue racks (classified in heading 94.03 or according to their constituent material).

(2)   Video game consoles and other electronic games which can be used with a television receiver, a video monitor or an automatic data processing machine monitor; video games having a self-contained screen, whether or not portable; and audio visual games with electronic displays (including vertical models on legs) used in the home or in game arcades, sometimes operated, for example, by coins, tokens or credit cards.

Video game machines whose objective characteristics and principal function are such that they are intended for entertainment purposes (game-playing) remain classified in this heading, whether or not they fulfil the conditions of Note 5 (A) to Chapter 84 regarding automatic data processing machines.

The heading also includes parts and accessories of video game consoles (for example cases, game cartridges, game controllers, steering wheels), provided they fulfil the conditions of Note 3 to this Chapter.

However, the heading excludes :

(a)   Optional peripherals (keyboards, mouses, disk storage units, etc.) which fulfil the conditions of Note 5 (C) to Chapter 84 (Section XVI).

(b)   Optical discs recorded with game software and used solely with a game machine of this heading (heading 85.23).

(3)   Tables of the furniture type specially constructed for games (e.g., tables with a draught-board top).

(4)   Special tables for casino or parlour games (e.g., for roulette or for miniature horse races); croupiers' rakes, etc.

(5)   Table football or similar games.

(6) Machines, operated by coins, banknotes, bank cards, tokens or by other means of payment, of the kind used in amusement arcades, cafés, funfairs, etc., for games of skill or chance (e.g., machines for revolver practice, pintables of various types).

(7) Automatic bowling alley equipment, whether or not equipped with motors and electro-mechanical features.

For the purpose of this heading the expression "automatic bowling alley equipment" applies not only to equipment where the pins are arranged in triangular form but also to other types (e.g., those in which the pins are arranged in a square).

(8) Skittles and indoor croquet requisites.

(9) Sets comprising slot-racing motor cars with their track layouts, having the character of competitive games.

(10) Dartboards and darts.

(11) Card games of all kinds (bridge, tarot, "lexicon", etc.).

(12) Boards and pieces (chessmen, draughtsmen, etc.) for games of chess, draughts, dominoes, mah-jong, halma, ludo, snakes and ladders, etc.

(13) Certain other accessories common to a number of games of this heading, for example, dice, dice boxes, counters, suit indicators, specially designed playing cloths (e.g., for roulette).

The heading also excludes :

(a) Lottery tickets, "scratch cards", raffle tickets and tombola tickets (generally heading 49.11).

(b) Card tables of Chapter 94.

(c) Puzzles (heading 95.03).

**95.05 - Festive, carnival or other entertainment articles, including conjuring tricks and novelty jokes.**

9505.10   - Articles for Christmas festivities

9505.90   - Other

This heading covers :

(A) **Festive, carnival or other entertainment articles**, which in view of their intended use are generally made of non-durable material. They include :

   (1) Festive decorations used to decorate rooms, tables, etc. (such as garlands, lanterns, etc.); decorative articles for Christmas trees (tinsel, coloured balls, animals and other figures, etc); cake decorations which are traditionally associated with a particular festival (e.g., animals, flags).

   (2) Articles traditionally used at Christmas festivities, e.g., artificial Christmas trees, nativity scenes, nativity figures and animals, angels, Christmas crackers, Christmas stockings, imitation yule logs, Father Christmases.

   (3) Articles of fancy dress, e.g., masks, false ears and noses, wigs, false beards and moustaches (**not being** articles of postiche - **heading 67.04**), and paper hats. However, the heading **excludes** fancy dress of textile materials, of **Chapter 61 or 62.**

   (4) Throw-balls of paper or cotton-wool, paper streamers (carnival tape), cardboard trumpets, " blow-outs ", confetti, carnival umbrellas, etc.

   The heading **excludes** statuettes, statues and the like of a kind used for decorating places of worship.

   The heading also **excludes** articles that contain a festive design, decoration, emblem or motif and have a utilitarian function, e.g., tableware, kitchenware, toilet articles, carpets and other textile floor coverings, apparel, bed linen, table linen, toilet linen, kitchen linen.

(B) **Conjuring tricks and novelty jokes**, e.g., packs of cards, tables, screens and containers, specially designed for the performance of conjuring tricks; novelty jokes such as sneezing powder, surprise sweets, water-jet button-holes and " Japanese flowers ".

This heading also **excludes** :

(a) Natural Christmas trees (**Chapter 6**).

(b) Candles (**heading 34.06**).

(c) Packagings of plastics or of paper, used during festivals (classified according to constituent material, for example, **Chapter 39 or 48**).

(d) Christmas tree stands (classified according to constituent material).

(e) Textile flags or bunting of **heading 63.07**.

(f) Electric garlands of all kinds (**heading 94.05**).

**95.06 - Articles and equipment for general physical exercise, gymnastics, athletics, other sports (including table- tennis) or outdoor games, not specified or included elsewhere in this Chapter; swimming pools and paddling pools.**

- Snow-skis and other snow-ski equipment :

9506.11  -- Skis

9506.12  -- Ski-fastenings (ski-bindings)

9506.19  -- Other

- Water-skis, surf-boards, sailboards and other water-sport equipment :

9506.21  -- Sailboards

9506.29  -- Other

- Golf clubs and other golf equipment :

9506.31  -- Clubs, complete

9506.32  -- Balls

9506.39  -- Other

9506.40  - Articles and equipment for table-tennis

- Tennis, badminton or similar rackets, whether or not strung :

9506.51  -- Lawn-tennis rackets, whether or not strung

9506.59  -- Other

- Balls, other than golf balls and table-tennis balls :

9506.61  -- Lawn-tennis balls

9506.62  -- Inflatable

9506.69  -- Other

9506.70  - Ice skates and roller skates, including skating boots with skates attached

- Other :

9506.91  -- Articles and equipment for general physical exercise, gymnastics or athletics

9506.99  -- Other

This heading covers :

(A) **Articles and equipment for general physical exercise, gymnastics or athletics, e.g., :**

Trapeze bars and rings; horizontal and parallel bars; balance beams, vaulting horses; pommel horses; spring boards; climbing ropes and ladders; wall bars; Indian clubs; dumb-bells and bar-bells; medicine balls; rowing, cycling and other exercising apparatus; chest expanders; hand grips; starting blocks; hurdles; jumping stands and standards; vaulting poles; landing pit pads; javelins, discuses, throwing hammers and putting shots; punch balls (speed bags) and punch bags (punching bags); boxing or wrestling rings; assault course climbing walls.

(B) **Requisites for other sports and outdoor games (other than** toys presented in sets, or separately, of **heading 95.03**), e.g. :

(1) Snow-skis and other snow-ski equipment, (e.g., ski-fastenings (ski-bindings), ski brakes, ski poles).

(2) Water-skis, surf-boards, sailboards and other water-sport equipment, such as diving stages (platforms), chutes, divers' flippers and respiratory masks of a kind used without oxygen or compressed air bottles, and simple underwater breathing tubes (generally known as " snorkels ") for swimmers or divers.

(3) Golf clubs and other golf equipment, such as golf balls, golf tees.

(4) Articles and equipment for table-tennis (ping-pong), such as tables (with or without legs), bats (paddles), balls and nets.

(5) Tennis, badminton or similar rackets (e.g., squash rackets), whether or not strung.

(6) Balls, other than golf balls and table-tennis balls, such as tennis balls, footballs, rugby balls and similar balls (including bladders and covers for such balls); water polo, basketball and similar valve type balls; cricket balls.

(7) Ice skates and roller skates, including skating boots with skates attached.

(8) Sticks and bats for hockey, cricket, lacrosse, etc.; chistera (jai alai scoops); pucks for ice hockey; curling stones.

(9) Nets for various games (tennis, badminton, volleyball, football, basketball, etc.).

(10) Fencing equipment : fencing foils, sabres and rapiers and their parts (e.g., blades, guards, hilts and buttons or stops), etc.

(11) Archery equipment, such as bows, arrows and targets.

(12) Equipment of a kind used in children's playgrounds (e.g., swings, slides, see-saws and giant strides).

(13) Protective equipment for sports or games, e.g., fencing masks and breast plates, elbow and knee pads, cricket pads, shin-guards.

(14) Other articles and equipment, such as requisites for deck tennis, quoits or bowls; skate boards; racket presses; mallets for polo or croquet; boomerangs; ice axes; clay pigeons and clay pigeon projectors; bobsleighs (bobsleds), luges and similar non-motorised vehicles for sliding on snow or ice.

(C) **Swimming pools and paddling pools.**

**95.06**

The heading **excludes** :

(a)   Strings for lawn tennis and other rackets (**Chapter 39, heading 42.06 or Section XI**).

(b)   Sports bags and other containers of **heading 42.02, 43.03 or 43.04.**

(c)   Sports gloves, mittens and mitts (generally **heading 42.03**).

(d)   Enclosure nets, and net carrying-bags for footballs, tennis balls, etc. (generally **heading 56.08**).

(e)   Sports clothing of textile materials, of **Chapter 61 or 62.**

(f)   Sails for boats, sailboards or landcraft, of **heading 63.06.**

(g)   Sports footwear (**other than** ice or roller skating boots with skates attached) of **Chapter 64** and sports headgear of **Chapter 65.**

(h)   Walking-sticks, whips, riding-crops and the like (**heading 66.02**), and parts thereof (**heading 66.03**).

(ij)   Sports craft (such as marine jets, canoes and skiffs) and sports vehicles (**other than** bobsleighs (bobsleds), toboggans and the like), of **Section XVII.**

(k)   Frogmen's and other goggles (**heading 90.04**).

(l)   Electro-medical apparatus and other instruments and appliances of **heading 90.18.**

(m)   Mechano-therapy appliances (**heading 90.19**).

(n)   Breathing appliances of a kind used with oxygen or compressed air bottles (**heading 90.20**).

(o)   Articles for sports purposes of **Chapter 91.**

(p)   Bowling requisites of all kinds (including automatic bowling alley equipment) and other equipment for parlour, table or funfair games (**heading 95.04**).

**95.07 –** **Fishing rods, fish-hooks and other line fishing tackle; fish landing nets, butterfly nets and similar nets; decoy "birds" (other than those of heading 92.08 or 97.05) and similar hunting or shooting requisites.**

9507.10 - Fishing rods

9507.20 - Fish-hooks, whether or not snelled

9507.30 - Fishing reels

9507.90 - Other

This heading covers :

(1) **Fish-hooks** of all kinds (e.g., with single or multiple barbs) and sizes. These are usually made of steel but they may be bronzed, tinned, silvered or gilded.

(2) **Fish landing nets, butterfly nets and similar nets**. These usually consist of pocket-like nets of textile yarn or cord, mounted on a wire support and fixed to a handle.

(3) **Line fishing rods and tackle**. Fishing rods may be of various sizes, and may be made of various materials (bamboo, wood, metal, glass fibre, plastics, etc.). They may consist of a single piece or be jointed. Fishing tackle comprises such items as reels and reel mountings; artificial bait (e.g., imitation fish, flies, insects or worms) and hooks mounted with such bait; spinning bait; mounted lines and casts; fishing floats (cork, glass, quill, etc.) including luminous floats; line winding frames; automatic striking devices; mounted fishing rings (**other than** mounted rings of precious or semi-precious stone); sinkers, and fishing rod bells when mounted or attached to external clamps, clips or other devices.

(4) **Certain hunting or shooting requisites** such as decoy " birds " (but **not including** decoy calls of all kinds (**heading 92.08**) or stuffed birds of **heading 97.05**) and lark mirrors.

This heading also **excludes** :

(a) Feathers for making artificial flies (**heading 05.05** or **67.01**).

(b) Yarns, monofilaments, cords, and real or imitation gut, cut to length but not made up into fishing lines (**Chapter 39, heading 42.06** or **Section XI**).

(c) Sports bags and other containers (e.g., fishing rod cases and game bags) of **heading 42.02, 43.03** or **43.04.**

(d) Unmounted rings (classified in their own appropriate headings).

(e) Traps, snares, etc. (classified according to constituent materials).

(f) Bells, non-electric, of base metal, for fishing tackle, not mounted or attached to external clamps, clips, or other devices (**heading 83.06**).

(g) Clay pigeons (**heading 95.06**).

**95.08 - Roundabouts, swings, shooting galleries and other fairground amusements; travelling circuses and travelling menageries; travelling theatres.**

9508.10  - Travelling circuses and travelling menageries

9508.90  - Other

Fairground amusements, travelling circuses, travelling menageries and travelling theatres fall in this heading **provided** they comprise all the essential units required for their normal operation. The heading also includes items of auxiliary equipment **provided** they are presented with, and as components of, these various amusements, notwithstanding that when presented separately such items (e.g., tents, animals, musical instruments, power plants, motors, lighting fittings, seats, and arms and ammunition) would fall in other headings of the Nomenclature.

**Subject** to the provisions of Note 1 to this Chapter, articles which are identifiable as designed solely or principally for use as parts and accessories of such amusements (e.g., boats for swings and water-chutes), remain classified here when presented separately.

Fairground amusements falling in this heading include :

(1)  Roundabouts of all kinds.

(2)  " Dodge'em " car installations.

(3)  Water-chutes.

(4)  Scenic railways and slides.

(5)  Swinging boats.

(6)  Shooting galleries and coconut shies.

(7)  Mazes.

(8)  Freak shows.

(9)  Lotteries (e.g., wheels of fortune).

The heading **excludes** :

(a) Travelling stalls for the sale of goods (confectionery and other products, etc.), for advertising or for educational or similar exhibitions.

(b) Tractors and other transport vehicles, including trailers, **other than** those specially designed for and forming part of fairground amusements (e.g., ring-stand trailers).

(c) Amusement machines operated by coins, banknotes (paper currency), discs or other similar articles. (**heading 95.04**).

(d) Goods for distribution as prizes.